**FILED**

AUG 2 8 2007



CO-386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Feld Entertainment, Inc.  )
                          )
                          )
                          )
         vs    Plaintiff  )       Case: 1:07-cv-01532
                          )       Assigned To : Sullivan, Emmet G.
                          )       Assign. Date : 8/28/2007
American Society for the Prevention )   Description: General Civil
of Cruelty to Animals, et al.       )
                          )
         Defendant        )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Feld Entertainment, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Feld Entertainment, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

456004
BAR IDENTIFICATION NO.

Michelle C. Pardo
Print Name

801 Pennsylvania Avenue, N.W.
Address

Washington,   DC         20004
City          State      Zip Code

(202) 662-0200
Phone Number

2