UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN SOCIETY FOR THE PREVENTION OF )<br>CRUELTY TO ANIMALS, *et al.*, )<br>)<br>Defendants. ) | Civ. No. 07-1532 (EGS) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH
TO FILE A RESPONSE TO FELD ENTERTAINMENT'S SECOND RICO SUIT**

Feld Entertainment, Inc. ("FEI") has refiled as a new lawsuit its proposed RICO Counterclaim against the American Society for the Prevention of Cruelty to Animals and the other Plaintiffs (the "ASPCA Plaintiffs") in ASPCA v. Ringling Bros., No. 03-2006 (EGS). Compare FEI's Motion To Amend in 03-2006 (EGS), Exhibit 3 (Feb. 28, 2007)(Proposed Counterclaim) with Complaint.[1]  The Court previously denied FEI's motion to add the Counterclaim in the other suit. See Mem. Op. of Aug. 23, 2007 in 03-2006.  The ASPCA Plaintiffs and WAP intend to file a Motion to Stay all proceedings, asking the Court to hold the second RICO Suit in abeyance pending the outcome of the underlying suit under the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq.  That Motion will be filed as soon as practicable, and no later than the end of this month.

---

[1] As with the Proposed Counterclaim, the new suit also names the Wildlife Advocacy Project ("WAP"), a non-profit organization which has been the subject of a subpoena in the ASPCA case.

In the meantime, a response to the Second RICO Suit is presently due on September 25, 2007, which will be twenty days after FEI's service of the Complaint on the first defendant. See Fed. R. Civ. P. 12(a)(1)(A). Although FEI's counsel has indicated that FEI will oppose the Motion to Stay, FEI's counsel has stated that FEI does not oppose a thirty-day extension of time to respond to the Complaint.

## CONCLUSION

For the foregoing reasons, the ASPCA Plaintiffs and WAP respectfully request that the Court grant this unopposed motion for a thirty-day extension of time to respond to the Second RICO Suit. Because a responsive pleading is currently due on September 25, 2007, the ASPCA Plaintiffs and WAP respectfully urge the Court to rule on this Motion before that date.

A Proposed Order is attached.

Respectfully submitted,

/s/
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206

Counsel for the ASPCA Plaintiffs

/s/
Stephen L. Braga
(D.C. Bar No. 366727)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 639-7704

September 12, 2007                    Counsel for the Wildlife Advocacy Project

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR THE PREVENTION OF<br>CRUELTY TO ANIMALS, *et al.*,<br><br>Defendants. | Civ. No. 07-1532 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of defendants' unopposed motion for a thirty-day extension of time to respond to the Complaint in this matter, it is hereby ORDERED that the motion be GRANTED; and it is further

ORDERED that defendants' response to the Complaint shall be due no later than October 25, 2007.

_____
U.S. District Court Judge