UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 07-01532 (EGS) |
| : | |
| THE AMERICAN SOCIETY FOR THE : | |
| PREVENTION OF CRUELTY : | |
| TO ANIMALS, et al., : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF APPEARANCE

Plaintiff Feld Entertainment, Inc., hereby provides notice of the appearance of the following as counsel for plaintiff in this action: John M. Simpson, Joseph T. Small, Jr., Lisa Zeiler Joiner, and George A. Gasper.

The Clerk of the Court will please enter said appearance of each attorney and arrange for each to receive ECF notifications for the above-referenced case.

                                              Respectfully submitted,

                                              /s/
                                       John M. Simpson (D.C. Bar #256412)
                                       Joseph T. Small, Jr. (D.C. Bar #926519)
                                       Lisa Zeiler Joiner (D.C. Bar #465210)
                                       Michelle C. Pardo (D.C. Bar #456004)
                                       George A. Gasper (D.C. Bar #488988)

                                       FULBRIGHT & JAWORSKI L.L.P.
                                       801 Pennsylvania Avenue, N.W.
                                       Washington, D.C. 20004
                                       Telephone: (202) 662-0200
                                       Facsimile: (202) 662-4643

                                       Counsel for Plaintiff Feld Entertainment, Inc.

September 24, 2007