UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FELD ENTERTAINMENT, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 07-1532 (EGS) |
| AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' EXPEDITED MOTION FOR A FURTHER EXTENSION OF TIME TO RESPOND TO FELD ENTERTAINMENT'S SECOND RICO SUIT**

On September 12, 2007, this Court granted the motion by the ASPCA Plaintiffs and the Wildlife Advocacy Project ("ASPCA et al.") for an extension of time to respond to Feld Entertainment, Inc.'s ("FEI") new lawsuit for thirty days, until October 25, 2007. The Court also set a briefing schedule for ASPCA et al.'s forthcoming motion to stay this suit pending the outcome of the underlying suit under the Endangered Species Act ("ESA"). 16 U.S.C. § 1531, et seq. Id. ASPCA et al. have now filed that stay motion (DE 5), FEI has filed their opposition (DE 6), and the Reply brief is due on October 23, 2007. See Minute Order of Sept. 12, 2007.

In the event the Court grants the motion to stay, ASPCA et al. will not be required to file a responsive pleading until the stay is lifted. Consequently, it is premature to require ASPCA et al. to file their responsive pleading on October 25, 2007, before the stay motion is likely to be resolved.

Moreover, if the stay motion is denied, ASPCA et al. intend to file a motion to dismiss the suit. Accordingly, ASPCA et al. respectfully request that, in that event, the Court provide thirty days in which to prepare that motion.

ASPCA et al.'s counsel has conferred with FEI's counsel, who represents that FEI "agree[s] to extend the time for filing a responsive pleading by 11 days - to November 5, 2007," but that FEI "opposes any motion for an extension of time to file a responsive pleading that is tied to any ruling by the court on the motion to stay," and "plans to oppose any other extension tied to a ruling on the stay."

In light of FEI's position, ASPCA et al. respectfully requests that, at a minimum, at this time the Court grant the agreed upon extension until November 5, 2007, which will permit the Court to consider FEI's opposition to the full extension requested by ASPCA et al.

## **CONCLUSION**

For the foregoing reasons, ASPCA et al. respectfully request that the Court grant their extension request and extend the deadline for the responsive pleading until thirty days after the Court either denies the motion to stay, or lifts the stay if one is granted.

A Proposed Order is attached.

                                                    Respectfully submitted,

/s/
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206

Counsel for the ASPCA Plaintiffs

/s/
Stephen L. Braga
(D.C. Bar No. 366727)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 639-7704

October 12, 2007                                      Counsel for the Wildlife Advocacy Project

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC.              )<br>                                                          )<br>            Plaintiffs,                          )<br>                                                          )<br>v.                                                      )<br>                                                          )     Civ. No. 07-1532 (EGS)<br>AMERICAN SOCIETY FOR THE PREVENTION OF   )<br>CRUELTY TO ANIMALS, *et al.*,         )<br>                                                          )<br>            Defendants.                       ) | |

**[PROPOSED] ORDER**

Upon consideration of defendants' motion for a further extension of time to respond to the Complaint in this matter, it is hereby ORDERED that the motion be GRANTED; and it is further

ORDERED that a responsive pleading shall be due either: (a) thirty days after the Court rules on the pending motion to stay, in the event the stay motion is denied; or (b) thirty days after the stay is lifted, in the event the Court grants the stay request.

_____
U.S. District Court Judge