AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Feld Entertainment, Inc.

**SUMMONS IN A CIVIL CASE**

V.

American Society for the Prevention of
Cruelty to Animals, et al.

Case: 1:07-cv-01532
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/28/2007
Description: General Civil

TO: (Name and address of Defendant)

Tom Rider
600 East Holland Street
Washington, IL 61571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Simpson
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**            AUG 2 8 2007
CLERK                                  DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Feld Entertainment, Inc.

vs.

American Society for the Prevention of Cruelty to Animals, et al.

No. 1:07-CV-01532 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:20 am on September 18, 2007, I served Tom Rider at 1601 Connecticut Avenue, NW, Suite 700, Washington, DC 20009 by serving Howard Crystal, Esquire, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'11"
HAIR-    BLACK
WEIGHT-  190
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 9-18-07
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193918