AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Feld Entertainment, Inc.

**SUMMONS IN A CIVIL CASE**

V.

American Society for the Prevention of
Cruelty to Animals, et al.

Case: 1:07-cv-01532
Assigned To : Sullivan, Emmet G.
CASE   Assign. Date : 8/28/2007
Description: General Civil

TO: (Name and address of Defendant)

Animal Protection Institute
1122 S Street
Sacramento, CA 95814

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Simpson
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                AUG 2 8 2007
CLERK                                   DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 6, 2007  12:43pm |
| NAME OF SERVER (PRINT) Stephanie Barber | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

- Served personally upon the defendant. Place where _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were _____

- ☐ Returned _____

- ☒ Other (specify): by serving Nicole Paquette, CEO, authorized to accept. Service was completed at 1122 S Street, Sacramento, CA 95814.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  9/7/2007
Date       Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

SEP 7 2007
SEP 1 2 2007

On, _____ before me the undersigned, a Notary Public for the State of California, personally appeared Stephanie Barber, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged that he executed it.
State of California, County of Sacramento _____

* Certificate Rule LCvR 7.1, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

TRACY SCOTT
COMM. #1678481
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JULY 26, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure