AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Feld Entertainment, Inc.

**SUMMONS IN A CIVIL CASE**

V.

American Society for the Prevention of
Cruelty to Animals, et al.

Case: 1:07-cv-01532
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/28/2007
Description: General Civil

TO: (Name and address of Defendant)

The Fund for Animals
200 West 57th Street
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Simpson
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**          AUG 2 8 2007
CLERK                                 DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09-06-07 @ 2:35 pm |
| NAME OF SERVER (PRINT) Robert Mills | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☒ Returned <u>by serving, Marian Probst, Chairperson, Authorized to accept. Service was completed at 200 West 57th Street, Suite 705, New York, NY 10019.</u>

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

State & County of N.Y.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  9-7-07            Robert Mills
          Date              Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
            Address of Server

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------X
Feld Entertainment, Inc.,
    Plaintiff(s),

v.

American Society for the Prevention of
Cruelty to Animals, et al.,
    Defendant(s).
----------------------------------------------------X

Case: 1:07-cv-01532
Assigned to: Sullivan, Emmet G.
Assign Date : 8/28/2007
Description: General Civil
AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                    S.S.:
COUNTY OF NEW YORK)

    ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, and he is an agent of Capitol Process Services/Investigations, Inc., and is not a party to this action.

    That on the 6th day of September 2007, at approximately 2:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT OF FELD ENTERTAINMENT, INC. DEMAND FOR JURY TRIAL** upon The Fund For Animals at 200 West 57th Street, Suite 705, New York, NY 10019, by personally delivering and leaving the same with Marian Probst, Chairperson, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Marian Probst is a white female, approximately 54 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 180 pounds with white hair and blue eyes wearing glasses.

*Robert Mills*
ROBERT MILLS #1004298

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Sworn to before me this
7th day of September, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008