UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civ. No. 07-1532 (EGS) |
| AMERICAN SOCIETY FOR THE PREVENTION OF ) | |
| CRUELTY TO ANIMALS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' EXPEDITED MOTION FOR A FURTHER EXTENSION OF TIME TO RESPOND TO FELD ENTERTAINMENT'S SECOND RICO SUIT**

Defendants ASPCA Plaintiffs and the Wildlife Advocacy Project (hereafter "ASPCA") hereby seek a further extension of time to respond to Feld Entertainment, Inc.'s ("FEI") Complaint until after the Court resolves the motion to temporarily stay this action, which is presently pending before the Court. Because ASPCA's responsive pleading is presently due next Monday, November 5, ASPCA respectfully requests an expeditious resolution of this request.

The reason for this motion is that the parties have recently completed briefing on ASPCA's motion for a temporary stay of the entire case, which is pending. As further explained in ASPCA's reply in support of that motion, see DE 20, ASPCA believes that there are valid reasons to stay the case until the Court resolves (or at least until discovery is completed in) the related case the ASPCA Plaintiffs are pursuing against FEI under the Endangered Species Act ("ESA"). Of particular relevance at this juncture, ASPCA has argued that the nature and substance of a motion to dismiss may, at minimum, be significantly affected by the outcome of the ESA action. Id. at 9-18. ASPCA has also argued that, for essentially the same reasons the

Court has previously articulated, they would be severely prejudiced in their pursuit of the ESA case if the RICO action is not stayed while discovery and pretrial proceedings take place in the ESA case. Id. at 5-9.

In this context, therefore, it is premature for ASPCA to file an extensive dispositive motion before the Court has had an opportunity to rule on the validity of ASPCA's arguments for staying all proceedings. Indeed, since the Court may ultimately agree with ASPCA that further proceedings here, including any dispositive motion, should await resolution of the ESA case, it makes little sense for ASPCA to file such a motion before the Court has resolved that issue.

On the other hand, if the Court denies the motion to stay, ASPCA respectfully request that they be given fourteen days from the date of such denial to respond to the Complaint. Under the circumstances – including the various discovery and other matters pending in the ESA case – this is the minimum amount of time that ASPCA needs to prepare a comprehensive dispositive motion, should the Court deny their motion for a stay.[1]

Defendants' counsel have contacted counsel for FEI, who have indicated that they oppose this extension request. A Proposed Order embodying the relief sought is attached.

---

[1] ASPCA previously requested an extension until after the Court resolves the stay motion, but alternatively suggested a smaller extension, until November 5, 2007, because FEI consented to an extension of that length and the request for a longer extension might be mooted by intervening action on the stay motion. See DE 7. Given the current posture of the case, ASPCA is now simply asking to have fourteen days to respond to the Complaint, should the Court deny the stay motion.

        Respectfully submitted,

/s/ _____
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206

Counsel for the ASPCA Plaintiffs

/s/ _____
Stephen L. Braga
(D.C. Bar No. 366727)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 639-7704

October 30, 2007        Counsel for the Wildlife Advocacy Project

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC.       ) | |
|               Plaintiffs,  ) | |
| v.       ) | Civ. No. 07-1532 (EGS) |
| AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, *et al.*,  ) | |
|               Defendants.  ) | |

**[PROPOSED] ORDER**

Upon consideration of defendants' second motion for a further extension of time to respond to the Complaint in this matter, it is hereby ORDERED that the motion be GRANTED; and it is further

ORDERED that, in the event the Court denies the pending motion to stay, a responsive pleading shall be due within fourteen days after the Court's ruling.

_____
U.S. District Court Judge