UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FELD ENTERTAINMENT, INC.            )
                                    )
       Plaintiff,                   )
                                    )
  v.                                )   Civ. Action No. 07-1532 (EGS)
                                    )
AMERICAN SOCIETY FOR THE            )
PREVENTION OF CRUELTY               )
TO ANIMALS, *et al.*,               )
                                    )
       Defendants.                  )
_____)

## ORDER

Upon consideration of defendants' Motion to Temporarily Stay All Proceedings, the response and reply thereto, the applicable law, and the entire record, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that all proceedings in the above-captioned case are stayed until the issuance of this Court's ruling on the merits of *ASPCA v. Ringling Bros., et al.*, No. 03-2006 (EGS); and it is

**FURTHER ORDERED** that all parties to this action are to preserve any potentially relevant evidence in the above-captioned case.

    **SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
             **United States District Judge**
             **November 7, 2007**