# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FELD ENTERTAINMENT, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civ. No. 07-1532 (EGS)** |
| **AMERICAN SOCIETY FOR THE PREVENTION OF** | ) | |
| **CRUELTY TO ANIMALS**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PARTIES' JOINT RECOMMENDATION FOR FURTHER PROCEEDINGS

Pursuant to this Court's September 15, 2010 Minute Order, the Parties hereby submit the following Joint Recommendation for Further Proceedings.

**Plaintiff's Position.**  Plaintiff believes that, despite defendants' stated intention to file motions to dismiss, discovery in this case should proceed forthwith.  This case has been stayed for more than two years, and discovery should not be further delayed.  The parties should be directed to conduct the discovery conference required by Fed. R. Civ. P. 26(f) no later than November 15, 2010, and discovery thereafter shall proceed in accordance with the Federal and Local Rules.

**Defendants' Position**.  Defendants intend to file motions to dismiss the entire case and believe that, consistent with the standard practice under the federal and local rules, any other proceedings in the case should be deferred until those dispositive motions are resolved.   Defendants also note that Plaintiff's Amended Complaint was filed on February 16, 2010, and the case has only been stayed since then to accommodate the mediation that was ordered by the Court.

With regard to briefing on the motions to dismiss, Defendants propose the following

391535.1

schedule:

>Defendants will file their motions to dismiss by December 3, 2010;

>Plaintiff will file its oppositions by January 17, 2011; and

>Defendants will file their replies by February 16, 2011.

With regard to briefing on the motions to dismiss, Plaintiff proposes the following schedule:

>Defendants will file their motions to dismiss by November 1, 2010;

>Plaintiff will file its oppositions by February 1, 2011; and

>Defendants will file their replies by February 28, 2011.

>Respectfully submitted,

>/s/ John M. Simpson (with permission)
>John M. Simpson (D.C. Bar #256412)
>jsimpson@fulbright.com
>Richard C. Smith (D.C. Bar #498177)
>rcsmith@fulbright.com
>Michelle C. Pardo (D.C. Bar #456004)
>mpardo@fulbright.com
>FULBRIGHT & JAWORSKI L.L.P.
>801 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone: (202) 662-0200
>Facsimile: (202) 662-4643

>*Counsel for Plaintiff Feld Entertainment, Inc.*

2

391535.1

/s/ Stephen L. Braga (with permission)
Stephen L. Braga (D.C. Bar #366727)
Stephen.braga@ropesgray.com
ROPES & GRAY LLP
700 12th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 508-4655
Facsimile: (202) 383-9821

*Counsel for Defendants American Society for the
Prevention of Cruelty to Animals, Animal Welfare
Institute, The Fund for Animals, Tom Rider, the
Animal Protection Institute d/b/a Born USA United
With Animal Protection Institute, the Wildlife
Advocacy Project and the Humane Society of the
United States*

/s/ Laura N. Steel
Laura N. Steel (D.C. Bar 367174)
Kathleen H. Warin (D.C. Bar 492519)
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
700 11th Street, N.W., Suite 400
Washington, D.C. 20001
Tel: (202) 626-7660
Fax: (202) 628-3606
Email:  laura.steel@wilsonelser.com
            kathleen.warin@wilsonelser.com

*Counsel for Defendants, Meyer, Glitzenstein &
Crystal, Katherine Meyer, Eric Glitzenstein,
Howard Crystal, Jonathan Lovvorn and Kimberly
Ockene*

3