UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FELD ENTERTAINMENT, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 07- 1532 (EGS) |
| | : | |
| **AMERICAN SOCIETY FOR THE** | : | |
| **PREVENTION OF CRUELTY** | : | |
| **ANIMALS**, <u>et</u> <u>al.</u> | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## PLAINTIFF FELD ENTERTAINMENT, INC.'S MOTION FOR EXTENSION OF TIME

Plaintiff Feld Entertainment Inc. ("FEI") hereby seeks an extension of time to respond to the following filings made by defendants on August 9, 2012, which, under Fed. R. Civ. P. 12 and Local Rule 7, would be due on the dates indicated below:

**(1) Defendants' Motion for Certification or, in the Alternative, for Reconsideration** (DE 105) (Opposition due to be filed on August 27, 2012);

**(2) Meyer, Glitzenstein & Crystal's ("MGC") Counterclaim** (DE 97) (Rule 12 Motion due to be filed on September 4, 2012);

**(3) Answers of all defendants, except Born Free** (DE 96-104) (Rule 12 Motion due to be filed on September 4, 2012).

Defendant Born Free USA United with Animal Protection Institute ("Born Free") was granted an extension of time to file its Answer, by consent motion, until August 29, 2012 (DE 95). FEI seeks to file one consolidated Rule 12 motion responding to all of defendants' Answers. Accordingly, given that API's Answer is not due to be filed until August 29, 2012,

and given that the filings to which FEI must respond are voluminous, FEI hereby seeks until **Friday, September 7, 2012** to respond to all of the above.

Pursuant to Local Rule 7(m), counsel for FEI conferred with counsel for defendants, who represented that:

- Defendants ASPCA, FFA, HSUS, Born Free, WAP and Rider do not oppose the relief requested herein.

- Defendants MGC, Katherine Meyer, Eric Glitzenstein and Howard Crystal (1) take no position on FEI's request for a time extension to file Rule 12 motions in response to MGC's counterclaim and defendants' answers and (2) do not oppose FEI's request for a time extension to respond to defendants' motion for certification or, in the alternative, for reconsideration, because FEI has consented to the same time extension (11 days) for their reply.

- Defendants AWI, Lovvorn and Ockene did not respond, as requested, before the filing of this motion.

Dated: August 22, 2012

Respectfully submitted,

/s/ John M. Simpson
John M. Simpson (D.C. Bar # 256412)
jsimpson@fulbright.com
Stephen M. McNabb (D.C. Bar #367102)
smcnabb@fulbright.com
Michelle C. Pardo (D.C. Bar # 456004)
mpardo@fulbright.com
Kara L. Petteway (D.C. Bar # 975541)
kpetteway@fulbright.com
Rebecca E. Bazan (D.C. Bar # 994246)
rbazan@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone: (202) 662-0200

Counsel for Plaintiff Feld Entertainment, Inc.