IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELD ENTERTAINMENT, INC.,    )<br><br>Plaintiff,    )<br>   )<br>   )<br>v.    )<br>   )<br>AMERICAN SOCIETY FOR THE    )<br>PREVENTION OF CRUELTY TO    )<br>ANIMALS, *et al.*,    )<br>   )<br>Defendants.    ) | **FILED**<br><br>JAN - 3 2013<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>**Civil Action No. 07-1532 (EGS)** |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Feld Entertainment, Inc. ("FEI") and

Defendant The American Society for the Prevention of Cruelty to Animals ("ASPCA"), through

their attorneys, submit this Stipulation of Dismissal with Prejudice of FEI's claims against

Defendant ASPCA and request that the Court enter an order of dismissal and retain jurisdiction

over the parties' Settlement Agreement and Release.  In support thereof, FEI and ASPCA state

as follows:

1.      FEI filed a Complaint asserting claims against defendants ASPCA, Animal

Welfare Institute ("AWI"), Fund for Animals ("FFA"), Tom Rider, Animal Protection Institute

("API") and the Wildlife Advocacy Project ("WAP") on August 28, 2007.  Docket Entry ("DE")

1 (8-28-07).

2.      FEI filed a First Amended Complaint on February 16, 2010, which asserted

additional claims against ASPCA and the original defendants and added as defendants Meyer

1

Glitzenstein & Crystal ("MGC"), Katherine A. Meyer, Eric R. Glitzenstein, Howard M. Crystal, the Humane Society of the United States ("HSUS"), Jonathan R. Lovvorn, and Kimberly D. Ockene. DE 25 (2-16-10).

3. FEI and ASPCA have entered into a Settlement Agreement and Release dated December 14, 2012 with respect to all claims asserted in this action against the ASPCA defendant only, which reflects a settlement that FEI and ASPCA both believe is in their respective best interests.

4. The action remains pending and will not be dismissed as to any other defendant.

5. This Stipulation is made in accordance with the terms of the Settlement Agreement and Release executed by FEI and ASPCA which will be incorporated by reference into the Order sought herein.

6. As part of the Settlement Agreement and Release, FEI and ASPCA expressly agreed to request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement and Release. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

7. FEI and ASPCA each are to bear their own costs associated with this Stipulation.

WHEREFORE, FEI and ASPCA respectfully request that the Court enter an Order as follows:

(1) FEI's claims against ASPCA, and only ASPCA, are dismissed with prejudice; and

(2) Jurisdiction over the Settlement Agreement and Release, which is incorporated by reference, is retained by the United States District Court for the District of Columbia.

Dated:  December 28, 2012

John M. Simpson (D.C. Bar No. 256412)
jsimpson@fulbright.com
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-662-0200

Daniel S. Ruzumna (D.C. Bar No. 450040)
druzumna@pbwt.com
Peter W. Tomlinson (admitted *pro hac vice*)
ptomlinson@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas, Suite 2200
New York, NY 10036-6710
Telephone:  212-336-2000

Attorney for Plaintiff
Feld Entertainment, Inc.

Attorneys for Defendant
American Society for the Prevention
of Cruelty to Animals

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge

Dated: 12/31/12