**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE FUND FOR ANIMALS, ANIMAL WELFARE INSTITUTE, AND HSUS'
MOTION FOR A PROTECTIVE ORDER**

**Civ. No. 1:07-cv-1532**

# Ex. 10

**Steven Kendall, *A Tiger Among the Jungle***

# A TIGER AMONG THE JUNGLE

## Steven Kendall

*How Ringling Bros. Circus organized an undercover investigation into the animal activist and environmental activist network.*

# A TIGER AMONG THE JUNGLE

1) get to IDA
in NIH res.
+ Philadel

© Copyright 2004 Steven Kendall. All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the written prior permission of the author.

Printed in Victoria, Canada

Note for Librarians: a cataloguing record for this book that includes Dewey Classification and US Library of Congress numbers is available from the National Library of Canada. The complete cataloguing record can be obtained from the National Library's online database at: www.nlc-bnc.ca/amicus/index-e.html
ISBN 1-4120-3385-3

# TRAFFORD

This book was published on-demand in cooperation with Trafford Publishing. On-demand publishing is a unique process and service of making a book available for retail sale to the public taking advantage of on-demand manufacturing and Internet marketing. On-demand publishing includes promotions, retail sales, manufacturing, order fulfilment, accounting and collecting royalties on behalf of the author.

Suite 6E, 2333 Government St., Victoria, B.C. V8T 4P4, CANADA
Phone   250-383-6864          Toll-free   1-888-232-4444 (Canada & US)
Fax        250-383-6804          E-mail    sales@trafford.com
Web site www.trafford.com
TRAFFORD PUBLISHING IS A DIVISION OF TRAFFORD HOLDINGS LTD.
Trafford Catalogue #04-1212          www.trafford.com/robots/04-1212.html
10   9   8   7   6   5

# A TIGER AMONG THE JUNGLE

## How Ringling Bros. Circus Organized An Undercover Investigation into the Animal Activist and Environmental Activist Network

Steven P. Kendall

## Dedication

### For Pamela

Thank you for your love, understanding and support.

### And For Pop

"Give me my strength once more." I miss you! You will always be with me.

**CONTENTS**

A Tiger Among the Jungle – Introduction

1   Making Choices........................................................7

2   Here Comes the Circus...........................................14

3   Toronto, Canada Bans Exotic Animal in the Circus....................................................................19

4   The Allegations of Abuse and Dispelling the Myths...................................................................35

5   Allegations of Abuse and Fundraising..................41

6   How PeTA has Controlled the Media....................44

7   Infiltrating PAWS and PeTA, ET AL.....................48

8   Operation Manuals.................................................53

9   SB 318 – The California Elephant Bill..................57

10  Philoxia- An Animal Activist Cult..........................62

11  PeTA Activist Takes a Dive....................................65

12  Animal Activist Terrorism in the United States...68

13  Tyke..........................................................................72

14  Preventing a Ban....................................................82

15  The X-files Do Exist................................................85

16  Keeping my Sanity..................................................91

17  Feeling like a Hockey Player..................................94

18  McMillan vs. PeTA...............................................104

19  USDA Cuts Deal with PeTA................................116

20  PeTA Steps up Terrorist Actions.........................122

21  Montel Attacks the Circus Industry....................128

22  Key Incidents from the Past................................134

23  Who is Running the USDA?................................139

24  Circus Vargas – PeTA's Next Target..................144

25  The King Royal Circus Story...............................150

26  Animal Extremists Target the Circus.................154

27  City of Albuquerque vs. King Royal Circus
    Part I – The Untold Story.....................................156

28  Part II – The Preliminary Hearing......................162

29  Embarrassing Situation........................................165

30  USDA vs. King Royal Circus
    Part IV – The Administrative Hearing................170

31  Cutting a Deal with Nova Scotia..........................175

32  How our Operation was Successful......................177

33  Violence Escalates at the Circus..........................179

34  Ringling Sells Out to Animal Activists................181

35  No Easy Way Out..................................................185

Appendix A: Communication.................................196

Appendix B: PeTA's Master List...........................220

# A Tiger Among the Jungle - Introduction

Animal Activist Terrorism among various activists groups across the United States and Canada in particular has continued to rise at an alarming pace. In the following book, I will give a detailed account of how groups were infiltrated and how a major corporation used this knowledge to combat the animal extremists by knowing how to effectively handle different situations.

This is a factual book based on my work over a period of fourteen years investigating animal activists and environmental groups. Many of the names in the book are changed to protect the innocent as well as guilty. The FBI leads have led to frustration and grand juries coming back with few indictments.

This book should shed light on a number of crimes committed by the animal activist terrorists. Terrorism is an acceptable term for the people mentioned in the book because of the lack of regard for human injury or life. The damage caused by animal and environmental activists has run into the billions of dollars of damage at medical research facilities, universities, circuses, mink ranches, food establishments, clothing stores, and private businesses as well as people's homes. Equating human life with that of a chicken or rat is a philosophy these activist groups teach and believe in. While credit can be given to those who are dedicated to a cause, the issues of

# A Tiger Among the Jungle - Introduction

Animal Activist Terrorism among various activists groups across the United States and Canada in particular has continued to rise at an alarming pace. In the following book, I will give a detailed account of how groups were infiltrated and how a major corporation used this knowledge to combat the animal extremists by knowing how to effectively handle different situations.

This is a factual book based on my work over a period of fourteen years investigating animal activists and environmental groups. Many of the names in the book are changed to protect the innocent as well as guilty. The FBI leads have led to frustration and grand juries coming back with few indictments.

This book should shed light on a number of crimes committed by the animal activist terrorists. Terrorism is an acceptable term for the people mentioned in the book because of the lack of regard for human injury or life. The damage caused by animal and environmental activists has run into the billions of dollars of damage at medical research facilities, universities, circuses, mink ranches, food establishments, clothing stores, and private businesses as well as people's homes. Equating human life with that of a chicken or rat is a philosophy these activist groups teach and believe in. While credit can be given to those who are dedicated to a cause, the issues of

8

criminal activities run much deeper. While terrorists use bombs, incinerate devices, flammable liquids, chain and bolt cutters, the destruction of research and the killing of animals is considered acceptable by animal extremists. Their leaders often say "The Animals Are better off Dead then in Captivity." Many of the activists I encountered in my work felt they were protesting to send a message to the public. Under our first amendment rights in the Constitution, we are entitled to freely express our opinions; however, to take it a step further and commit a crime, threaten people, destroy property, possibly hurt or kill human beings is totally unacceptable. Society understands that these individuals may pay a price for their criminal actions. While I have received threats from various groups over the years, I continued to gather evidence to expose the animal activist and environmental terrorism that continues to frustrate law enforcement.

What has bothered me the most is why the CIA and FBI did not cooperate with one another to prosecute the offenders involved in various criminal activities? The evidence was overwhelming, yet each side was unwilling to work together with the inside knowledge they were given. I wrote well over a thousand reports in the fourteen years of investigating these groups and individuals. The former CIA head of covert operations worldwide for the CIA read my reports, yet he along with others withheld the facts from the FBI and many crimes today have remained unsolved because of the poor communication.

My objective when putting this book together was to raise public awareness, encourage law enforcement to work together and hope that persistence will pay off in the years to come.

## CHAPTER ONE
### Making Choices

In March 1990, I had just been hired to work as a licensed private investigator in Virginia. Little did I know that I would become involved in one of the largest investigations involving domestic terrorism in the United States, Canada and other countries. As a child growing up I had envisioned becoming a professional athlete although a serious automobile accident as a teenager forced me to turn toward another career. I was always fascinated with law. I received a degree in Administration of Justice and started my career in Washington, D.C. as a private investigator. Even though my life was about to take a dramatic change, I felt as if I could make a difference in law enforcement. I knew being a private investigator was nothing like the way TV shows portrayed the image of the good guy always catching the bad guy. Back in Pittsburgh, I had friends at the Ivy Inn Restaurant who would refer to me as "Magnum" as in Magnum, PI or Snoops. I never believed in carrying a gun unless I worked in certain states where I felt more comfortable with back-up protection because of threats. Many of my good friends frequently asked me about my travels. They

10

wanted to know where I went and they would be curious about my work when they saw me on CNN, or perhaps Montel, or Judge Judy. I was always traveling somewhere else in the country or even out of the country. I wanted to say things at times, but I knew that if my role as an undercover operative were ever exposed I would lose my job and possibly place my family or myself in imminent danger.

The role I was about to undertake would involve heading an operation to expose animal activist terrorism while protecting the interests of one of the largest entertainment giants in the world, Ringling Brothers and Barnum and Bailey Circus. I worked as a consultant outside of Feld Entertainment. I had no idea at the time and over the course of the next eight years that the CIA to track animal activist groups and environmental groups would use my investigative work and reports worldwide. While dealing with the FBI and CIA, I was never paid for my services; I was used as a pawn to gather as much information as possible. Looking back on the investigative work I did and the evidence I uncovered, I grew frustrated as the government sat on most of the evidence while activist groups targeted medical research facilities, laboratories, universities, farms, circuses, zoos, mink farms, ski resorts, and film industry animals at many public events. What bothered me the most and made me come forward to tell my story was the cover-up by the government and the world's largest entertainment corporation, Feld Entertainment.

I never knew that Clair E. George, former head of covert operations worldwide for the CIA, was working for Feld Entertainment until my contract expired. I only found this out after Clair George, indicating what his role was for Feld Entertainment, gave a deposition. Information was provided to me over the years, which was passed on to the FBI and law enforcement, but my role as an undercover operative was never exposed until now. When I look back at all the work I have done and the thousands of reports I have written, I realize that the lack

of communication between government agencies and the
private sectors led up to events of September 11, 2001.
There is blame to be cast upon the CIA, FBI, and others.
The lack of trust and respect for one another continues to
this day. No one is willing to take the blame for
September 11, 2001 and other incidents that have
occurred, but the truth is that same lack of
communication still exists today.

**Here is how it all began . . .**

On March 22, 1990, a grassroots organization formed
called "Putting People First". This name would later
become an issue with the Clinton administration, which
later used the name Putting People First as a campaign
slogan. Putting People First (PPF) was an organization
that believed in the responsible care and treatment of
animals in many different industries. It involved groups
that were interested in protecting their right to exist.
They wanted an organization to represent them and keep
them from becoming targets of People for the Ethical
Treatment of Animals (PeTA) and other animal activist
and environmental groups. Putting People First was an
organization that was opposed to the extreme views of the
animal rights movement. The groups that made up
Putting People First were farmers, game fowl breeders,
researchers, entertainers, ranchers, hunters, rodeos,
circus performers and owners, and the average person,
who just enjoyed eating a hamburger and drinking a
milkshake. I would use this organization to establish a
base across the country starting in 1990. Ringling Bros.
and my boss agreed as to the role I would undertake to
investigate the animal activist movement. PeTA was very
upset when the PPF organization became a strong
opponent against the animal activist movement. Kathleen
Marquardt and her husband Bill Wewer were the
founders of this non-profit organization. Bill Wewer was a
former attorney with the Doris Day Foundation. I became
very involved as a volunteer and gained the trust of the

12

small staff working on building a large membership across the US and Canada. Their offices at the time were located in Washington, D.C. I felt comfortable in the atmosphere and became an integral part of building the membership across the nation. Many speaking engagements and opportunities became available. Due to limited resources, Kathleen was unable to travel as often as she would have liked, so I volunteered to speak at many conventions and events, because I knew I had the funding to travel to any destination in or out of the country without a problem. I worked at the Putting People First office during the day and occasionally evenings, after working other investigative assignments.

Word of the organization spread across the country, and the average citizen could now see an organization take on the animal activist groups. Putting People First soon opened their organization and supported all animal-use groups. The organization became involved in political issues as well as countering the agenda of the animal activist and environmental movement.

The first demonstration I helped organize was a counter-demonstration against PeTA at the National Institute of Health (NIH) in Bethesda, Maryland. We joined with a group called iiFAR (Incurably Ill for Animal Research.) that was one of the most active groups opposing animal activists. The press was not really interested in coming out, but we filmed the entire protest to show how effective we were at offsetting PeTA's misinformation about animal research. We were supportive of NIH and carried signs that read "Support Animal Research" and I held a sign that said "Research Saves Lives." I actually felt very good about what I was doing.

The best sign of all came from a very supportive group called Americans for Medical Progress. That sign showed a picture of animal activists protesting and holding signs condemning animal research. Over the picture a caption read, "Thanks to medical research these people have 20 more years to protest." After the protest, four animal

activists followed me back to my car to start a fight. One animal activist hit a member of PPF, Mark, over the head with a sign and I started to go after him; but the group of animal activists quickly left, shouting obscenities and screaming one of their over-used lines, " Hey-hey Ho-Ho! Animal Research has got to go!"

# CHAPTER TWO
## Here Comes the Circus

I grew up loving the circus and over the years to come I would make many friends within the circus industry. I would also come to appreciate the dedication and lives spent caring for animals on a daily basis — twenty-four hours a day. While I don't envy how the families live, I have learned that what matters most to circus families is unity.

In 1990, I corresponded with Doug, a member of Putting People First, who would later become a close friend and share many of the same beliefs as mine. Because we were close in age, Doug was someone I could easily relate to; and over the years Doug shared his first-hand knowledge of animal care with me.

In the summer of 1991, I made my first trip of many to Dallas, Texas. Doug helped put me in contact with a number of circus people across the nation. Experienced as a young teenager working with animals, he also provided excellent instructions on animal behavior, care, and training for someone like me. Doug was also closely involved with many Hollywood stars doing movies, commercials and TV shows. I was very careful to pick and

choose my contacts wisely, as I later found out the circus industry is a rumor mill and stories told are constantly changing, depending on who tells them. Through Doug, I met a colorful cast of characters over the years, and that definitely made the work more entertaining. Doug was also a key contact of mine for the film industry and would later use his contacts to help me put together a film to educate adults and children about the care and treatment of animals in the circus and film industry.

One colorful character I met was Bobby Gibbs, who was always full of jokes and surprises. Anyone who knew him would appreciate his sense of humor. Gibbs was a circus fan as well as performer; he told stories like no other person I knew. Sometimes he could embarrass you when you least expected it. This happened to me on more than one occasion.

### Where It All Began . . .

Albany, New York was the first place that Putting People First counter-demonstrated in support of the circus against the animal activists. An attractive young co-worker of mine named Jeanine helped in the organization of volunteers to counter-demonstrate against PeTA. The demonstration went off without any real problems even though we were out-numbered by animal activists. PeTA was surprised to see our group show up and basically was not sure how to handle the situation. We were successful in diverting their attention and distracting them from their normal routine of contending with the circus patrons. This was to be the first of many more counter-demonstrations to follow and was just the beginning of a long battle ahead with the animal extremists.

The next stop was Washington, D.C., home of Feld Entertainment headquarters. It was here where we really needed to impress Kenneth Feld and his corporate executives to keep the operation running smoothly. Since we expected problems with PeTA, I was given specific

16

instructions to control my people. We did not want altercations.

I made sure that I kept everyone from getting arrested. At times during the demonstration, Bill Wewer, co-founder of PPF actually had to restrain himself as activists stuck signs in his face and used profanities. Many of the PeTA members there were dressed in black T-shirts and some were dressed in costumes as animals. A number of people watched the demonstration. People witnessed a real circus outside of the D.C. Armory. The mayor, Sharon Pratt Dixon, attended the show and just smiled as she passed by the demonstration.

Our message was loud and clear; we were definitely a thorn in PeTA's side. Again we had small numbers – ten people, but we were much more effective than PeTA and this did concern them. While PeTA contended with us outside the D.C. Armory, people quickly passed by and filled up the show. Many people thought it entertaining that another group was drawing the attention of PeTA. We effectively distracted the protesters from getting to the circus patrons and set the stage for future battles.

While I was busy organizing the demonstration in Washington, D.C. for Ringling Bros. I came across many individuals reluctant to come out and demonstrate against the animal activists. Often, Circus Fans of America (CFA) were older and unable to physically participate. A small group of circus fans from Maryland and a few circus fans from Washington, D.C. were very helpful. I contacted every group imaginable for support, but it was an uphill battle. People were actually scared of confronting PeTA. Initially, our numbers were small, but the individuals that came to support the circus were quite vocal. It was a key part of my role to gather as much support and favorable press as possible for the circus.

One of our more outspoken individuals, actually did square off face to face with several activists, calling them scum and letting them know that rats did not have rights as far as he was concerned. A local doctor, who would later become a regular supporter of the circus, enjoyed the

opportunity of confronting members of PeTA. We brought literature to give to the circus patrons about PeTA and their agenda. PeTA's literature claimed rats had the same rights as humans. Over the years their quotes have often been printed out of ignorance and PeTA has enjoyed the publicity their comments have stirred across the nation.

What was interesting about this first encounter at the circus with PeTA in Washington, D.C. was that no one was arrested. The D.C. Armory police were not prepared to handle the situation and they kept an eye on the demonstration with curiosity. PeTA was just as shocked to see a group vehemently opposed to them and their agenda.

While PeTA had individuals dress like animals in the circus, we mocked them and this antagonized them more. A young girl dressed as a tiger was pretending to be whipped by a trainer while the group sang their simple one-verse tune, " Hey-hey, Ho-ho, the wild animals in the circus must go!"

Looking at the animal activists and how they were dressed to demonstrate actually made people laugh at their sloppy attire. I felt it was necessary to film the demonstration in order to protect our people. I knew that if any acts of violence occurred I would have it caught on tape. Besides videotaping, I took lots of pictures of the protesters so I'd be able to keep an accurate file.

The taste of success was bittersweet the first time around. After seeing one of my contacts participate for PeTA I realized that the more I knew about PeTA's tactics, the more effective I could be in countering their moves. In this instance, it turned out that PeTA planned several days and nights of handing out anti-circus flyers, but the main event was over after opening night.

Later, I discovered that PeTA and other animal activist groups protest the first night because that was the best opportunity for press and media coverage. In this case, PeTA had nice press kits made up and tapes to go with them. I learned then that you are only as effective as the material you present. While supporting your point of

18

view on any issue you must provide documentation for the press.

Learning what your opposition is doing effectively, however, can definitely benefit your group in the future. I made sure I had copies of what material PeTA was presenting to the press. I also obtained a copy of the film called "Cheap Tricks," a film narrated by Alec Baldwin that contained spliced-together acts throughout the circus industry. The acts were filmed without the permission of the individuals performing in different shows, but when did PeTA or any other animal activist group ever ask the permission of the circus or their hired acts for anything?

The circus industry and their performers asked me several times about suing the animal activists for copyright infringements, but the owners were reluctant to assist the circus performers since there were individual contracts. It is my belief that the circus trainers and performers could, to this day, sue PeTA for illegally taping their acts inside the circus tents and arenas without permission. A class action suit would cost PeTA and both sides' large sums of money, but would clearly send a message to the animal activist groups.

## CHAPTER THREE
### Toronto, Canada Bans Exotic Animals in the Circus

On March 23, 1992, an animal activist group named ZooCheck, Canada, supported a city ordinance to ban the use of exotic animals in Toronto. City Councilman Peter Tabuns, a staunch animal and environmental activist himself, sponsored the ordinance. Holly Penfound, along with co-founder Rob Laidlaw, worked on a bylaw that banned the public display of exotic animals for entertainment purposes. That bylaw passed 11-4 votes with one Council member abstaining because of a conflict of interest. This sent shock waves through the circus industry. In particular, Ringling Bros. and Garden Bros. Circus were dumbfounded. Garden Bros. Circus was the only true Canadian Circus with animals and this had happened in their own backyard!

Putting People First Co-chairwomen for Canada, Pat and Sherry contacted me and asked what could be done. Both of them had spoken favorably at the council meeting toward the circus industry. A report submitted included lost revenue from vendor sales, parking garages, restaurants, and hotels. There was not enough support for

20

the circus industry at the hearing to prevent a ban on exotic animals within Toronto from becoming a by-law.

In fact, Mayor June Rowlands, who was a supporter of the animal activist movement, applauded when the issue passed. Rowlands later banned several other groups and organizations from the City of Toronto. She also voted to ban the Salvation Army, known in Canada as "Sally Ann," because they did not support homosexuals. The Bare Naked Ladies, a rock group from Canada who were scheduled to play at Nathan Phillips Square on New Years Eve, were also banned in Toronto because Mayor Rowlands did not like their name because she found it offensive.

There was never much rationale for Mayor Rowland's logic and she refused to meet with anyone in advance to discuss certain issues. She also refused to meet with anyone connected with the circus.

## How the issue started . . .

The issue began after a stripper by the name of Jane Jones, who owned and performed with a tiger called Qadesh. Jones was accused of posing a threat to public safety while performing at Jilly's, a local adult entertainment nightclub in Toronto. Jones was accused of leaving her tiger Qadesh, tied up outside in the alley behind the nightclub. The tiger was in perfect health.

Supposedly, a constituent of Toronto City Council member Peter Tabuns made a complaint to City Hall. It was later found out the complaint was made by a local drunk, who tripped in the alley and called up City Hall to say he saw a tiger loose. The tiger was led into the club on a chained leash through a door located in an alley behind the club.

The next day, the man called Councilman Tabuns' office and said he wanted to know what the city was going to do about a problem with tigers walking around loose in Toronto. Ironically, the councilman had an animal activist named Holly Penfound working as his executive assistant

and she decided the timing would be perfect to get legislation passed that would ban exotic animals within the city of Toronto. A by-law similar to an existing ordinance in Hollywood, Florida was drafted and passed March 23, 1992 without any support from the public. This occurred after animal activists applied pressure upon city council. A video depicting animal cruelty was shown to help influence the council members.

### How the battle was fought . . .

The first mistake made in fighting the by-law was made by Ringling Bros. Circus. I later found out the attitude of Ringling had a lot to do with the council member's refusal to consider rescinding the by-law. An attorney from Ringling Bros. flew into Toronto with a very well respected veterinarian to meet with city officials including the Mayor and City Council members. Ringling came in with the attitude: " We are big business and you can't tell us that our circus cannot perform here!"

Word quickly spread among City Council members and city officials that here was an American circus coming into Canada and telling them what they could and couldn't do! Even the Council members who were supportive of Ringling Bros. had a real problem with how the corporation was telling them what they could and couldn't do in their own country.

### Analyzing the problem and developing a strategy

By 1992, I was becoming very familiar with legislation targeting the circus industry in the United States. Over the previous two years, I had fought city ordinances all over the United States with tremendous success and Ringling Bros., along with the rest of the circus industry were well aware of my success.

Earlier in 1992, I set up a company with a partner called the Animal Husbandry Society. Ringling Bros. backed it through my former boss, putting up my starting

22

fees for the corporation. Initial costs were about $6,000 for my partner and me. We had a full time lobbyist, Kirk Breed, and a board of directors. Our board of directors was not paid, but was well known throughout California.

One board member was Assemblyman Dick Floyd, who was well respected throughout the California Assembly. Floyd authored the Motorcycle Helmet Law in California and was not a stranger to controversy. For ten years he pushed to get the law passed and then faced numerous death threats after it's passage. One threat, an anonymous letter offered a $25,000 reward for killing the author of the Motorcycle Helmet Law. Though the letter included the logo Vagos Baja motorcycle club, the leader denied any involvement. The article appeared across the country in USA Today.

While I was not familiar with the laws in Canada, I would learn that respecting other countries' cultures was very important and a key to building alliances. In the United States, it seems to me we have always taken the attitude when entering into foreign countries, that we are better than the rest of the world and "Let's get down to business." Business first and then pleasure is not acceptable in Canada. The first thing I learned came from a helpful council member who told me "to gain the respect and trust of the other members of the Council, before discussing politics with them or anything dealing with the circus industry."

I had my work cut out for me, first because I was an American working on a controversial issue in another country. Secondly, because a large corporation, Ringling Bros. Circus had come to Toronto and filed a lawsuit and then treated the council members as if they were all idiots.

It was vital to outline a plan of action. I decided that taking the advice of Councilor Steve Ellis was going to be my best course of action – if I were to have any success in overturning the ban in Toronto. Little did I know that I was going to spend most of the next year fighting for the rights of the circus to perform with exotic animals in

Toronto.

My first step was to meet with all of the parties involved in the case. Since I was working on behalf of Ringling Bros., I already knew where they stood on the issues. My next step was to meet with the Garden Bros. Circus and try to form an alliance between Ringling Bros. and them. Even though there was competition among the circuses, I had asked for full cooperation and I had received each side's word that they would work together to resolve the matter. I initially met with Ian Garden, his sons Ian Garden Jr., his brother, Richard Garden, and Elliott Abels. Although they weren't too keen about working with Ringling Bros. and Kenneth Feld, they agreed that Ringling had the financial resources to help them fight the City of Toronto.

Then I met with David Garrick, Vice President of the Skydome, a private business, which was the home of the Toronto Blue Jays. Garrick was quite an impressive man and was very sharp with money figures. He had already begun to do a study on the financial impact the circus had on Toronto and his financial report showed that the city was going to lose over six million dollars by not allowing both circuses to perform at the Skydome. This report included the unions that were hired to handle the rigging and lighting at the Skydome. Furthermore, the cancellation of the circuses at the Skydome also left open dates to be filled. The Toronto Blue Jays baseball team only played from April to the end of September, and there was no possible way to make up the lost revenue.

Following a plan suggested by Councilman Ellis, I attempted to meet with each individual council member including the Mayor, in order to learn his or her views about the circus. I carefully learned about each council member's strengths and weaknesses. By learning their views about the circus, I was careful how I approached each council member, knowing how they voted on the issue and what it would take to change their votes. If it were possible I would focus on educating the council members and have the issue of rescinding the ban on

24

exotic animals in the circus reintroduced at another public council hearing. I knew that without Ellis, the circus would not stand a chance outside the courtroom.

The 11 – 4 votes was past history and I was starting with only one council member willing to help me get started. Other members who voted favorably for the circus to continue with exotic animals were still upset from Ringling Bros. initial visit, so the next step was mending wounds.

I met with Councilman Chris Korwin-Kuszinski, better known as "KK". He was well liked by other council members and he represented a large number of people from his ward. KK was someone who had influence over other city council members and city officials. KK was a big Toronto sports fan. We talked about the Blue Jays and how this was going to be their year to win it all. Chris was someone who I deeply respected and was very helpful in lining up allies for the circus.

Lunch was an easier way of meeting with members of the Toronto City Council and I enjoyed dining at some of the finest restaurants in Toronto. I took several council members out to lunch a number of times and enjoyed their company and built strong friendships. The lunches made the setting less formal and after chatting about their individual interests and family life, we all felt more comfortable discussing the circus.

I attempted to set up meetings with all council members in Toronto, but a couple of them were reluctant to meet with me. Twice, for example, Ellis set up a meeting with Mayor June Rowlands and she cancelled both times.

The first time I was suppose to meet with the Mayor, she forgot I was representing the circus industry. I was invited into her conference room and then Ellis went back to meet with her in the office area before our meeting. She said her mind was made up and she had nothing to discuss with me. Furthermore, she was not interested in what I had to say or show her. The mayor's attitude upset me because I had always thought public officials were

open-minded and concerned about what was in the best interests of the people. We decided that Rowlands would be our next target for public embarrassment, since she was opposed to so many groups and she publicly spoke out against them in the City of Toronto. I was instructed to take out two ads in the local newspapers that would draw the attention of the public on Thursday, April 9, 1992. We ran the large advertisements in The Toronto Sun and The Toronto Star, which cost $ 36,000, but they were quite effective and the response from the people of Toronto was amazing.

The Mayor was furious, of course, and she called the newspapers to find out who was responsible for those advertisements. Because there was a policy of not releasing the names of people or organizations responsible for taking out advertisements, the paper said the party chose to remain anonymous.

Then the Mayor had a staff member call my room at the Marriott to find out who paid for the advertisements. We had certainly attracted the mayor's attention. The clip-out coupon in the newspaper allowed the public to voice their displeasure with her actions. I suspected after the advertisement was printed that my phones were tapped at the Marriott. I only made calls from payphones in the lobby to insure my calls could not be traced or monitored.

Our next target was Council member Peter Tabuns, who sponsored legislation to ban the circus. Tabuns was also reluctant to meet with me and he was very biased toward the animal activist groups considering his executive assistant, Holly Penfound, co-founder of Zoocheck, utilized the Toronto City Hall as a base for her organization. During the course of my investigation into Zoocheck, I discovered how they were so successful operating on a shoestring budget; they used city copiers and equipment to disseminate their material and run their campaign right from City Hall headquarters.

I learned how to play their game very well. Fortunately, notes were often left behind at City Hall

26

after working hours. Many council members did not work weekends and City Hall was often open to the public for city events, with displays set up in the lobby. I took advantage of these opportunities several times to enter the building and gather key information. I received some help from individuals within City Hall.

Though I was determined to gather, as much information about how Zoocheck, Canada operated inside City Hall, what was extremely important was that I never stole any documents from anyone's office. I just made copies of the animal rights material and took pictures of files that pertained to Zoocheck and other animal activist groups. In exchange for information to a local newspaper I would get favorable coverage in their paper for the circus industry. I was also able to make contacts that worked with a "think tank," which provided me more information on the animal activist and environmental groups working throughout Canada. It is amazing how valuable information can be when being in touch with the right people. My contacts were to remain anonymous and the information I obtained would never be discussed on how it was obtained.

The next part of my operation was to organize a petition drive throughout Toronto. I was instructed to hire students and contacts of mine throughout the city to obtain signatures in the wards of the council members. It was important we focused on the council members who were adamantly opposed to the circus and the use of animals in entertainment. The hiring process had to be confidential and I needed to be very careful about who would work with me.

My boss and I agreed that we would pay the students eight dollars in American currency and ten cents for each signature obtained on a petition. This was equivalent to over ten –and-a-half dollars an hour in Canadian funds plus the money they would get for as many signatures as they obtained.

The petitions were printed in three parts: one white, the second one canary yellow, and the third one pink. The

white copy would be submitted to the City Council, the yellow to the press, and the pink I'd keep for myself for verification and in case there were any discrepancies.

I placed an advertisement at the University of Toronto, since we felt students would be in need of money for college and be more flexible to work in the City of Toronto. I also hung up signs advertising for summer work. I hired twenty students initially, figuring some students would only be able to work part time. I had to follow up on the student's work on a weekly basis to make sure that I was getting the petitions and pay each student for their time and signatures. Since Toronto is culturally and ethnically diversified I hired students that were Vietnamese, Chinese, Greek, French Canadian, Polish and Portuguese. I had sixteen wards to cover and after two weeks I was down to sixteen students, one for each of the council member's wards. Our initial goal was 100,000 signatures within Metro Toronto. The money was wired to me in Canada through my firm, with Ringling Bros. funding the operation.

I met with the owner and manager of Jilly's nightclub and Filmore's, an adult nightclub, where Jane Jones and her Exotic Circus performed. The strippers at the club agreed to gather signatures from patrons who frequented the strip clubs. I made good friends with many of the dancers and had one of my best contacts at Jilly's. Carly, an attractive brunette was working on a nursing degree and enjoyed dancing as well. I put her in charge of organizing the girls. I paid the girls ten cents a signature and most of girls were thrilled to help out, because they realized when Jane Jones performed at their club they attracted more customers, and they ultimately made more money from dances. Most of the girls, who danced at the club were working toward degrees and had aspirations other than being exotic dancers.

While Jane Jones was not permitted to perform with her exotic circus in Toronto, I went to several of her shows outside of Toronto. Jane and her husband were great hosts to me. The tiger Qadesh was well taken care of and

28

she actually took a liking to me. One night in particular after a show I had been partying late with Jane and her husband Bill, and they said I could crash in their trailer for the night, but I would have to share my bed with the tiger. I thought they were kidding!

I wondered where the tiger slept since I did not see the cage for her. A short time later I fell asleep. It was about two-thirty in the morning when the tiger jumped up onto the bed, all 380 lbs. of her! She quickly stretched out and actually cuddled next to me. Jane and her husband had already gone to sleep in the bedroom at the front of the trailer.

I have to admit I was a bit nervous, wondering about sleeping in a pair of shorts with a tiger next to me. Nevertheless, I fell asleep nuzzled next to Qadesh and woke up with her licking my face around 8:00 a.m. Wow, I thought to myself, "Could I have slept the whole night in bed with a tiger next to me?" Then it went through my mind "I could have been a nighttime snack for the tiger." Fortunately for me, though, I was glad the tiger ate well the night before and there was plenty of water in her bowl. I could not believe I was crazy enough to stay the night, let alone sleep with a tiger!

What would the people in the USDA think of what I had done? What about my reputation regarding animal care and guidelines for safety? Certainly, the tiger was well cared for by Jane and Bill.

Today I feel lucky I am alive to talk about it. I did learn one thing that night - a tiger has terrible breath in the morning, but I was not about to tell her that when I rolled out of bed to get dressed.

The next day, Carly and I had breakfast and I told her about the night before. Carly asked me what is was like sleeping with a tiger and I just winked at her and said it was a wild night. She laughed as we counted the petitions the girls had collected at the clubs.

Actually, adult clubs were a great place to get patrons to sign petitions, since most of the men enjoyed seeing Jane Jones's tasteful act. While Jane Jones walked the

tiger around the stage with a leash, her husband provided many educational facts about the tiger.

Often, girls had their pictures taken with the tiger in various clubs and not one girl was critical of the care that the tiger received from Jane and her husband, Bill. HBO had done a special with Jane called Live Sex Two which was a very fair portrayal of Jane Jones and her life performing and caring for her animals.

The petition drive was going well during the summer months while the circuses and Skydome proceeded forward in their suit against the City of Toronto. I spent most of 1992 in Toronto, and the Marriott was my home for the year. I had rented a storage facility close to the hotel since Ringling Bros. needed someone to keep their supplies and I could not keep the petitions in my room. There were too many people curious about what I was doing, and I knew after the Mayor became aware of where I stayed, she would have her little spies keeping tabs on me.

When Ringling Bros. hired a well-known public relations firm, Burson-Marsteller, I was told I had to work with them and they would assist me on setting up appointments and meetings. They knew how to handle all situations with the city.

At first the firm seemed honest and kind enough to allow me to use an office and whatever supplies I needed. I was instructed to keep them informed of all my meetings with city council members and they were to be included in all meetings. They actually said they had inside contacts that would help schedule meetings and with people who would be instrumental in helping out.

Something bothered me about their firm, though, and I would soon find out that you have to trust your own instincts. I made all the calls and set up the meetings with the council members and key city officials. I was instructed to include Account Supervisor, Wesley Muir. I thought that he was trying to be a hotshot. He attempted to befriend me in order to benefit himself; Muir insisted he would participate in all of the meetings.

30

The first meeting was arranged by Councilor Korwin-Kuczinski to meet with another council member, Betty Disero. Muir addressed Korwin-Kuczinski as if he were his long-time buddy. The talk was very informal but somehow I had the feeling KK was not comfortable with Muir addressing him in the manner he did.

The meeting with Councilor Disero was long and I wrote a report after we finished an hour and a half later. Muir said he would take a copy of my report back to the office. Muir copied my report and then added to it about where Disero stood on the issue of the circus. Muir said he had everything under control. The report was retyped on Burson-Marsteller's stationery, but most of my report was copied. The only problem was that Muir said in his report that I didn't handle the meeting with Disero properly. This was not the case. I was instructed to let Muir guide the meetings. Basically, I was put in an awkward position by my boss and was highly insulted by Ringling's support of the public relations firm. I knew how to interpret each meeting I had with each of the council members and where they stood on the issue of the circus.

Muir insisted I show up at the office more frequently and use their phone lines for my calls. I was told not to worry about the cost of the calls and not to hesitate to call any of my contacts as well as business and personal calls. Somehow I knew I was being set up, so I used my calling card and would not call any of my contacts from there. I later learned that Burson-Marsteller was billing Ringling for my time at the office and the calls. Since the situation appeared to be Burson-Marsteller running the show, my hands were tied and all I could do was follow orders. I think my boss was upset as well because he felt the control was taken out of his hands. I was instructed to type my reports from their office, which made me, feel really uncomfortable. I felt as if I had no privacy there. I was missing notes from my folder, which I later discovered were stolen. I never suspected anyone from there would take them. Being somewhat suspicious of the firm and how all of the sudden they were so cooperative

with me did not make sense. Burson-Marsteller was a very successful firm that had some clout in the community. I decided to write a report about a meeting with one of the council members. Afterwards I had a meeting with a local radio station and some other contacts. I falsified the report and did not have intentions of turning it in to my boss, but would give him a factual report I wrote. When I went to a meeting, I asked if it would be safe to leave my folder with my notes in the office and Muir told me the office would be locked and not to worry about a thing. Meanwhile, Muir skipped the meeting and returned to the office and copied my recent fictitious report unknown to me. The report was then turned into Ringling Bros. for their review and they were billed for the work done. I turned in a copy of a true and correct report to my boss and did not say anything about the other report written. Apparently, everything I wrote to my boss was turned into Ringling, but for the most part, my reports were typed over by my boss. He was very good about keeping our client up to date about our work. I guess corporate counsel for Feld contacted my boss about the report and wanted to know about the discrepancies in the reports sent to them by Burson-Marsteller. I told my boss what I had done about writing the fictitious report because I believe my work was being stolen and the public relations firm was using it. Apparently, Wes Muir was actually copying my reports and turning them in as his own and the firm was double-billing Ringling Bros. for the work. The public relations firm was terminated immediately and my boss and I had a few laughs about it later. I had my suspicions all along about Burson-Marsteller and I was right about them.

We were deciding on how to present the petitions to the City Council and actually we thought about bringing an elephant in to present them in a parade before the Mayor and City Council members. I had the boxes designed with the Canadian flag on the boxes and they looked great! Because the case was being argued before the Ontario Court of Appeals, I was advised to sit tight.

32

We ended up turning in the petitions to the City Council and I gave copies to City Council members that were favorable to the circus. I figured it might help them get votes in the future. It would give them the opportunity to see where their constituents stood on the issue of animals in entertainment.

I had done everything possible I could do in the City of Toronto. I had sat through part of the hearings and listened to arguments from both sides. The attorney Stan Makuch, representing Ringling Bros., Garden Bros, and Skydome presented a strong argument and all we could do is wait for a decision from the three Judge panel.

The call finally came on Friday, April 2nd, 1993 the Ontario Court of Appeals struck down the controversial Toronto city by-law banning the use of exotic animals in public entertainment. The Court ruled unanimously that the ban violates the Canadian Charter of Freedom and Rights. The Court awarded the costs of the hearing to the Toronto Skydome, Ringling Bros. Circus and Garden Bros. Circus. Toronto City Councilman Tabuns who introduced the ban was quoted as saying, "It goes to show you that if you have enough money you don't have to worry about city by-laws." Tabuns was frustrated and his assistant Holly Penfound, the co-director of the "animal rights" group Zoocheck-Canada, said, " A year's work has gone down the drain." I was quoted as saying " This is a great day for circuses, for their animals and for the children of Toronto." The city decided against appealing the decision and did not have the necessary funds to pay the $12 million dollars the parties were awarded. The outcome of the case was what I had expected all along.

One method that we used at the beginning of the case in April 1992 was to organize a demonstration. We had fluorescent flyers printed and took out an ad in the Toronto Star. This was effective in getting the Mayor and members of the Toronto City Council's attention. The rally included myself as a speaker and other members of Putting People First from Canada. The animal activist group, Zoocheck was present but kept their distance. It

33

was a chilly day, but people came out to see what the demonstration was all about. The clip-out response was very instrumental and calls flooded the City Council from the public. This was just the beginning of a long legal battle.

<div align="center">

**TORONTO-CITY HALL-Trinity Square Park**
**FRIDAY – APRIL 10**
**DEMONSTRATION IN SUPPORT OF**
**FREEDOM OF CHOICE**
**11 A.M. TO 1 P.M.**

</div>

Join us and thousands of citizens of Toronto and surrounding areas to demonstrate for our **Freedom of Choice.** Meet us at City Hall for our voices to be heard.

Purpose: To protest the ban of exotic animals by the City Council.

The ban imposed on the citizens by Toronto City Council has legislated a moral issue, which involves **CENSORSHIP.**

"The City acted too hastily in response to the protests from animal rights activists," quotes some Toronto city councilors.

We believe the people of Canada deserve the **Freedom of Choice...**We don't want it taken away.

Does this mean Toronto City Council will have the final say on what the citizens can or cannot see? What will they ban next?

Join us to show the council what democracy really is

**FREEDOM OF CHOICE BY THE PEOPLE**
**NOT BY THE TORONTO CITY COUNCIL**
**NOT BY THE ANIMAL RIGHTS EXTREMISTS**

At the bottom of the page was a clip out coupon that was to be mailed in. If you are unable to attend the rally

34

please show your disapproval of the ban voted by the City Council by mailing this clip out to:

Mayor June Rowlands and Members of City Council
Dept. of the City Clerk
Toronto, Ontario M5H 2N2

I _____ protest the ban on exotic animals, which violates my Freedom of Choice.
I believe the people not the government should decide on what I want to see regarding entertainment
Please reverse the ban.

_____        _____
**Signature**                                **Date**

City

nals,

e on

## CHAPTER FOUR
## The Allegations of Abuse and Dispelling the Myths

Allegations of abuse by PeTA were definitely the most effective getting the media's attention. What I soon learned was celebrities like Alec Baldwin seem to draw all of the animal extremists out of the closet. Baldwin and his wife, actress Kim Basinger, would later become two of my biggest problems with the media and TV talk shows.

The allegations brought forth by PeTA about animal cruelty were nonsense, but the problem that existed was no one outside of the circus industry refuted the statements and films. I was about to learn first-hand the true nature of how the circus industry operates. As a national spokesperson for Putting People First, I fell into the role of speaking to the press at each event and demonstration involving Putting People First and PeTA.

Kathleen Marquardt had no problem with me speaking for the organization since I had earned her trust and was responsible the way I handled situations. My main focus was to never lose my cool with the animal activist groups or any group demonstrating. It was very difficult at times, restraining my people as well as myself since we were dealing with ignorance. When people shout

36

in your face or raise such strong objections to your viewpoints, I learned walking away was the answer, or striking up a conversation with a patron, or with one of our pro-circus demonstrators.

When listening to an activist speak about abuse, I learned that repeating the same message over and over would allow the press to focus their attention on the one or two comments that reflected the views of the animal activists.

The literature PeTA passed out to the public was nothing more than stating their views and beliefs about animal abuse. As one activist told me "if we can reach 2% of the people attending a show, we can effectively build our membership." I thought that doesn't seem like a lot of people, but in the scope of things, 2% of 10,000 people attending the show were possibly two hundred more protesters to contend with in a city. It meant the fifteen-dollar memberships PeTA was pushing would give them another $3000 in donations. The more I thought about it, the more upset I became, realizing the more people that were drawn into their movement, the stronger their organization would become.

The first step in stopping a movement from becoming stronger was to refute their allegations. My job would not be easy and my goal was to effectively offset the propaganda through factual data. Addressing the allegations was not hard, but getting the message out would be another situation. It was necessary to get the answers to PeTA's allegations. I had to find out the truth about how the animals lived twenty-four hours a day. I needed to go behind the scenes of the circus and find out the truth for myself. I was about to learn from individuals across the country how the animals were actually trained. My biggest problem would be gaining their trust. Since I was beginning to make my name well known as the national spokesperson for PPF, people began to accept me as a friend of the circus.

I was eager and wanted to learn everything I could about animals that performed and the people who cared

for and trained them. I left Washington, D.C. in June 1992 with my former boss to film the animals at a summer layover spot in Little Rock, Arkansas. The Ringling Bros. Circus red unit would be on a two-week vacation and I had a perfect opportunity to see the animals when they were not performing. After flying from Washington National Airport to Dallas, we arrived at a gate which was at the furthest possible distance from where we were to get our next flight. We ran through two concourses before catching a shuttle to the gate. We had made it in twenty minutes flat and the plane was boarding when we arrived. The flight was sold out and somehow we ended up in the last row of the plane. It definitely was not the most comfortable row and my boss had asked if we could be moved up. The flight attendant just smiled and said unfortunately the flight was full and we would have to just make the best of it. She asked if we wanted a deck of cards and a cold drink. We quickly drank our soft drinks as the plane quickly departed. I was expected to use the time, on most of my flights, to write reports, and think of creative ideas. As a rule of thumb, I never discussed what I did for a living with any passengers. Being in the back row made my boss feel claustrophobic. He spoke with me for most of the flight, while we put together interview questions for the animal trainers.

When we arrived in Little Rock, Arkansas the temperature was around 90 degrees, and with the humidity factored in, it felt like 100 degrees. The fairgrounds were a short drive and I looked forward to seeing a bit of Arkansas. We drove through some poor sections of town over a railroad track and finally arrived, soaked from perspiration. We decided to speak with the trainers first about their lives and let them know we would be returning early the next morning to do a film about the care and treatment of animals in the circus. While we talked with the caretakers, I took note of the beautifully set-up surroundings. I had wondered why all of the arenas could not provide such nice living quarters

38

for the animals. We decided we would begin tomorrow with the tigers and work our way through the barnyard animals. I was excited having the opportunity to actually do a video with Ringling Bros. and Barnum and Bailey Circus. I had always dreamed as a child to be so close to exotic animals and be able to learn about the lives the animals and people live.

My opportunity began early the next day. Because of the heat, we decided to begin filming very early with the tigers outside in the field. I had previously met a gentleman named Marco Peters who had been raised in a circus family. Marco was a caretaker and trainer for the tigers. He was at the fairgrounds working on a new act for 1993 and caring for the animals. He introduced us to Ozzie, a six-month old tiger, who would eventually end up at the Columbus Zoo with Jack Hanna. Ozzie was frisky and a very playful cat. He played around with Marco's dog and Marco walked him with a leash. As a special treat I had the opportunity to hold and play with baby tiger cubs. They were as cute as could be, but had very sharp nails. We started with Ozzie taking the tiger cubs for a walk. The tiger led the way and ran though the high grass as the younger ones followed. A dog also followed and played with the tiger. It was almost as if we were in a remote area in Asia. Marco talked to me about growing up with animals and how he became involved with tigers. He showed me how he began training methods with Ozzie. Ozzie was given food rewards (pieces of beef) for simple behaviors learned. I was impressed as Ozzie listened to voice commands from Marco and responded almost instantly. The training session lasted about thirty minutes and Ozzie decided he was done for the day and he wanted to play. The tiger cubs looked to Ozzie as an older brother and followed him all over the fairgrounds. They played with the hose and water and snagged my suit pants while wanting my attention too. I rolled in the grass with them not even thinking twice about my good suit. Heck, I was out to enjoy playing in the grass with tigers and who knows if I would ever have this opportunity

again. The interview went off without a hitch and the film was left unedited so no one could say it was doctored. I learned more about tigers in one day than I ever knew in my life.

Next came the elephants. Mark Oliver-Gebel, son of the famous Gunther Gebel Williams was chosen by Mr. Feld to speak about the care and treatment of the elephants in the Ringling Bros. Circus. Mark admitted he was nervous and it took him a short while to open up. He answered the questions about growing up in a circus family, but had to be coaxed as to what I wanted him to talk about. Mark had the knowledge but did not know how to express himself. We did the segment on elephants with an Asian elephant named Asia. Like his father, Mark spoke to the elephant with verbal commands and the elephant responded to Mark's voice. I always found it amazing how animal activists, who have never believed in contact between human beings and animals, could object to such a close bond that exists between the animals and their caretakers. After filming the segment with Mark, I spent time just observing the elephants socializing with one another. The interview was fair, but I would find another opportunity to interview Mark in Baltimore. Again like Marco, we did not edit anything from the video, because people needed to see the truth behind how these animals and their caretakers live.

Next came a young lady, Lisa Dufresne, who worked with barnyard animals. She kept them together in the barn and in a pen. There were goats and pigs and they all seemed to get along. Lisa was an excellent interviewer and spoke from the heart. She was not coached on anything to say, but it was obvious she was very emotional about her animals. The animals were also considered as members of her extended family. Lisa explained to me that she also had a degree in veterinary technology. The pigs she told me were more intelligent than dogs. It was amusing to see animals working together and different species interacting with one another without fighting.

40

This was a day I will never forget and I was anxious to share my video with the media. It would be an excellent opportunity for the public to see the true account of a behind the scenes story of animals and individuals living together in the circus.

As I became more aware of the hands-on animal care these animals received, I felt more and more comfortable talking to the media and press across the country. The video I made with Ringling Bros. Circus would help make my role more credible in countering the animal activists' propaganda. I continued to make videos across the country regarding numerous individuals. I focused my main goal on covering exotic animals since I realized from the demonstrations and literature mailed by PeTA and Performing Animal Welfare Society (PAWS) focused on elephants, lions and tigers, as well as primates that performed in the circus.

As I traveled across the country I would have the opportunity to learn firsthand from a wonderful man whom I will never forget, Gunther Gebel Williams. Each time I would see him at animal walks across the country and in different locations, Gunther would always take the time to shake my hand or embrace me with a hug, showing appreciation for the work I was doing. He gave me an ankus, which is used to guide elephants as a mother would guide her young calves in the wild. I keep this with me when traveling today to use as an educational tool. I have taken the ankus to schools; have shown the media, politicians and anyone who wants to understand the true purpose behind this tool of the trade. I learned from Gunther what it meant to care for animals, twenty-four hours a day. I respected Gunther as if he were my father. The knowledge I gained from Gunther Gebel Williams, I could not have learned in a book. He had a gift that only few people have in this world and I feel honored he shared his knowledge with me.

# CHAPTER FIVE
## Allegations of Abuse and Fundraising

Listening to allegations of animal abuse made me realize how ignorant animal activists can be. PeTA and PAWS had indoctrinated their people and the public with video clips. They had the videotapes spliced together purporting abuse. After I would carefully dissect their tapes, I would reveal just how clever they were showing clips of a zoo, or roadside menagerie, and then quickly go to the image of the circus. Through the clever use of sound bites and voice-over techniques, vivid descriptions are given of the animals and the acts they perform. If I were the average person knowing very little about animals in entertainment and how they were treated, I would find the films believable. I would listen to the voice of Florence Lambert, founder of the Elephant Alliance talk in one of the segments of a film about how an elephant simply collapsed from standing in the hot sunlight. She spoke softly how the elephant was unable to get water, when in fact the elephant was previously given water before an animal walk from the railroad tracks to the San Diego Sports Arena. The elephant simply decided to lie down on the ground. The video taken by the activists showed this,

42

but Lambert still inferred the elephant was suffering from a lack of water and the high temperature outside. What I found out which was quite important when analyzing the film was the fact the video was shot in San Diego, in the morning and the temperature on that date in July was in the low seventies.

My expertise in video allowed me to further look at each frame of the tape " Plight of Performing Animals" and PeTA's " Cheap Tricks" and see how the activists were successful in duping the media. Alec Baldwin, who narrated the Cheap Tricks tape, did a good job in projecting his voice, making the video sympathetic to the animals and conveying the message PeTA wanted to get across to the audience. While I have never been a fan of Baldwin, he does appeal to a large segment of society and has been successful in the film industry. PeTA and PAWS have certainly had their share of celebrities, but the tide seems to be turning. Many of the celebrities that have endorsed PeTA in the past are now realizing that supporting terrorism in the United States and other countries is not favorable in the eyes of the public or government. Simply supporting a cause or lending your name to an organization like PeTA which promotes terrorism is not a responsible message for the public. The majority of the public does not look favorably at celebrities who are supporting PeTA. Any animal activist group associated with PeTA has to be carefully monitored and tax records as well as charitable status should be checked. Generally, the public does not know how their donations are being spent. Understandably, the organizations are not going to truthfully tell where your money is being spent. They spend the majority of it on fundraising, administrative costs and salaries. Fundraising is one area where PeTA has been very successful. If only the public were made more aware of the fact their money isn't going to save animals or buy land over in Africa or in the wild, to set up wildlife preserves. The truth is the wild is diminishing at an alarming rate and not enough is being done to protect the animals in

Africa and the rainforest. Quite often I would ask animal activists at demonstrations if they knew what PeTA was doing with their donations and the response would be " I don't know" and then they would walk away shrugging their shoulders. This is typical among animal activists — not knowing the facts.

In Tucson, Arizona I asked an activist how much he was being paid to protest the circus and very quickly he said, "so what if I am being paid." Then he asked his friend while I videotaped him "can he use that against me?" This is just one thing that PeTA does with their money, pay protestors. (NCIB) — National Charities Information Bureau reports PeTA does not meet qualifying standards to be listed as a charitable organization. The membership of PeTA consists of a three-member board when the minimum number is five. In other words, everyone who contributes to PeTA is not actually a member according to the guidelines established by NCIB. That would make anyone deducting contributions on their individual and corporate tax returns made to PeTA illegal under IRS guidelines. The average person contributing twenty-five dollars or more quite often will overlook this fact.

## CHAPTER SIX
## How PeTA has Controlled the Media

When I first started organizing counter demon-
strations against PeTA, I noticed a similar pattern
developing across the United States. Many of the activists
would travel from one city to the next. Arenas in some
states were in close proximity. Activists within certain
areas would have ample time to prepare for the arrival of
the circus. At the time, Ringling Bros. would not have the
schedules published for the public to know where they
were scheduled to play months in advance. When I had a
copy of the Red and Blue Unit schedules I was able to
plan things far enough in advance to get people organized
to come out. The press would always come out opening
night to cover the circus. When we planned the counter-
demos, as we referred to them, we would look for different
angles of getting the press to cover our side of the issue of
animal welfare. It was very difficult at first to get the
media to cover a side of the story that was not
newsworthy. We were a group of concerned citizens who
were not controversial enough. We were comprised of
farmers, game fowl breeders, circus fans and ordinary
people that were opposed to PeTA trying to take away a

person's ability to choose whether or not to attend an entertainment event with animals.

The media at the time would only interview PeTA's people, which resulted in unbalanced coverage. Of course, Ringling's public relations officials were going to say the circus cares for their animals and that would be the statement that was printed in the paper as well as what the reporters stated on the local news. Many of Ringling's public relations people rehearsed statements and knew very little about the animals on the show. What we needed to do next was devise a plan that would get the media's attention. So we decided if PeTA was so successful at drawing the attention of the media, we would have similar tactics. I put together press kits and press releases and attacked the credibility of PeTA as well as other animal activist groups. It makes it easier to know your enemy when you put people inside of any corporation or group. I had known that PeTA was very good at infiltrating corporations, such as Proctor and Gamble, General Motors, and research facilities including Carolina Biological, which provides specimens for educational facilities across the country. Individuals were also very good at setting up their targets as in the case of the Silver Spring Monkeys and the Berosini's in Las Vegas. The case Bobby Berosini won initially should have put PeTA and PAWS out of business, but the case was overturned on appeal. Unfortunately, that case involved much corruption in the legal system, as well as attorneys representing PeTA and PAWS and the judges who wrongfully overturned the case. The case also involved charges and fines for PeTA's Attorney Philip Hirschkop for manufacturing evidence. I was able to effectively use this material for my press kits. The more positive press I could get about our group Putting People First, the more I could get the media to listen to our side, the more balanced the coverage would be for the circus. I made sure the media had a copy of the Animals Agenda which was the newspaper of Putting People First. Initially, it came out every two months. It eventually expanded to each

46

month. I enjoyed writing articles about the work I was doing and I was able to get my name out there, to build my credibility. I gave interviews all across the nation and since we were an organized group outside of Ringling Bros.; the press was willing to listen. Putting People First was definitely going to give PeTA a run for their money. I also felt the public would start to realize that we were an umbrella group that appealed to all individuals that simply owned pets. Since PeTA was opposed to the use of guide dogs for the blind and pet ownership, many people in the media would start to look at PeTA under a different perspective. This provided an opportunity for me to start striking back and take full advantage of their comments and hidden agenda. I placed a number of their foolish comments about animals in my press kit and this gave the press the opportunity to ask questions about PeTA. This was going to be my way of showing other industries as well as the public and media how ridiculous the arguments were that PeTA presented in their literature. My ideas began to work by the end of 1991. I had established a good base of people for demonstrations throughout the United States and in each city I traveled to, I met with the local media in advance and at the demonstrations. The pendulum was beginning to swing in the opposite direction. I learned the media was so indoctrinated with PeTA material, about how animals were trained and how the animals spent their life in the circus. PeTA had been unchallenged since 1980 when they began. Without anyone countering their propaganda, the media had only one side of a story to tell at times. Quite often I was learning to change the focus of the argument, since it was obvious I was not going to convince animal activists that animals belonged in entertainment or captivity, performing for the public. When PeTA and their subgroups are questioned on issues they do not know much about, they fumble for answers. I forced PeTA to respond to claims made about their own organization and their philosophical beliefs. When confronted by the media on the questions I posed, PeTA failed miserably. This was

my way of being a thorn in their side. PeTA trained their spokespeople to give the same rehearsed lines about cruelty to animals in every state. It became redundant and I could almost predict what was going to appear in the newspaper the next day. The group leaders were sent flyers and literature from PeTA's headquarters and instructions on how to deal with the media. The worse part about reading the same rhetoric was seeing malicious lies printed in the newspaper about the care and treatment of the animals in the circus.

One way of being able to gain positive press was to take children behind the scenes of the circus and show them where the animals were kept. I was fortunate enough on occasion to have animal handlers with me to explain their duties and talk about how they cared for the animals.

## CHAPTER SEVEN
### Infiltrating PAWS and PeTA, ET AL

For years the animal activist groups felt they were safe in their own backyard. PAWS and PeTA felt as if they were untouchable. The FBI and other federal agencies were unsuccessful in infiltrating them. It took us many years to get people in positions that were able to help us know specific details of criminal acts, targets, programs, and what direction the animal activist movement was going. The key to any good surveillance is gaining the trust of the people you work with and clients you work for. I had a very good relationship with my contacts and I made sure my people were protected as well as paid for their information. Many times the money would come out of my pocket and I would look at it as an investment. I can honestly say that I have not burned any my contacts along the way in the United States, Canada and many other countries. The FBI is aware, as well as other law enforcement agencies, that PeTA is the financial supporter of the Animal Liberation Front. The hardest point to prove in a court of law though is the money trail. The misappropriation of funds by PeTA has continually led law enforcement agencies on clueless

Case 1:07-cv-01532-EGS  Document 184-10  Filed 12/02/13  Page 53 of 242

searches. Setting up foreign bank accounts to pay for acts of terrorism has been their way of handling the government. The problem that exists with the FBI is when they have resources and information, they have not used them properly and have been too quick to grant immunity to individuals who have committed the break-ins and have put together the bombs used in the destruction of property. Many of the animal extremists have walked away free because they have either taken the Fifth Amendment (the right against self – incrimination), or they have not been actually caught committing the act. No one is willing to testify against one another for fear of retribution. Years ago when Alex F. Pacheco, the co-founder of PeTA, was questioned about a bank account down in Mexico with three million dollars in it, he claimed it was coincidental the account was listed under the name, Alex F. Pacheco. When Pacheco's hand writing samples were taken regarding a break-in at Michigan State University, nothing happened. Just prior to that, Pacheco was staying at a home in Australia owed by Paul McCartney of the Beatles, a close friend of Pacheco. Pacheco laughed in the face of authorities about his involvement in five federal grand jury investigations. Pacheco avoided a subpoena to give a sample of his handwriting and answer questions for several months. Kevin Nealon, formerly of Saturday Night Live and known for his "Weekend Update Report" spent time with his wife Linda Nealon and Pacheco enjoying a trip to the Cayman Islands. Because Pacheco could not be charged as accessory to a crime the FBI remained mum on the issue. While I have learned the FBI is like a sponge, taking in all information and giving out virtually nothing, I have also learned they must follow guidelines established by the Justice Department when gathering evidence. What is sad is when the opportunities have been there to prosecute members of the ALF/PeTA the FBI has either moved too slowly on information or have not received the necessary cooperation from the public or other law enforcement agencies. It seems as if everyone





50

wants jurisdiction in cases and credit for their work. There needs to be more sharing of information among the FBI, police departments and private investigators. While this is a personal opinion of mine, it would definitely resolve cases much quicker. Just over the past couple years the FBI formed the Joint Terrorism Task Force. Police officers across the country have stepped up their role in working with the FBI.

In 1991, I began to establish my contacts across the United States. My initial meetings were always in public places, so both parties could feel comfortable. I learned that treating for lunches or dinners were always a good way to make people feel comfortable with me. I spent a considerable amount of time in 1991 on the west coast building a strong base in northern and southern California. California was one of the largest activist states in the country and a very important market to Ringling Bros. The circus performed in California for the better part of July, August, and the beginning of September. The groups I became very aware of in California were Action for Animals in Oakland, California, PAWS located in Galt, California near Sacramento, In Defense of Animals (IDA) in San Rafael, Last Chance for Animals (LCFA) in Tarzana, near Los Angeles and Elephant Alliance in La Jolla near San Diego. The Fund for Animals had a base in Sacramento, but their main purpose on the west coast was lobbying. The cast of characters, I met that protested the circus were definitely committed individuals to the animal activist cause. There were many activists we hated personally because of their arrogant attitudes. I maintained my cool and focused on my main assignment, which was to get positive press for the circus. I was instructed to gather as much information on the various groups as possible. We needed to know whom; the main movers and shakers were in the animal activist community. After each demonstration I would write reports and keep accurate records of how many activists would protest the circus. I also took videotapes at each location along with pictures of all the activists protesting.

Many of the animal activists would get upset with their pictures being taken and I received many threats, but I actually got pleasure out of taking their pictures. The activists constantly asked me why I took so many pictures and I use to tell them in case any incident happened I would know who was involved. I told them I made three copies of each picture, one for the FBI, the second for the local police department and one for myself. Actually, I made two copies of each picture. One went to Ringling Bros. and I kept one for myself. In my personal records, I would identify the individuals and groups they belonged to and who I knew from the demonstration and where they were from, and where the protest took place. Later on, in years to come, this would prove to be invaluable. I knew whom to expect at protests throughout each state. Many of the individuals, protesting the circus wore primarily black and white and dark colors. What is interesting is PeTA and ALF have similar T-shirt colors. At each protest I videotaped, many of the individuals were similar in appearance. Body piercing, tattoos, and colored hair were common. Many of the people that protest try to make a statement by what they wear and how they look. The funny thing is a few of the animal activist protestors often forget what they are protesting and they end up wearing leather belts and leather shoes to demonstrations. The real dedicated animal activists are careful only to wear synthetic or plastic shoes, and belts. What they fail to realize is their shoes and belts are more harmful to the environment. It must be taken into consideration that many of the polyurethane items are not biodegradable products and are actually more destructive to the environment than animal by-products. This is the hypocrisy of the animal activist movement. They are against using animal by-products, but never think twice about the environment. As my contacts became more involved with PeTA and PAWS as well as other groups such as the Elephant Alliance, I was able to obtain copies of donations, contact lists and other crucial information. This was very helpful when preparing for

52

protests and legislation. What was really interesting is what I uncovered next. Being an investigator I learned if you have the right contacts, anything could be obtained. I never asked my contacts how they were able to retrieve documents or materials that came into my possession. The only thing that ever disturbed me was when one of my contacts stole a computer. I made it clear to all of my contacts I would not be associated with criminal behavior. One of my contacts, on his own downloaded all of the files in the computer and then returned it to its rightful owner.

Our operation relied heavily upon individuals to infiltrate the various groups. I expected each individual to follow the law. We were professional in the way we operated.

When PeTA filed their lawsuit against Feld Entertainment, they were accusing the circus of infiltrating them. However, when PeTA infiltrates a laboratory or corporation it is acceptable. They are such hypocrites and hopefully the Judge in the case will see right through them.

ng is
ed if
ed. I
ieve
sion.
ne of
f my
vior.
files
ner.
to
al to
we

eld
of
a
uch
see

## CHAPTER EIGHT
### Operational Manuals

By the early 1980's, both the Animal Liberation Front and Earth First! were publishing "how to" instructions for their supporters on covert entry, surveillance and sabotage techniques. The Animal Liberation Front guidelines were written in the spirit of amateur enthusiasm that has come from Britain. The instructions are full of inaccuracies and are very vague.

### Counter-Intelligence . . .

Both the animal activists and radical environmentalists are deeply concerned about penetration by police and even worried by the prospect of private investigators or infiltrators from the industry. ALF recognizes some of these basic principles involved in denying information to opponents. The ALF instructions contain no published material and are photocopied and passed hand to hand. Hereafter I quote the text provided to me by a contact.

How to keep from coming under surveillance:

54

1. Make all your important calls from a phone booth
2. Hold important conversations in a public place with a loud background noise and talk under it.
3. Don't do anything stupid.

It is impossible to tell if you are being tailed by a professional individual or team so if you have any reason for thinking you may be tailed, don't do anything. Lay off for a while.

The Police

1. If approached by a cop, maintain your cool and under no circumstances lose your cool.
2. Answer all his questions. Have your alibi prepared in advance. Be polite and concise, but give as little information as possible, and never use anyone else's name.
3. If you are pushed around, stay calm. Don't fight back, just protect yourself as best as you can.
4. Do not show fear to a cop. He will take full advantage of this. There is nothing wrong with fear, just try not to show it.
5. Do not resist arrest. The original charge you were arrested for may be thrown out of court, but you may still be held for resisting arrest.
6. If you are actually arrested, don't say anything. Not even casual conversation. The more you say the more you will incriminate yourself and probably others as well. If you do talk you may make a confession without realizing you have done so.
7. Don't count on being able to call a lawyer, at least not right away.
8. Depending upon individual circumstances, rules 3 and 5 may not be applicable.

The best advise for any legal matter is (A) Maintain your cool and temper; (B) Keep your mouth shut; (C) get a good lawyer and call your family and (D) Never forget what you have been through.

Keep a low profile if you can. Do not do anything to draw attention to yourself. Do not keep books or

incriminating items in your house. Attend animal related public events at your own risk, police take pictures.

There is no excuse for hurting innocent people. Safety first.

This operation manual is still followed by animal and environmental activists at this time.

While the Internet has become the leading source of communication, it has also become a dangerous weapon in teaching various activist groups how to construct bombs. The Animal Liberation Front has published a manual for targeting almost every animal use industry. They published, "A Final Nail Exclusive" which gave specific directions for putting together an electronically timed incendiary igniter. They would construct the timing device with an ordinary plug in the wall type alarm clock that has a 9-volt battery backup. They believe in terrorism to accomplish their goals. As society continues to grow and expand into undeveloped areas the activists continue to destroy property even after the land has been developed. This was the case on October 18, 1998 in Vail, Colorado, when a ski resort was burned down causing over 12 million dollars damage. The Earth Liberation Front took credit for the arson. ELF feels human beings are destroying the earth. ELF is also a cell comprised of a few individuals that commit acts of violence to gather publicity for their cause. It is my belief that Freeman Wickland wrote "The Final Nail."

A week before this incident, I attended a conference in Denver, Colorado with other representatives from animal use groups across the nation. Feld Entertainment helped sponsor the conference and the groups were also given an opportunity to witness the care and treatment of animals behind the scenes. Kenneth Feld the same week was in town to give an interview to 20/20. We all attended the show as a group and overall the event was a success. The Animal Welfare Committee (AWC) as it was known was to become the leading organization for industry groups to



56

work together to set standards for each organization to follow. After the conference concluded, I stayed in Denver a few extra days and filmed a scheduled protest against the Ringling Bros. Circus. There were approximately 100 protestors gathered in two main areas around the arena. A representative of the group Rocky Mountain Animal Defense (RMAD) stated directly to me something big was going to happen. He worked as a freelance reporter and did some self-publishing. The Earth Liberation Front claiming responsibility for the arson sent out a press release the following week. I have no doubt that individuals that demonstrated that night at the Ringling Bros. Circus were responsible for the fire that destroyed the ski resort in Vail, Colorado. It is also my belief this freelance reporter participated in this act of terrorism. When I gave this information to the FBI, there was no action taken against the individual. Furthermore according to FBI records the case remains unsolved. 60 Minutes did a segment on the incident and the FBI looked frustrated when asked about why the case had not been solved.

to
ver
ast
100
na.
hal
vas
and
ont
ess
hat
ing
ed
his
m.
no
ore
60
ed
en

## CHAPTER NINE
## SB 318 – The California Elephant Bill

In October of 1991 it was late one night when I received a call that PAWS and several other animal activist groups were supporting a Senate Bill in California that would have effectively banned elephants from performing in the state of California. SB 318 was an animal "rights" bill to abolish the captive breeding of elephants as well in the state. My boss asked me if I would be willing to work on defeating the proposed legislation by Senator Dan McCorquodale, sponsor of the anti-elephant bill. I accepted the assignment and made arrangements to go back to California for the tenth time this year. I felt as if I was already a transplanted Californian. I worked on a plan of attack with my boss and we had an effective strategy set up to defeat the bill. Ringling Bros. had their legal counsel and lobbyist working on opposing the bill too. Anheuser Busch, who owned Busch Gardens and Sea World was also opposed to the bill. I felt as if I was in good company and my plan was well devised. I began working from my office in Pittsburgh, PA. trying to figure what would be the most effective way of attacking the bill. A petition drive would

58

be the best solution if I could get the cooperation of the zoos in California and other locations where the public went to see elephants. I knew a gentleman named David Blasko, who was President of the Elephant Managers Association and in charge of the elephant program at Marine World Africa USA in Vallejo, California. When I arrived in San Francisco in December 1991, it was rainy and chilly day, but that was typical for the time of year and I was prepared for cooler weather. I had lined up meetings in advance because I knew that many Senators would be leaving soon for their holiday break. I became a good friend with Assemblyman Floyd, who was instrumental in passing the Motorcycle Helmet law, which was very controversial. Floyd agreed to help our organization; Putting People First fight the animal activist bill. I went with him and Kirk Breed, my business partner to lunch at Virgo's restaurant. Virgo's was referred to as a political watering hole and quite often many other Senators and Assemblymen would eat lunch there. I had the opportunity to meet many important people there including Senator Lucy Killea, a very well respected politician, who also agreed to help defeat the bill. Killea also served on the Board of Directors at the San Diego Zoo. She was rather upset Senator McCorquodale was carrying the bill. In my opinion, McCorquodale was a two-faced Senator, who seemed to be right in with the animal activists. McCorquodale was Chairman of the Committee on Natural Resources for the State of California. Two years earlier he carried similar legislation. The Elephant Bill was defeated in 1989, but the bill is eligible to come up every two years if enough votes are received, even though it was defeated in committee.

One reason McCorquodale was so disliked among the zoos, circuses, and private animal owners was his double crossing of Gary and Kari Johnson of Have Trunk Will Travel. Gary and Kari ran the most professional private facility in the country. After having the opportunity to visit the elephant compound and see for myself first-hand,

I was truly amazed at how meticulous and how well the facility was designed, and the tremendous care each elephant received. McCorquodale took a helicopter out to the Johnson's compound and discussed the previous elephant bill with them in 1989. While he received a personal tour and marveled at how well the elephants were cared for, McCorquodale told the Johnson's face to face, he had no intention of carrying any legislation that would hurt such a great operation like the Johnson's ran. McCorquodale then took a flight to the San Diego Zoo and held a press conference announcing "all private facilities that owned elephants should be shut down." The Johnson's were furious after hearing these comments. They were very instrumental in helping defeat the bill in 1989.

Now two years later the bill was back in committee. I decided the best way I could attack the bill was to take the issue to the people of California. I was told 10,000 signatures would need to be obtained on a petition, to have any affect on the committee or McCorquodale. Assemblyman Floyd agreed this would be an excellent way to inform the public. It would also inform the public about what the animal activists were intending on doing. Fortunately, through one of my contacts I was able to get a copy of the glossy manual, Pat Derby and PAWS was distributing to the committee. Pat Derby was also receiving assistance with material from Florence Lambert of the Elephant Alliance.

After having a number of dealings with Florence Lambert over the past year, I was more familiar with her tactics. The cooperation I received from everyone involved in the petition drive was tremendous. The California zoos gathered signatures from within the zoos and I was able to get volunteers to collect petitions at eight zoos across California. I spent two weeks in California meeting with key people and helping collect signatures along with others to present to McCorquodale. I set the goal of getting 10,000-registered voter's signatures to make sure the petition was valid. I would go home for the holidays

60

and then fly back to Sacramento the first week of January and present the petitions. I left feeling confident the petitions would put pressure on McCorquodale.

A day after I returned to Pittsburgh I received a call from one of my contacts letting me know some important information about Senator McCorquodale's relationship to Florence Lambert and the Elephant Alliance. It turns out McCorquodale accepted an illegal contribution to his campaign from an unregistered corporation, The Elephant Alliance. Furthermore, he spoke at the Ele-fest a fundraiser organized by the Elephant Alliance where he received contributions to his campaign. I had previously checked out the Elephant Alliance's corporate status and could not find any information the Elephant Alliance actually existed or paid taxes. I had made a trip to Sacramento to the Secretary of State's office a few months earlier to check corporate records and found the corporation did not exist according to the Secretary of State's office in the State of California. In other words there were no taxes paid either. I had one of my contacts obtain a copy of the check made payable to Senator McCorquodale. I received a copy of the check and I would be able to confront the Senator face to face with this information. It would be his choice then whether it would be in his best interests to drop the bill or I would go to the Senate Ethics Committee along with the press.

I flew out to Sacramento the first week of January. I received all of the petitions collected by all the individuals and groups involved. Together we gathered 13,291 signatures. I went to the State Capital in Sacramento on January 6, 1992. I went to Senator McCorquodale's office with Assemblyman Dick Floyd and lobbyist, Kirk Breed. Senator McCorquodale was not in his office so we left the petitions in his office with a letter on file. I had asked if Senator McCorquodale would be in later and if I could meet with him. His secretary said he had a very busy schedule for the day and she did not know if he would be available. I said I would check back in later. I did not want to put Senator McCorquodale on the spot in front of

Floyd or Breed. I saw McCorquodale about an hour later in his office, I asked him if I could have a few minutes of his time, he said he was rather busy, but I insisted. I then confronted the Senator and showed him the copy of the check to show I was not bluffing about going public with it. The next day Senator McCorquodale dropped the bill without saying anything. It was a sweet victory and I learned a short time later California politicians, Senator Diane Feinstein, Willie Brown, Speaker of the House and Governor Pete Wilson refused to accept campaign contributions from PAWS and PeTA and actually voided their checks. I learned a lot from defeating this bill, but most important of all I learned how activist groups work in legislation.

In July of 1992, the next time I saw Senator McCorquodale, he was participating in a protest against the Ringling Bros Circus at the Los Angeles Sports Arena with Florence Lambert and members of the Elephant Alliance along with Last Chance for Animals. When I saw him standing there holding a sign, we exchanged a few words but nothing that I would care to repeat.



## CHAPTER TEN
### Philoxia - An Animal Activist Cult

Zoocheck, Canada had always been a supportive group of PeTA and I was well aware how closely the groups worked together. It was now time to expose Zoocheck while continuing my undercover work in Canada.

I traveled to Kingston, Ontario, which is just two hours from Toronto. I went with one of my contacts, Mark. I agreed to investigate alleged charges of animal abuse going on, under the careful eye of Zoocheck. I thought finally a break for the circus industry. If we could expose an animal activist group supporting a facility, which could not provide proper care and treatment for animals, the public would think twice about donating to their cause.

We traveled along an unmarked dirt road until we came upon the entrance. I saw a sign saying Welcome to Philoxia, "An Animal Haven for Animals." There were two cars parked in front of the entrance and no sign of any personnel around. We decided we would take a walk around the compound and see things for ourselves. It was a very strange setting.

We looked at how the cages were constructed and the areas where the animals were kept. I thought to myself

"wow: this place is a disaster." The place should have been condemned. The first thing that caught our eye was a boarded up cage that said, "Count your fingers upon leaving." That was a pretty scary thought. We continued to take pictures and videotape the shacks and areas where the animals lived. We saw huge piles of animal waste just piled up inside the pens. The deer were emaciated and the animals looked as if they were on their last limb.

Finally, we reached an area where, Zoocheck, Canada supposedly had purchased a monkey from a pet store in Hamilton, Ontario and they claimed they were "rescuing it."

Rob Laidlaw, cofounder of Zoocheck had explained in his literature how this monkey had been provided a natural environment to live its life out in freedom. I said to Mark "talk about inhumane conditions." This monkey had very little space to climb around and actually it looked isolated from the rest of the animals. Zoocheck used this monkey as a fundraiser. I found this disgusting.

We figured we would have to get the Canadian government involved in this issue. Here was a facility that could not possibly care for these animals and they were being supported and recommended by an animal activist group, Zoocheck, which was considered a registered charitable organization. This place had to be shut down. I would take as many pictures as possible and get them to the right people. I figured getting the media involved would definitely put the animal activist groups on notice. They would have to be held accountable for their fundraising schemes promoting such horrific conditions. Animal welfare was the least of their concern. The entire time we were there, no one that oversaw the facility was present. There was a couple with a child and they looked quite upset and allowed us to photograph them near the entrances to the cages. We explained to them we were intending on going public with this facility because of the poor conditions the animals were being kept in. Mark said to me, he would develop his pictures



64

and make sure we had two pictures of everything to provide enough evidence of cruel and inhumane conditions.

Upon leaving Philoxia, we observed a restaurant on the premises that actually looked like a nicer building than the rest of the facility. The entrance was locked though and it appeared to be a gift shop as well. Both of us looked at one another and said, "If you can't afford to take care of the animals why are you keeping them?" Perhaps if no one knew where this place was located it would provide the perfect opportunity for a group like Zoocheck to continue their operation. If the pet storeowners in Hamilton had seen the monkey and how it lived now they would have never allowed Zoocheck to purchase it. As sad as I felt for the animals upon leaving, I knew that exposing this type of operation was sure to affect the donations to Zoocheck, Canada. As I had witnessed firsthand this was a place the Canadian government needed to shut down. Eventually, the government did shut down this facility and most of the animals had to be put to sleep due to poor health conditions.

g to
ane

t on
ding
cked
h of
d to
m?"
d it
ike
pet
w it
to
ing,
e to
had
ian
the
the
lth

## CHAPTER ELEVEN
## PeTA Activist Takes a Dive

PeTA is constantly looking for ways to bring out the press. Whenever PeTA faxes a press release and lets the media know they intend to pull off a stunt, it gets film crews and the photographers right to the scene. This time PeTA received a taste of their own medicine.

On a bitter cold day, February 6, 1993, PeTA staged a demonstration outside of the home of pioneer transplant surgeon, Dr. Thomas Starzl. The animal activists were protesting the killing of a baboon to use its liver to transplant into a man.

Robert Winter arrived with his friends to lead a counter demonstration against the animal activists in support of Dr. Starzl. Winter carried a sign saying, "Thank you Dr. Starzl People's Life is Number One." Winter suffered from hepatitis that was destroying his liver. Lynn Wagner of New Kensington PA., a demonstrator attempted to block Bob Winter's sign as he was speaking with the media.

Videos showed Wagner shouting at Winter. It appeared that Winter was trying to take or move away from Lynn Wagner's sign. Wagner then fell to the ground.

It appeared Wagner either tripped over her own two feet or slipped on the ice. Immediately, police arrested Winter and charged him with simple assault.

Winter was given my name from the main office of Putting People First. Bob Winter contacted me and said he wanted a good attorney to argue his case. I called Philip Irani after I had talked with Bob Winter. I considered Philip Irani a good friend, as well as a very good attorney. Phil agreed to represent Robert Winters. At the hearing, Philip Irani argued that there was no evidence indicating Winter acted improperly. Winter was charged and the case was forwarded for a hearing before District Magistrate Linda Cobb. This was the first type of case the City of Pittsburgh had involving a PeTA protestor. Before setting a court date, Cobb put the burden of proof on the prosecution to prove Bob Winter acted in a reckless manner.

The hearing took place in downtown Pittsburgh. Lynn Wagner came into the courtroom approximately ten minutes late, apologizing to the Judge about having to take two buses to Court. She was wearing a soft neck collar and was ready to put on a good show. I thought "oh great, I wonder how much PeTA was paying her for the publicity."

The case drew national attention. Here an animal activist was attempting to use the legal system to charge a man, who suffered from hepatitis, and was showing his support outside of the home of Dr. Starzl, a world-renowned doctor. Starzl never came out of his home to challenge the activists and was not even there to give a statement. Robert Winter sat quietly as Philip Irani presented the evidence. Videotape was shown to Judge Cobb, as Mr. Irani controlled the frames showing the defendant, Bob Winter being interviewed by a local Pittsburgh television station. The plaintiff, (PeTA activist) Lynn Wagner attempted to put her sign in Winter's face as he was speaking to the reporter. Winter immediately grabbed the sign as Wagner held on and she appeared to fall, after slipping from the snow-covered

curb. The video further showed Bob Winter attempt to offer assistance to Lynn Wagner. She shouted at him and refused his help. All three local television networks were present and each of them had their cameramen film the incident. Immediately, the police came over and arrested Bob Winter for assault and battery. The Judge viewed the tape as we had reviewed the entire tape prior to the hearing and asked if the prosecution had found any laws that pertained to signs being considered a part of the body.

District Magistrate Cobb had heard enough and was prepared to make her ruling. Cobb stated there were no laws that applied to the sign in this case. She stated the sign was not considered a part of the body and the reasonable person would have let go of the sign. Therefore, in her opinion, Bob Winter was not guilty and the case was dismissed. As we exited the courtroom, Philip Irani and Bob Winter gave interviews to the local media. District Magistrate Cobb made the right decision and it showed once again the measures PeTA will go to get publicity for their cause.

I followed Wagner out of the courthouse as she went into a fast paced walk with her neck collar still on. She walked around the courthouse and got into her car and drove off. I went back to the courthouse to tell Philip and Robert what I had seen. Wagner had perjured herself before the Judge. She initially had stated in court the reason she was late for the hearing was because she had to wait for the bus to pick her up.



## CHAPTER TWELVE
### Animal Activist Terrorism In The United States

In 1980, when animal activists, Alex Pacheco and Ingrid Newkirk founded PeTA, there were very few active animal activists in the United States. Cleveland Amory, founder of Fund for Animals had organized the only real well known group in the United States. People were unaware the Humane Society of the United States (HSUS) was an animal activist group. PeTA grew to large numbers by the 1990's and were a force to be dealt with, in the corporate world. PeTA had had success against General Motors, Gillette, Proctor and Gamble, McDonald's, Burger King and realized targeting big business is where the money is made. Their campaigns have caught the attention of the media worldwide. However, that is not enough to change the majority of the public's opinion regarding "animal rights" and PeTA knows this. What has baffled legal authorities about the animal activist movement is putting together the pieces of the puzzle to solve acts of terrorism. What has proven most difficult and if the FBI and government are to shut down PeTA, they must first link the trail of funds going to the Animal Liberation Front.

I discovered that in order to find out what groups are supported by PeTA, I would need a copy of their groups and contacts with addresses and phone numbers. I had my contacts always use calling cards so the calls would not be billed to anyone that could have access to my phone numbers. I also set up my phone numbers so they were private and unpublished. The phone lines were not secure so I would call from a pay phone, or instruct my contacts to call me at a payphone where I could receive incoming calls. The lists I received were right from PeTA's headquarters and listed each group state by state with everything I needed including contact names, addresses of the contacts and phone numbers for each group. Prior to the circus coming to the various locations I would call the groups on my lists and find out all the information about demonstrations. I was able to find out times, locations and meeting spots. Many of the activist groups met in advance at local community centers, libraries and vegetarian restaurants. In each state, where I set up counter demonstrations I would try and get one of my contacts to attend the activist's meetings. This would prove to be very helpful when the animal activists were planning on getting arrested for civil disobedience whether it was at the circus or elsewhere. The animal extremists would often meet each month to discuss such events. It was very helpful when possible to have my contacts attend more than one meeting so those who attended would feel comfortable discussing illegal actions. Many businesses that became targets of the animal activist groups were not as concerned about helping me out with the circus and it reached a point where I would just let them handle their own problems. I could not save the world. I did let law enforcement officials know about potential problems in advance when I knew for sure the animal or environmental activists were going to target a business. Sometimes, I felt as if no one cared about the issue of domestic terrorism. Investigations over the years would start out with lots of information on break-ins, destruction of property, and then you would hear nothing.

70

What really irked me was the failure of different agencies to work together. I saw this between the ATF, FBI, and local police departments. Instead of working toward solving the crimes, each agency would not discuss anything and the paper trail would end up in a filing cabinet.

Domestic Terrorism has continued to rise since the Oklahoma City Bombing. What is so sad is the number of activists that are anti-government. The situation has become more than just a simple threat it has become a serious threat to the security of the nation. At a demonstration in San Diego, a short time after Timothy McVeigh was arrested and charged with the bombing of the Murray Federal Building, I had an animal activist state to me McVeigh was his hero. I was absolutely disgusted and if I had not been working undercover at the time I would have decked him. He was a young male approximately twenty years old and he screamed into my video camera that McVeigh was a hero in his eyes and he mumbled about, if people died and animals could be saved, that would be an acceptable casualty. I told him he was a sick individual and he laughed. I filmed the entire demonstration and took numerous pictures of the individuals protesting. The group protesting at the time was the Elephant Alliance and PeTA. I thought about it for a long time and even today I realize that law enforcement should take all threats seriously and not just shrug off someone as a nutcase. While I realize they cannot possibly watch everyone all the time, certain people in the animal rights and environmental movement should be under surveillance when events are planned in advance. While law enforcement has stepped up their training, so have the animal activists. An attorney in California has represented animal activists whom have committed criminal acts. He did an outline instructing animal activists how to handle themselves if they are questioned in regards to a crime. Manuscripts have been printed from an animal activists manual on committing civil disobedience. Even terrorists are learning how the

71

laws protect them. Blackmail has become a way to extort money out of corporations and also a way of getting the media to turn their attention to the groups targeting the businesses.

The campaign against the fast food industry has built up since the 1990's. PeTA has found it more profitable to protest against McDonald's, Burger King, Wendy's, Carls Jr, Kentucky Fried Chicken and other fast food restaurants. With the help of their website, PeTA is able to self-promote themselves. They typically tell where and when they will be protesting. Arrests are decided prior to their demonstrations. The locations are picked in advance and the times are usually planned around the noontime lunch crowd. This way if the local media decided to cover their antics, the segment will air on the evening news. One thing you have to realize when dealing with PeTA and other activist groups, the bottom line is donations. Sure people sympathize with a cause, when they are fed misinformation. Any story can be told in a way that is heart wrenching. The fact remains that millions of people continue to eat hamburgers, chicken and other fast food. Commercials help draw families into the businesses. Parents figure if they enjoyed the fast food restaurants, as a child then why shouldn't their children. Animal activist groups attempt to extort money from these large fast food giants. The industry has made some changes in their policies, but has not given into the demands of PeTA. PeTA however tries to take credit for being instrumental in their policy changes. Funny thing though you never hear anything on the news about any businesses calling news conferences to state they have met PeTA's demands. Yet, once again PeTA proclaims them as victorious.

## CHAPTER THIRTEEN
Tyke

In August of 1994, I received an urgent call from Texas. There had been a serious accident, an elephant handler had been killed and a groom had been seriously injured in Honolulu, Hawaii. An elephant had been shot and killed during the incident. The details were sketchy, but one thing was clear, the incident was going to be the largest international case I would ever work on. After I found out more specific details and heard the preliminary reports on CNN, I phoned my boss and he said he wanted me to make plans immediately to go to Honolulu, Hawaii. I had never been to Hawaii before. I had worked in every state with the exception of Hawaii, Alabama, and Alaska. I had specific instructions for this assignment. I was to prevent a ban from being imposed on the transportation of elephants and exotic animals into Hawaii. My job was to find out all of the facts and work with the Honolulu City Council, the Governor of Hawaii, and the police department. I thought to myself, this is unreal. We just finished discussing safety issues with the USDA and now this incident. Fortunately, I had a lot of support in Honolulu. The Honolulu Zoo Director, Dr. Ken Redmond,

had stated the incident was an accident and he spoke favorably toward the circus industry. I was terribly afraid I was going to be attacked with negative questions from the press and media. I had a long flight to prepare myself for the press and I had answered many of the questions in my mind, but I would wait to find out first-hand what happened. When I landed in Honolulu, I was a bit excited and I was preparing myself for a beautiful young, Hawaiian lady to put a lei over my head and give me a kiss on both cheeks and welcome me to Hawaii. What a disappointment, I did not get a lei or a kiss. Perhaps I missed something, or the plane was at the wrong gate, and the people did not see us. There was a lady, who I recognized from the flight at the luggage pickup. She asked me if I was supposed to meet someone, because I looked lost. I told her I was expecting a warm welcome to Honolulu and I was waiting for one of the young, Hawaiian ladies to come over and greet me. She laughed and said, "That was only for the people who were with tour groups." Well, I thought, "I guess I saw too many episodes of Hawaii Five-O."  After traveling, over twelve hours to get to Hawaii and the fact I had gained six hours, it was time to explore the island. I picked up my Mustang convertible, which later I found out; many tourists rent in Hawaii. The first thing I wanted to explore was the North Shore and witness the famous waves where I envisioned surfing while I was there. As I pulled up along the parking lot I could see the waves were huge and the coral reef was close to the shore on the left side of the beach. I knew I was not in California anymore when I saw the surfers riding in the waves and not on top of the waves. Even though I was adventurous, I knew I was there to work and the surfing would have to wait. I had always pictured myself surfing those large waves, but I figured I better take some lessons first, since my experience was surfing much smaller waves in California. I was not prepared for 10 – 15 foot waves, but it was something I was looking forward to experiencing.

74

I found my hotel, The Outrigger, on Lewers Street, a block from the ocean and it was perfect for my stay in Honolulu.

The following morning, I woke up early and went for a run on the beach, as I prepared myself for the days activities. In the morning, I was scheduled to meet with John Henry Felix, City council member and author of Bill 95, that would effectively prevent circuses from coming to Honolulu in the future, after the incident involving the death of a trainer, Alan Campbell and Tyke, the elephant. When I entered Felix's office I was well dressed in a Canali suit, one of my finest. John Henry Felix's assistant greeted me and he took one look at me and knew I was from out of town. I introduced myself and he said "Welcome to Hawaii" and then he asked me where I was from and told me, the council members would be in around 10:30 a.m. Their council meeting had run very late the night before. Then he asked me if I had any Hawaiian shirts and I said no. I was given some good advice when the assistant said, "Lose the suit, it will make the council members feel uncomfortable meeting with you." At this point, I understood that I was overdressed, and I was told the city council members usually wore casual Hawaiian shirts and outfits for comfort while they worked. The assistant said take your time and go over to Murphy's and pick yourself up some comfortable shirts, you will need them while you are here.

When I returned forty-five minutes later, I still beat the council members into their offices. I never liked to be late for a meeting or appointment. I went by Lombardi time, fifteen minutes early was considered being on time, by my rule of thumb. Lombardi time was named for Coach Vince Lombardi of the Green Bay Packers. When he told the team to be on time for a meeting, he meant fifteen minutes early. After a cold Diet Pepsi, I was introduced to John Henry Felix and we talked about my trip to Honolulu and how I was there to help the City of Honolulu and not hinder any investigations. I received immediate support from the City Council and John Henry

Felix said he was not interested in seeing the circus banned with exotic animals, but he wanted to see tougher and safer standards for the industry and the city. He felt the public safety was the biggest concern along with the rest of the city council. I met each council member over the course of the next three days. The last City Council member I met was Boyd Andrade, Sr., former Chief of Police, who I was not properly briefed on. The first thing he did was question me, before I had comfortably seated myself in his office. He immediately asked " How did I feel the police handled the situation?" I thought for a moment, before I answered the question. I proceeded to say, " The police officers' first job is to protect the public's safety and they did what they had to do under the circumstances that existed, in this unusual case, which unfortunately, resulted in the death of an African elephant." I paused for a moment while I waited for Councilman Andrade to respond to my statement. He said he was satisfied with my answer and we were on the same wavelength. He said, "Now we can discuss what needs to be done in the future." Furthermore, I had just made a new friend, who was willing to put me in touch with his contacts with the police department and I would have everyone's cooperation. "Wow" I thought to myself, I handled the situation as best as I could and the City Council was receptive to my help. They would work with me to ensure new regulations would satisfy the people of Honolulu, the state of Hawaii, and the circus industry. I knew I would take a lot of heat from animal activist groups. They were opposed to any type of agreement between the City of Honolulu, State of Hawaii, and the circus industry. Animal activists wanted an outright ban of exotic animals as well as domestic animals performing in Hawaii.

At the following City Council meeting, which was open to the public, I was asked to address the council on behalf of the circus industry. I thanked them for their willingness to work with me toward a resolution of the unfortunate incident. At the City Council meeting, Animal Rights Hawaii, a local animal activist group was

76

allowed to speak to the City Council. Instead of being
supportive of the City Council, they threatened members
of the council. Animal Rights Hawaii, another sub-group
of PeTA again resorted to terrorist threats, stating
"members of the council would be sorry if they passed any
legislation beneficial to the circus industry." Records of
these statements were kept on file by the City of
Honolulu. The City Council in Hawaii was perhaps the
friendliest individuals I would ever have the privilege to
work with on such a sensitive issue.

## How It All Began . . .

The circus arrived in Honolulu from San Francisco and
was scheduled to perform at the Neil Blaisdale Center.
The elephants were typically kept chained, as well as
shaded, during the day and taken care of by Alan
Campbell. Alan was an experienced elephant handler
having worked at the Miami and Denver Zoos as well as
for several circuses. He was well known throughout the
circus industry as well as zoological industry. All of the
elephants were African and had performed together for
quite sometime. There was much speculation about what
led up to events of the tragedy.

First of all, the groom, Dallas Beckwith was
inexperienced in working, around the elephants.
Apparently, there were some problems that existed
between Beckwith and one of the elephants, Tyke. Tyke
was a twenty-one year female, African elephant with a
history of problems. Unfortunately, she performed for the
last time in Hawaii. Tyke was an elephant that worked
with many elephant handlers and trainers over the years.
Some individuals in the elephant industry referred to her
as a runner. One of the problems that existed was the fact
that in her lifetime, there were too many people, who
handled her. Elephants in particular grow accustomed to
certain individuals and are more responsive to those
individuals, who care for them and they see everyday. The
groom in this case had only been with Tyke and the other

three elephants for approximately four to six weeks. That certainly was not enough time to be working around elephants by himself. Beckwith was in charge of bringing the elephants into the arena before the act. After the act the elephants were escorted back to the compound.

Elephants have distinct personalities and for whatever reason, Tyke obviously took objection to the way she was handled by the groom. What should be remembered is when animals sometimes have a chance to take advantage of a person, or another animal they do not like, they will take advantage of the opportunity. In this case, during the show, Beckwith led the elephant into the arena through a narrow entrance where there was little room between a person walking by the elephants and the wall. Tyke, in her own way knew that she had Dallas Beckwith in an awkward position and could easily take advantage of the situation.

## What happened next and why did it happen . . .

Beckwith, as he had been instructed to do, brought the elephants into the arena to be presented by Alan Campbell. The act was properly trained and was ready to be presented to the public. What happened next was simply awful. Beckwith was walking the elephants through the passageway, when Tyke threw him against the wall. He fell to the ground obviously injured. The videotape showed Beckwith lying on the floor She attempted to roll him with her trunk and kicked him, as she took advantage of him, on the ground. Immediately, Alan Campbell ran over to divert Tyke's attention. Tyke was extremely agitated at this time and Alan stood in front of her with his arms open. He had no ankus or anything in his hands. Why he did not have an ankus in his hands remains an unanswered question. Tyke was aggravated and knocked Campbell on the ground. She proceeded to do a headstand on him and she crushed his body with her strength. As Campbell lay motionless on the floor, the crowd began to panic. Many people jumped

78

up from their seats and ran out of the arena.

## Why did Tyke run?

Tyke ran out of the arena through a doorway, still in a rage. At this point she was probably still aggravated and she was upset she had hurt her caretaker, Alan Campbell. Many elephant handlers in the industry have discussed this matter. Tyke was upset with the groom, Dallas Beckwith. Alan Campbell was a hero by saving Beckwith's life. Alan Campbell was not the intended victim. Elephants are very intelligent and Tyke was no exception. In my opinion as well as some other knowledgeable people, who have worked with elephants for years, felt Tyke was scared and ran because she knew she had done something wrong. African elephants have a higher stress level compared to Asian elephants. Tyke ran through a gate where an individual attempted to shut the gate, but he was thrown to the ground and injured from the force of the elephant running through the gate. Tyke knocked him around for just a few seconds before she ran down the road apparently just to get away.

The police at this point were all alerted and they were armed with high power rifles. Tyke was shot over and over until she collapsed against a car dying from the gunshot wounds. A veterinarian from the Honolulu Zoo was summoned to come to the site, to tranquilize and subdue the elephant. Tranquilizers have been known to take a long time to take effect and when an animal is so high strung, it may have taken much longer than expected. The police had to continue shooting for what seemed like eternity. It was very graphic in nature and the pictures of Tyke were displayed on television and in newspapers all over the world.

## Did the police handle the situation properly?

The police first have the obligation of protecting the public and ensure the safety of everyone there. While the

animal activists may have felt the police were wrong, they had a responsibility of protecting the community. It is tragic and unfortunate the elephant died and many people were just upset outside of Honolulu, over the entire situation, but we must keep in mind, the police did what was necessary. What is sad about the whole ordeal is a human being, Alan Campbell was killed and he left a family behind. Dallas Beckwith was seriously injured along with another circus official, trying to act in a heroic manner.

## Filing Frivolous Lawsuits

Shortly after the incident occurred, numerous circus patrons and people not even present at the circus were filing lawsuits. Only three people were actually injured, Alan Campbell unfortunately being killed. Dallas Beckwith and Steve Hidano were the only ones injured by the elephant. Others were injured as a result of their own fault. When I testified before the Honolulu City Council, I stated it was a disgrace how attorneys would try and file frivolous lawsuits and I stated, "People should start taking responsibilities for their own actions." I was applauded for this statement by the city council and others echoed my comments. One of the attorneys even had the audacity to file a lawsuit on behalf of the elephant, Tyke, for Animal Rights Hawaii. This was done strictly for publicity purposes and to gain donations from the public. It actually was a fundraising ploy done by PeTA as well. Ads were taken out in USA today and other papers for animal activist groups asking for donations. When you think about it though, how would this help Tyke or Alan Campbell, who were both killed? There was no mention of Dallas Beckwith. It makes you sick to think an activist group or attorney would try to capitalize on the death of a human being or elephant for that matter. What I was able to find out was most of the cases settled in the case were small cash payments with gag orders prohibiting individuals from talking. Living in the United

80

States, "people become sue happy " and many of the people who sued were not even in attendance at the show. After checking the court records and copying many of the cases filed, I found out people were suing for psychological trauma, back injuries, and numerous ridiculous claims. In one case, one person had a previous back injury and looked for a reason to collect. If I had been a judge in any of these cases, I would have dismissed all of these claims instead of wasting the court's time. But then again I am not a lawyer and that is where the money is to be made.

The only serious case, which had been filed at the time, was one involving the death of Alan Campbell. Unfortunately, many people who work with elephants, know the inherent risks and danger involved in working with them.

Certain problems that will never be answered in this case were what was Campbell thinking at the time he stepped between the elephant and the groom. The autopsy revealed that Campbell had died from internal injuries. The video, which had been taken of the entire event by a Japanese tourist was viewed and revealed most of the events that occurred. It was difficult seeing a man, who gave his life as a hero would continue to be a source of fundraising income for the animal activist movement.

Below is the press statement I released across the country and it was distributed to circus patrons at circuses worldwide.


### SPECIAL MESSAGE TO CIRCUS PATRONS

The death of a circus trainer and an elephant last month in Hawaii was a horrible tragedy. Regardless of the findings of the investigations surrounding that incident, the fact remains that valuable lives, both human and animal were taken.

We must bear in mind that, as tragic as this was it is still an isolated incident. There have been very few

accidents like this over the many decades in which there have been circuses. The Animal Rights Groups would have you believe that such an incident is a common occurrence and the result of cruel treatment to animals. They are wrong. In the first place circus animals, elephants included, are not poorly cared for. On the contrary, they are extremely well treated. The circus performers and trainers treat the animals as members of their own families. Since their livelihood depends on healthy animals, they are not about to take any chances, which might endanger the animal's safety or health. It should be noted that the life span of elephants in the circus is much greater than in the wild. Disease, scarcity of food, poaching, and the loss of natural habitat due to population expansion into many jungle areas contribute to an ever decreasing life expectancy of many animals in the wild, especially the elephant. In short, as tragic as the Hawaii incident was elephants are still much safer in circuses than they are in the wild.

The animal right's groups, to no one's surprise have seized upon this sad incident and are using it to advance their agenda. You may ask what is their agenda. Simply put, it is to deny the enjoyment of animals by people. Not just the enjoyment of circus animals, but all animals anywhere, for any purpose. (For example, they don't even want animals to be used as pets and many of them are so extreme that they oppose the use of seeing –eye dogs to help the blind.)

Most Americans mourn the deaths of both the circus employee and elephant. Animal rights activists, however are concerned primarily with the elephant's death. Most Americans enjoy and treasure animals in the circus so much that we will not permit this isolated incident, and the callous attacks by animal rights groups, to deprive us of this privilege. The enjoyment of animals, including those in the circus as well as in zoos and elsewhere still is and will remain to be the favorite form of family entertainment and education in the world.



## CHAPTER FOURTEEN
### Preventing a Ban

I met with another contact for dinner and was told specifically that I should not speak ill of the owner of Tyke. I had no intentions of damaging the reputation of any individuals during the course of my investigation. I just wanted to find out all of the facts and determine in the future how to prevent such tragic incidents from occurring again. We discussed how the fairs could also be affected and entertainment acts, as well as the film industry. We discussed the proposed bill in full taking one section at a time and writing down what we felt were the problems in the industry. I decided the best way of handling all of the problems was to write my own piece of legislation.

The biggest concern that I encountered was the transportation of the animals to the island and the length of time the animals were en route without adequate exercise. The boat trip from San Francisco took about five days and the animals were properly fed and watered. It was a concern of the councilor members, the public, as well as the animal activists, that the animals were not properly exercised. There were no specific guidelines for

83

exercising the animals on the boat, but this was an area I felt needed to be addressed. I suggested to the council the elephants could be walked around the boat and the tigers had cages with extensions that could provide adequate movement. In addition, exercise pens could be set up to properly exercise the tigers.

Everything I felt that needed to be addressed in the proposed ordinance I wrote up and faxed to Ringling Bros. One area I touched upon was testing each of the animal handlers for drugs, which I felt was the proper way of dispelling any rumors of drug use among the circus industry. Legal council for Ringling Bros. explained to me that this could open up a can of worms. I was told to "pull the language out immediately" and I was basically told to leave that issue alone. This upset me, because I felt "no one who works with exotic or domestic animals at any given time should be under the influence of drugs." Furthermore, I was told that this provision would have to pertain to anyone who works for the circus, not only the animal handlers but, everyone connected to the circus, contract workers, and so forth up the ladder, to the corporate officers. Truthfully, I thought why does this have to be such a big issue. I was frustrated at this point with the legal counsel for telling me what I could or could not put into a proposed bill. I know I was not there to make restrictions so tough that the circus would not come to Honolulu. I just felt the circus industry was not doing enough to show the City Council and public that they were willing to satisfy all problems that existed.

After speaking with Ringling's legal counsel, I was understanding of Ringling's concerns, but decided that if the City Council accepted my proposed bill, I would be the savior of the circus industry from being banned in Honolulu. The other islands of Hawaii were carefully waiting the outcome of the issue in Honolulu. I realized that I knew I could possibly lose my job, but I was going to go forward with my proposed draft to the council and I thought, "the hell with everyone!" Ringling always had their own people interfere with many things, which I

84

worked on over the years. It was almost like if Kendall screws up, we can blame him. If there was any credit due I certainly did not receive it. I made eight trips to Hawaii on the Tyke case and I earned the respect of the Governor, the Mayor, City Council, and the people of Hawaii. Not one other circus actually came forward to help me out, which was typical. Even the circus that performed in Hawaii stayed out of the picture because of legal problems. Eventually, all of the bills were defeated and to this day I still feel my proposed ordinance would have actually been a step in the right direction for the circus industry.

The Honolulu City Council was probably the easiest going council; I ever met or dealt with. I was fortunate enough to run the Honolulu Marathon twice while I was there and learned how to surf the North Shore without killing myself. Aloha!

ndall
due
awaii
nor,
Not
out,
d in
egal
d to
ave
rcus

est
ate
was
out

## CHAPTER FIFTEEN
## The X- files Do Exist

It was October of 1994 and I was still deeply involved
with the Honolulu case, involving Tyke, but for the most
part my attention was now focused on the next area of
concern. I returned to find a message from a Shriner
saying I was needed in British Columbia. The message
was ambiguous, but said my trip would be paid for and I
would have to work in Langley, British Columbia. The
mayor of Langley, wanted a representative to speak in
support of the circus to offset the number of animal
activists that were supporting a proposed ordinance to
ban exotic animals performing in circuses. I thought to
myself "Here I go again." I was starting to feel as if
everyday I was going to be in a different city or country.
Different animal welfare groups wanting my services
regarding the same issues and dealing with the same
people. It was strange; I thought, "Where was Langley,
B.C.?" I spoke with the city solicitor and found out
Langley was about thirty–two kilometers from Vancouver.
I was quite familiar with Vancouver and knew of the
Vancouver Aquarium, but did not know too much about
Langley.



When I received a call back, I was informed the Shriners were no longer going to assist me with the circus. There had been a vote on October 11, the evening before Thanksgiving Day in Canada.

The Shriners said they had received numerous threats from ALF, telling them, they better not support the circus industry or else they would be sorry. I thought great, now I am going to be stuck fighting by myself and I would become a target of ALF. In Canada, it was very difficult to get a gun for protection, because of the strict gun laws across the country.

I was informed by the City Clerk's office that I would have an opportunity to participate the day of the hearing in a public exhibition of material set up at the Town Hall. I would be able to show the circuses' point of view. I was looking forward to that, because I was prepared to show a film as well at my display booth.

January 1995 came very quickly and I was now prepared to go to Langley and I was uneasy about not receiving support from the circus industry. Ringling kept a distance from the issue here, because it was a small town in the Province and not a real concern for them.

I had a very eventful trip to Langley, B.C. I flew from Pittsburgh to Seattle, Washington. There I was sitting in the airport at the gate waiting for my flight to Vancouver. I was relaxing in my seat when suddenly the windows began to buckle like a bubble, as I was looking out at the runway. The floor began to shake. It felt like a wave rolling underneath me. I looked over at the bar across the hallway and glasses were falling out of the holders in the ceiling and the seats were rocking. Seattle was having an earthquake! It lasted only a couple of minutes, but it was startling. The lady sitting a few seats from me spilled her coffee on her outfit and let out a scream. A few minutes later, a voice came over the speaker indicating we had an earthquake. What happened next was rather humorous. A maintenance engineer was being paged to the lower bathroom for assistance. Another maintenance engineer apparently had his radio channel and signals crossed with

87

the public address system. The message came over the intercom for everyone in the airport to hear. The ceiling tiles had fallen in on a maintenance worker in the bathroom and he was sitting there on the toilet with his pants down. The engineer upstairs asked him if he was okay. Joe said he was caught in an embarrassing situation with his pants down, and he was stuck in the bathroom stall. He asked for assistance. A few minutes later, a voice came over the intercom saying " I'm out now" and the engineer upstairs said "Joe, where are you?" Joe said, "I am coming upstairs now." Everyone saw a man appear at the top of the stairs covered with dust obviously, from the ceiling tiles. Everyone in the area applauded as Joe looked extremely embarrassed. The other worker laughed and it appeared Joe was fine. The earthquake measured 5.2 on the Richter scale. It was felt as far away as Canada and it measured 4.8 in Vancouver. I had wondered if I was ever going to make it to Vancouver. The flight to Vancouver took off in about two hours after the flights were cleared for takeoff. I was finally on my way.

When I arrived in Vancouver, I picked up my rental car and I was given a map of the surrounding areas. I was on my way to Langley. I drove through downtown Vancouver to see a little of the city. It was early evening and I met with one of my contacts. The first thing I noticed was a health care truck driving around the area. I saw many women going over to the truck getting packages. I stopped for a couple minutes to see what was going on. A girl then approached my car and asked me "If I was looking for a date?" I told her I was just curious what was going on and she figured I was not from around the area. She said the City of Vancouver provided condoms for the girls working on the street, to help prevent sexually transmitted diseases. I never realized prostitution was legal in Vancouver. Well, I thanked the young lady for the "enlightening information" and went on my way.

88

There was not much between Vancouver and Langley. It was rather desolate and airy at the same time. As I entered Langley, somehow I recognized familiar sights, though I had never been there before. I checked into a hotel and went over to grab a cold beer. I looked at the pictures on the wall of David Duchovny and Gillian Anderson from the X-Files. I thought interesting they must have visited Langley. I found out the television series, "the X-files" were filmed there and I had remembered the show had a couple of episodes with exotic animals. The next day I visited surrounding areas where the activists had successfully banned the circus. The circus was banned in four locations in British Columbia. I obtained copies of their bans. What was interesting, the local ordinances were very similar to Hollywood, Florida's ordinance. The picture was clear I had just walked into a set-up, in Langley. I felt discouraged the animal activists had lobbied the town council prior to my arrival and they were well organized. I knew in advance from my contact that the Animal Liberation Front had an office near Vancouver. It was here in Vancouver, B.C. where the orders were given for break-ins across Canada and the United States as well as England.

The display booths were interesting. I found other individuals that were opposed to the ordinance for different reasons. Emu breeders were there concerned about their farms. Other individuals had property where exotic animals lived within the city limits.

I met a wildlife biologist, who would be speaking against a ban. There were also the ferret owners and others. There were about six people against the proposed ban while twenty- five groups were in favor of a ban.

People from Langley welcomed me informally at the council hearing and the Mayor acknowledged me. I felt more comfortable, but still I could feel the activists were everywhere in the room. I made sure I made a list of all the speakers both for and against the proposed ordinance. I always made a habit of carefully listening to all of the speakers in case I needed to address a particular issue

when I spoke. The animal activists gave their typical rhetoric why they were opposed to the use of animals in entertainment. There were some council members who bought into their malicious lies. It was evident the animal activists had persuaded the majority of council members to vote for banning exotic animals in the circus. After the final speaker spoke, the council members each added their comments and opinions and voted. The vote was against the circus and the use of exotic animals. The animal activist groups applauded and many of them at this point left the town meeting. I spoke with several supporters and thanked them personally for helping out. One individual kept stating he would not stand for the vote, but it was a done deal.

When I left the town hall I went to my vehicle and discovered the tires were slashed and the windshield had what appeared to be a bullet hole in it. I looked around, but no one was in sight. I asked for some assistance from one of the individuals, who spoke against a ban. He said, "I guess you must have ticked someone off when you spoke." I contacted the RCMP (Royal Canadian Mounted Police) they arrived within minutes and looked over the car and checked to see if there were any explosives under the car. After evaluating the situation, a female officer spoke with me and asked me if anyone in particular gave me problems. I said "No one that I was aware of " The other officer said a pellet gun was used and it appeared the tires were sliced with a knife. I spoke with the officers for a while about animal activist terrorism. The RCMP was interested in the subject and they took notes during my discussion with them. I provided the officers with my list of speakers, who spoke during the evening. The City Clerk did not have their list readily available, but would confirm the speakers the next day. Based upon the list of people the officers said they would follow up on the animal activists that spoke at the meeting. I was given a contact number if I had any more information to provide.

One of my contacts that attended the meeting with me took me back to my hotel, while my vehicle remained in

90

the parking lot for the night. I had a restless night sleep and went across the street for a cold beer. It had been a long night and I was worried about the car and what would I say to the rental car company about the damage. I was not about to pay for a windshield and two new tires. In the province of British Columbia, there is no liability insurance, so basically I was responsible for the damage to my own vehicle. I thought about the car and who might be responsible and I narrowed it down to five people. I called the RCMP early the next morning and AAA to tow the car to a garage to have the damage repaired. The Mayor apparently had heard what happened to my vehicle and he was upset about the situation, he made arrangements to have the windshield replaced and the tires replaced. The mayor took me to breakfast and asked me not to make a big issue of the incident with the car. While I enjoyed my breakfast the vehicle was repaired. After speaking to the police again I was told they had found out who was responsible for the damage. It turned out that a husband and wife from the Vancouver Humane Society were being charged for criminal mischief and vandalism. The couple was also suspected members of the ALF. A hunting knife was found in the front seat of their truck and it was linked to the tires being slashed. A pellet gun which may have been used, to shoot the windshield was found underneath the front seat. I left British Columbia with the knowledge that animal activists were well organized throughout the province.

I questioned the circus industry's lack of support and willingness to fight legislation in the future. The attitude of circus owners was pathetic. The excuse I kept hearing over and over in my mind was "my circus doesn't play there, why should I worry."

sleep
een a
what
ge. I
tires.
bility
mage
might
pie. I
tow
The
my
made
the
sked
car.
ured.
had
rned
ane
and
the
heir
llet
eld
ush
ere

nd
die
ng
ay

**CHAPTER SIXTEEN**
Keeping my Sanity

After losing the battle in Langley, I was distraught
and I felt as if no one really cared. Ringling Bros. was
more concerned about the larger states and cities and the
smaller circuses did not have the resources to fight the
battles all over. Later that year, I attended the Elephant
Managers Conference in Tacoma, Washington. The EMA
was a professional organization of elephant handlers from
zoos, circuses, and private facilities, as well as interested
individuals in elephants. The conferences were very
interesting and had a wide range of topics involving
everything from Equine Light Therapy to treating
abscesses on elephants' feet.   Many interesting people
attended the conferences and shared their knowledge of
elephants. What was really unfortunate was circuses and
zoos not getting along. The individuals, who worked with
elephants in zoos, were highly critical of the individuals
that worked in circuses and visa-versa.

One of my goals was to bridge the gap that existed
between the circus industry and zoological facilities,
considering the fact that everyone who worked and cared
about elephants had the same goals, to provide the best

92

possible life for these beautiful animals. Many individuals I came across at the EMA conferences worked at zoological facilities. Many of the zookeepers I spoke with envied the close contact with the elephants that were a part of the circus life – twenty-four hours a day. The zoos were only open from 9:00 a.m. – 5:00 p.m. I had a chance to travel to many of the zoos across the United States and Canada and I took many pictures of the elephants and actually put together an album of elephant friends. Some day I figured I would look back and see if I could identify each elephant and remember personal characteristics of the ones I had a chance to meet. What I found out most important of all was the training methods were all through positive reinforcement. Of course there were a few individuals that deviated from following proper standards established by the EMA, USDA, and their respective zoos. I found out overall policies were enforced and the industry was self-governing. The zoos I found to be relaxing and provided a tranquil atmosphere. I also had the opportunity to see many of the individuals I met at conferences. It was great to go behind the scenes and see how they spent their days with the elephants and the programs that took place at different facilities. I probably met more elephants face to face than almost anyone else in the EMA, USDA, circus, or zoo industry. Most people told me how fortunate I was to get to travel and see so many programs and meet with so many elephant handlers, but sometimes I felt like I was burning out. I had spent the better part of the past four years traveling and my life was a circus literally. I felt as if I could not even call Pittsburgh my home and I would wake up in a hotel or motel and stare at the ceiling sometimes and wonder what city, state, or country I was in. The time differences were not really a problem since I was young and adjusted well. I am sure my running was beneficial to having so much energy. In each location I went to I wrote reports about everything I did. My database of contacts filled a Rol-A-Dex and a couple books. I made friends all around the world. What most people didn't realize I also

made more and more enemies, among animal activists all over the world for that matter. Many of the animal activist groups learned about me through their networks. They knew me as someone, who knew how to organize people and a national spokesperson for Putting People First as well as the Animal Husbandry Society. The best part of being in my position was acquiring just as much information about the various groups and their leaders. My contacts were able to provide me with animal activists group leaders and their phone numbers. I used PeTA's contact list and it was very helpful in finding out the key leaders of each demonstration. When I came across someone involved in the animal activist movement, I had a photographic memory of who they were and what their intentions were at the protests. I spent considerable time learning about the psychological profiles and make up of all the group leaders. I also studied and filmed the individuals protesting the circus and I would alert the circus about any foreseeable problems in the locations they performed. It felt good to know, I was using PeTA's own material against them. This was the only thing that kept me focused on my job, going from one state to another to organize counter demonstrations. I knew I was supposed to dig the dirt up on PeTA and any of their sub-groups. I exposed their group leaders and their malicious lies against the circus industry. People across the country were learning the truth about the true agenda of PeTA and the rest of the animal rights movement.

## CHAPTER SEVENTEEN
### Feeling like a Hockey Player

I received a frantic call from the Shriners in Edmonton, Alberta. The circus scheduled to play later in the year in the City of Edmonton was in danger of being cancelled. The animal activists in the city had a proposed by-law that would prohibit the circus from performing with exotic animals. I was updated on the situation and I found out Zoocheck, Canada was behind the proposed ban along with the Canadian Federation of Humane Societies. These were two groups I knew very well and was familiar with their players and tactics.

The Shriners said they were not supposed to get involved politically. They had invested too much time into preparing for the circus and the amount of money they were able to fundraise from the circus could not possibly be matched by any other event. The Northlands Coliseum held over 20,000 people and there were five scheduled shows.

The Shriners said they had never experienced any problems there, but had received threats from animal activist groups over the past few months leading up to the proposed by-law. The Shriners said all of their members

were volunteers and the money raised benefited burn victims at the Shrine Hospital in Montreal. They offered to pay my airfare from Pittsburgh to Edmonton and hotel accommodations. I had never been there before and I could also see the Edmonton and Calgary zoos. I thought "great! An opportunity to go somewhere I could play some ice hockey while working." I called one of my friends from the Edmonton Zoo in advance and found out they needed an extra hockey player for one of their old-timer games.

The Shriners advised me the ordinance affected the Edmonton Mall, where they had an educational and entertaining dolphin and whale exhibit. This ordinance would effectively shut down the exhibit at the mall. At the same time, the Shriners informed me; they were flying in an expert from Ireland, who was a Canadian anthropologist, Jennifer Johnson, who worked for a circus. I was familiar with her from Toronto and I was thrilled to have the opportunity to work with her.

The flight was long with one stop over. I landed in Edmonton about 6:00 p.m. and was picked up on time by a Shriner, who was my contact. He had already had my schedule and agenda for the next five days in preparation for the Council hearing.

First, we went to the Shrine Temple and I was shown my office where I had access to a phone, supplies and everything at my disposal. I was impressed on how prepared the Shriners were for fighting the battle. I was also informed there would be 100 members in attendance dressed in their uniforms. Only their appointed members of the circus committee would be allowed to speak and address the Edmonton City Council. After about two hours we headed back to the hotel and I was advised there would be a noon meeting at the Shrine Temple the next day.

I was pleased with the four star hotel and figured I would take a short nap before getting a bite to eat. I quickly fell asleep and I woke up when I heard a horn honking outside. I looked over at my alarm clock and I saw the time said 11:05; I looked out of my window and



saw the sun shining brightly. I had overslept and I had a meeting at noon. I quickly showered, shaved, and headed down the lobby dressed in a nice suit. I asked the concierge, if he could tell me how long it would take to get downtown with the shuttle service. He said about twenty or thirty minutes. I thought, "Good, I will be on time." Then he quickly said, "The shuttle service had stopped running for the day." I thought what am I going to do and I asked him about taxi service. He said, "it would be awhile, but he could get me one." Then the lady at the front desk asked me where I was going and they would call for me. I said, " I had a 12 o'clock meeting downtown at the Shrine Temple." The man at the front desk began to chuckle and he put the phone down. He asked me " Do you know what time it is? I looked at my watch and I said, "Sure, it's 11:35 and if I don't going soon I am going to be really late. " I said, "I did not want to hold back a meeting which was scheduled for noon." He said it is 11:35 p.m. and I had about twelve and a half hours until my meeting. I looked at him and said, " The sun is shining and you're telling me it is 11:35 at night." He then explained to me" the sun does not set until around 12:15 a.m. in this part of the country." Alberta was on Mountain Standard Time (MST) and the sun sets late at night. I was embarrassed and quickly asked, "Is there anywhere open to get something to eat?" I was told there was nothing close to the hotel, so I went back to my hotel room and ate an apple and had a Diet Pepsi before going back to sleep.

I woke up the next morning around 6:00 a.m., I went for a nice run around the area and came back and had a message about meeting for breakfast. I dressed casually since I did not have my meeting until later. I did not say anything to anyone about the night before. I chuckled to myself, about the sun and figured I was probably not the first person, who did not know about the longer summer days in Alberta.

The meeting promptly began at noon and everyone introduced himself. The meeting focused on what

everyone's role would be to win this issue. The Shriners were upset with the Potentate for his lack of support. The local Shriners had to use their own funds to fight this battle.

That evening, I took a break and I watched how boys as young as three and four years old were training to be hockey players. Their instructors were tough too and I thought about the NHL and how many hockey players were Canadian. I was having an opportunity to see how Canadians trained future hockey players.

When I arrived at the Collingwood Arena, I was feeling pretty good about getting to play some hockey. I looked around the locker room as I was introduced. When I spoke, one player asked me if I was an American. I answered proudly " Yes" and then I heard someone else say "make sure you show the other team how this game is played" I was not sure if that was a comment or a criticism. I just put on my pads and finished lacing up my skates. I was given number four and a shirt proudly displaying the name RUINS on it. I looked at it carefully before pulling my sweater over my head, because it felt as if I was on the Boston Bruins. The color and insignia on the uniform was the same as the NHL franchise. The only difference was the "B" was missing. I was told all the old-timer league games made fun of NHL team names and sometimes some former players would join the league. When I hit the ice, no one knew what to expect from me and to tell the truth I was not sure if all the rules were the same as I was used to back home. The guys on my team were not much older than me, but I felt comfortable with them. The goalie was my contact at the zoo and a good guy. He told me to just have fun! I was put in as a right wing, where I was comfortable. All of the players were familiar with one another.

The official dropped the puck and the game was off to a quick start. I immediately went for the puck along the boards; I was a little slow to get to the puck. I ended up checking the opponent away from the puck and knocking him onto the ice. The play was stopped and the referee

98

whistled for me to go to the penalty box for roughing. I
found out after one shift that I was not allowed to check
the opposing players. One of the guys said, "We all have
day jobs in this league and we can't afford to miss work".
He chuckled and the game continued. I scored a goal in
the second period and we won the game, 4-2. The next
day I woke up and I was not sure what hurt more my legs,
my back or every part of me. Even though I was young, I
was still sore and I had not played a full game on the ice
in almost six months. I drove over to the zoo to find my
friend. He asked me if I would be ready by the weekend
for another game. I said if I was still walking I would
play, and he laughed as I grimaced.

Edmonton had a very nice zoo and they were
concerned as well with the proposed by-law, because they
had an elephant program at the zoo and if the law passed,
the program would have to be cancelled. The ordinance
specifically stated, "There was to be no contact between
the public and the elephants." This meant no contact
between the zoo handlers and the elephants as well.

As we prepared our strategy for the meeting, we
decided to make sure we had our speakers well prepared
for any outlandish lies the animal activists might bring
up. We knew we were in for a battle and the only way we
would have a solid victory was to counter every speaker
the animal extremists had scheduled to speak. We knew
we had the support of Alderman Chaney and he was a
strong supporter of the Shriners. Chaney was a
gentleman, who was not afraid of the animal activists.
The two main supporters of the animal activists were
Michael Phair and Tooker Gomberg. I laughed when I
heard the name Tooker for the first time. I was not sure if
I was dealing with a male or female. Tooker to me
sounded like Tuchas, a Yiddish word for a rear end.

I arrived at the Edmonton City Council about an hour
before the meeting in anticipation of seeing if our strategy
changed in any way. We were very well prepared for the
hearing. We even prepared a list in an order we wanted
our speakers to address the council. I knew that the

animal activists were going to fly in from Toronto. Other activists would travel across Canada and from the states. The issue in Edmonton was too important. Whoever won this battle would determine Alberta's position on animals in entertainment. Calgary was infamous for the Calgary Stampede and the rodeo was the next target of the animal activists. For many years the animal activists have looked for opportunities to ban or prohibit the use of animals in entertainment and the only place where they had much success was in British Columbia. It was now the time to put a stop to their plan of action. The Shriners had promised to come out, in full support and they did not disappoint us one bit. They were going against the wishes of the Potentate, who was supportive of the circus, but he was more concerned with the Shriners not becoming involved in political issues. The Potentate was more like a figurehead than an actual leader. I had envisioned a powerful leader; instead I viewed him as a wimp, who was concerned only about fundraising causes, but not willing to help fight in the battle for the circus industry. What really surprised me the most was the Circus Producers Association not pressuring the Potentate to help out. But then again none of the CPA was ever helpful in battles for the circus except for the Hawthorn Corporation and the Hanneford family from the Ft Lauderdale Swap Shop. This time the Shriners were a dedicated and strong group, who knew without the circus, they would never be able to match the funds raised for the burn units of the Shrine Hospitals. The Shriners were an organization that is comprised of strictly volunteers. The men worked all year to prepare for the circus. The Shrine circus committee arranged to sell tickets six months prior to the show and the event was successful every year.

The meeting began with the local head of the Shriners giving an excellent speech about what the Shriners do for the hospitals and how successful they have been raising funds from the circus. After a couple of animal activists spoke we had to decide how many people were going to actually speak. The Shriners had over two hundred

100

members there, but we made the decision to limit our speakers. We knew the Edmonton City Council would grow tired of the same argument. Plus we were already at an advantage considering Council member Chaney was a Shriner and was scheduled to speak in opposition to the ordinance.

Jennifer Johnson, a Canadian anthropologist and an instrumental part of our group spoke around 9:00 P.M. and she had to leave immediately afterwards to catch a flight back to Ireland. Johnson had completed a two-year study on the behavior and relationship of animals in the circus and obtained her masters degree from McMaster University in Toronto. She was very knowledgeable and I have benefited from her studies as well.

When I spoke to the council, I attacked the animal activist groups, exposing their lies. This was the first part of my presentation. I exposed the agenda of Zoocheck, Animal Alliance of Canada, and the Canadian Federation of Humane Societies (CHFS). I had referred to the Canadian Federation of Humane Societies as a misnomer for an animal activist group. The truth of the matter was the CFHS was not supported by thirty-two humane societies as their spokesperson, Francis Rodenberg stated in her presentation. There were maybe thirty-two members of the CFHS that belonged to different humane societies. I had taken time to do my research and found out that the humane societies were not all supportive of the views and goals of CFHS. I presented the factual data provided by Dr. Marthe Kiley-Worthington, a well-known animal psychologist, who felt animals were better cared for in circuses. She was commissioned by the RSPCA, (Royal Society for the Prevention of Cruelty to Animals) to do an independent eighteen- month study on the animals in the circus. She primarily focused on elephants and found out a closer bond existed between the elephants and the caretakers in the circus than in the zoos. Kiley-Worthington was expected to come back with different results for the RSPCA after she completed her study. She was threatened with dismissal after her findings. While I

was in Europe, I was able to meet with many individuals, who were part of Kiley-Worthington's study. As the years have progressed other individuals, showing support for Kiley-Worthington's research, have conducted other studies. Texas A&M has continually studied interesting facts about elephants regarding stress levels. Many of these studies are now published and available to the public. It is important to remember that the individuals that conduct the research are dedicated to Species Survival Programs. While I have attended numerous conferences on elephant research I continue to learn about successful programs that exist in this country as well as other countries.

I was given as much time as necessary to address the council. After speaking about my studies in Europe I was able to show where the animal activist groups were not knowledgeable about the care and treatment of animals in the circus.

My role as an investigator took on many parts. I was very involved in my studies of elephants. I found it fascinating the information that could be obtained. I developed my arguments through expert's professional opinions on the interaction between animals and their caretakers.

I focused on bringing the circus industry together under my leadership. Many individuals as well as circuses, and zoos relied on me to argue before city councils, state assemblies, and other legal issues on their behalf. I was not afraid to challenge the animal activists credibility. Because I knew I was well informed and could properly address the issues in a cool, calm, and professional manner.

Many people knew that I was experienced and could handle the animal activists arguments for animal apartheid. Animal apartheid was a term I used often and it dealt with the separation of human beings and animals. Many activist groups are opposed to the interaction between animals and people.

102

While I learned to respect other's opinions I still had to deal with the fact, I was going to be interrupted during my speeches when I attacked the animal extremists and painted a picture of their beliefs, ideals and terrorist actions. I concluded my speech almost twenty minutes later with the majority of council members nodding in agreement with my point of view. I received a round of applause from almost two hundred Shriners seated in the gallery.

The battle continued with each side voicing their opinions. After four hours the Council asked for a short recess since there were still a number of speakers registered to speak. It appeared though many of the council members had made up their minds.

As I went to the men's room, Rob Laidlaw followed me into the bathroom, then while standing beside me, he threatened me because of my statements. Three Shriners who were also in the restroom heard the threats and asked me if I wanted Laidlaw arrested. I said no. I would have enjoyed handling the situation myself, but I realized besides physically wanting to hurt him – it would not be in my best interests. Besides I was enjoying the animal activists and their respective organizations being shown in a negative light. They were dealing with the public criticism and humiliation they deserved. The animal activists had all types of characters there. A professor from Alberta, who looked like something out of the 60's peace movement, appeared to lose his temper during his presentation. The night wore on and the meeting finally ended. We had an overwhelming victory seven hours later.

Outside of the Edmonton City Council, animal activists shouted at the Shriners, saying "the old people with the money won." The activists continued to carry on as we left with our pride intact.

After I returned home the next day, I received faxes from all over Canada about our victory. The Shriners were great and kept me up to date on the local scene. A couple of weeks passed and Council member Michael

Phair, supporter of the ban on exotic animals in the circus was arrested for being in a park after hours. He had parked his car in an openly gay area and was arrested for violating curfew as the police noticed a male running from his car. Councilor Phair claimed he had fallen asleep in his car, but that was another story for him to explain to his constituents.

## CHAPTER EIGHTEEN
## McMillan vs. PeTA

My phone rang early morning on a cold December day in 1995 and I remember the call coming from a man, David McMillan, who was very polite, but obviously quite upset. He was someone I was not familiar with in the animal industry. He introduced himself in a professional manner explaining to me briefly about owning a business called Tiger's Eye Productions. McMillan continued to speak to me about his school for training individuals how to work with tigers, lions, and other large exotic cats. I listened to his story for roughly twenty- five minutes until I realized that this man was someone, who had become a target of PeTA.

Putting People First had given David McMillan my name. I was not sure at first what McMillan wanted from me. I was familiar with PeTA's tactics and how it was possible McMillan had become a target of theirs. I knew nothing about McMillan's operation or where he lived for that matter. After speaking with McMillan for roughly an hour and a half, I agreed to fly out to his home immediately to see what type of facility he owned and investigate all of the allegations of PeTA. I agreed to work

the investigation after consulting with my boss and checking sources in the local area that were familiar with the man and his company.

I flew to Orlando, Florida, two days after speaking by phone with McMillan. He originally wanted me to fly out when I got off the phone with him. McMillan was willing to pay for my trip there, but if he did that, it would have looked as if I was paid to show his facility in a positive light. I decided I could not or would not be influenced in anyway. I would form my opinion and views on his program and facility based upon what I saw for myself.

My flight was quickly booked along with my hotel and rental car. I was not quite sure how long I was going to stay, because it was going to cost me for this trip and I could not fairly bill my boss. McMillan had promised to reimburse me either way for my time and I just looked at it as an opportunity to see what type of schools existed for people interested in a career in zoos, circuses, and other educational programs.

When I arrived in Orlando, I was not sure who would be greeting me at the airport. I only brought carry-on luggage and I hurried to get my car. David McMillan was awaiting my flight outside and he asked me to follow him to his home.

When I first arrived I was not sure about McMillan's invitation for me to stay at his home Since, I would be writing a fair and objective report based upon my investigation of his facility. After thinking about it I agreed to stay there. I would have the opportunity to witness first hand the lifestyle David McMillan lived. McMillan was surely a new target of PeTA, and I decided before I read any of their allegations I would record anything and everything I saw for myself. The students there could be told to say anything, so I decided I would ask questions carefully and mainly observe.

As we entered the gates to McMillan's property, I realized that I was dealing with a man, who obviously was very successful and well to do. The lawn was well manicured and the landscape immediately caught my

106

attention. As we had entered the driveway leading to the house I could see several people working around some cages. I asked David McMillan about asking his students questions and he said "No problem, Steve — feel free to ask them anything."

I spent five days at McMillan's compound and saw one of the most remarkable training facilities I had ever seen before. Through the years, of traveling and observing numerous facilities, I was fortunate enough to gain the knowledge of knowing what to look for when I observe relationships between animal caregivers and their animals. I also know about the tremendous upkeep of an animal care facility.

I attended several shows while observing the interactions between the students and the animals, as well as McMillan. The shows produced by Tiger's Eye Production were very educational and entertaining. Many families while visiting Orlando, Florida at local time share resorts had the opportunity to attend shows outside of Disney World. Generally, over a hundred fifty people would attend an hour and a half show and ask questions about the animals. They would have their pictures taken with a Florida panther, snake or other exotic cat, and they could purchase a tee shirt. The show was very successful and children of all ages as well as adults were entertained. The students presented exotic cats, reptiles, and spiders as they participated in each show. At the end of the night, many people still had questions to ask and walked away with more knowledge about how to keep these animals from becoming extinct.

**How the case started . . .**

PeTA was looking to do an expose on animals in entertainment. The organization according to their 1995 tax records was still spending more money than what they allocated in their budget for the year. PeTA will never admit to it, but financially their salaries and programs were way over budget. They always claim that

their membership is in excess of 300,000 or 400,000 people. However, their numbers constantly fluctuate and it depends on who reports them. According to the National Charity Information Bureau, there were only three members of PeTA. At the time, they were Alex Pacheco, Ingrid Newkirk, and Jeannie Roush. The people that give money for memberships are only considered donors and associates. They have no voting privileges. Only the three-member board can vote, so actually the decisions regarding any legal matters come from the three of them.

PeTA hired an individual to go in undercover to expose Tiger's Eye Productions. The individual's name was Don Cherry. Since they were secretive about trying to obtain video footage, they resorted to hundreds of hours of just wasted video coverage. What is interesting is there was only one questionable piece of video in the so-called 188 hours of video. The camera was hidden for the most part and McMillan had no idea he was being taped. Which goes to prove that this group will resort to unauthorized use of video to try and show someone in a negative light. The only questionable piece of video in which anyone was even the slightest bit concerned about, dealt with a lion named Samson, who was used for the Circle of Life music and video. It was this video and picture, where PeTA tried to sell their next campaign to the public. McMillan was shown striking the lion on the head with a two-pound wooden stick. The lion itself weighed close to five hundred pounds. What PeTA failed to show and did not want the public to see was the situation that led up to David McMillan using the stick to stop the lion from charging one of his students. The lion attempted to go after a student and McMillan intervened by stepping in between the lion and the student inside of the tennis court where the students have a chance to interact and learn about the animals. A two-pound stick was not going to stop a 500 lb. lion from injuring or charging anyone, but it was used more as a symbol to get the animal's attention and correct the animal's behavior. The force used was only the

108

necessary amount to allow the lion to know he had done something wrong. The animal submitted when he was quickly hit on the head and remained still, realizing he was not supposed to hurt anyone. All of the animal experts, who examined the videotape agreed McMillan was correct in his response to the situation and he was definitely in control. The lion could have mauled the student and McMillan acted properly. This clearly was not a case of abuse.

### Holiday time – Time to Fundraise . . .

PeTA announced a major story of animal abuse in their holiday issue of their magazine. They accused David McMillan and his company of animal abuse. Their goal was to gather public sympathy for donations. This story was to be their big fundraiser. Tiger's Eye had already done a cover on George Magazine with Newt Gingrich, former Speaker of the House. Tiger's Eye was well known through the timeshare resorts throughout the Orlando area. Their client lists boasted a number of high profile members. The educational show with Tiger's Eye was their selling point. PeTA found this out through their undercover spy.

Unfortunately for PeTA, they picked the wrong target to make money off. The television tabloid shows across the nation continually showed Samson, a large lion being hit by a stick for just about two seconds. The tape is very deceiving of the situation. It was a potentially dangerous situation where there was no barrier between the student and the lion. This was backed up by testimony from students attending the school.

The video clip was what PeTA based their allegations on and had over 200 hours of worthless video that was viewed by three state agencies, two federal government agencies and one national private organization, the Animal Husbandry Society.

Here is the list of findings . . .

Since I was the first individual who investigated Tiger's Eye Productions and David McMillan, I was asked to submit my findings to the USDA. My report was first sent to the United States Department of Agriculture (Tampa office) at their request, for their records. My report consisted of twenty pages and was submitted to four different organizations, which investigated Tiger's Eye Productions and David McMillan. The organizations consisted of the United States Department of Agriculture (federal), United States Department of Interior, (federal) The Governor's office (Gov. Lawton Childs), (state), The Florida Game and Fresh Water Fish Commission (state), and Florida Department of Education, (state), since Tiger's Eye is licensed as a training school. My report was very thorough and consisted of an inspection of the entire facility, the animals, the students, both past and present, as well as some students that were enrolled at a future day for classes. I checked each animal and saw no signs of abuse as alleged by PeTA. My findings were based on facts and not misinformation.

- Here is a copy of my letter, which was used by the USDA in clearing David McMillan and Tiger's Eye Productions of any wrongdoing.

110

January 15, 1996

To Whom It May Concern;

From: Steven Kendall, V. P. Animal Husbandry Society

I was asked by our national organization to investigate David McMillan's facility and the care of the animals. This investigation was based upon accusations by an animal activist group – PeTA.

I was very impressed with David McMillan's facility. Our organization has worked all over the United States, Canada, and Europe. We have investigated numerous charges against individuals, circuses, and fairs. Many of the charges are unfounded, but sometimes there are legitimate complaints in which we do investigate. We do work in cooperation with the USDA and make recommendations. If an individual is found guilty of abuse, he or she is fined. A decision is made by the USDA to suspend or revoke their license.

In Mr. McMillan's case, I personally found the cats to be in excellent health and in very good condition. The USDA has indicated to me that Mr. McMillan has never had a problem and he has exceeded all recommendations set forth. The USDA has standards and requirements that each facility must comply with under the Animal Welfare Act.

Our organization regularly deals with zoos and circuses. David McMillan cages are better than a lot of zoos. There are many individuals as well as zoos that could learn a lot about educating the public and media from Mr. McMillan. Mr. McMillan, in my opinion sets the standards for animal care and he does an excellent job conveying that message to his students and the public.

It is very unfortunate animal activist groups like PeTA don't support individuals like David McMillan. If they took the time to observe the care the animals receive and witness the training patterns – which is a combination of

food rewards, affection and mutual respect for the animal. They would see an individual that is more concerned with protecting these endangered species and educating the public about their diminishing habitat.

It is obvious PeTA is not concerned about animal welfare, but simply an opportunity for a fundraising campaign aimed at putting an innocent individual in a false light. I think PeTA should apologize to Mr. McMillan and make a financial contribution to his facility, to benefit the animals, instead of benefiting themselves.

There are over 10,000 exotic animal owners in the state of Florida and they are licensed and regulated by the Florida Game and Fresh Water Fish Commission. I have had the privilege to work with this fine organization and they will vouch for my experience dealing with individuals, circuses, and zoos.

They will also tell you of the problems they have had with the animal activists filing false complaints and costing the state of Florida thousands of dollars. Each time a complaint is filed against a circus or individual, the situation must be investigated. In the case of Mr. McMillan, the USDA and Fresh Water Fish Commission have not filed any charges against him and have agreed there was no abuse at anytime.

Recently, a nuisance letter was sent to the Animal Rights Foundation of Florida, (A PeTA based organization) asking them to cease and desist filing false complaints against each circus and individual act that passes through the state of Florida. The Florida Game and Fresh Water Fish Commission sent the letter.

Thank you for allowing me to express the views of our national organization, the Animal Husbandry Society.

112

If any of our members or myself can be of further assistance now or in the future, please do not hesitate to call. Our toll free number is 1-800-464-8878.

Sincerely,

Steven P. Kendall
Vice President
Animal Husbandry Society

\* My 800 number was disconnected after this case due to hundreds of calls by animal activists. Each time a phone call is made from a payphone the recipient pays for the call.

This report was very thorough and complete. The USDA, in the course of their investigation used my reports to determine if any charges would be filed based upon the alleged charges by PeTA, used my report.

David McMillan was exonerated of all the unsubstantiated charges. It is also interesting to note, McMillan received several death threats during the alleged charges made by PeTA. One of these calls was traced to a woman in Chicago and she had threatened to kill McMillan's animals. This was just another case showing what type of extremists are involved in the animal activist movement.

## Judge Judy puts PeTA in their Place

In July of 1996, a new show, "Judge Judy" began filming in Los Angeles. The show was scheduled to begin in September and promised to be an instant success. David McMillan called me up and said, he had a perfect opportunity to strike back at PeTA. We set up a strategy dealing with the "Judge Judy" show itself, We also needed to be prepared for PeTA and their malicious lies, as well as Bea Arthur, a celebrity, who turned animal activist, to revive her career.

113

The segment opened with McMillan vs. PeTA. David had a well-prepared statement written. He labeled PeTA a terrorist group, which put them on the defensive right away. We plotted our strategy perfectly, knowing we had a strong argument. We decided since PeTA came to court with only Lisa Lange and Bea Arthur (from the TV series Maude and Golden Girls) Judge Judy asked where was the so-called investigator who shot the film and witnessed the abuse. Lange claimed the individual who shot the video for them was on another assignment undercover. PeTA would not reveal his name, so McMillan did. McMillan pointed out Mr. Cherry the individual in the tape PeTA showed to the audience. Judge Judy thought it pretty funny for someone undercover, to film himself, while supposedly being so secretive. Judge Judy scolded PeTA spokesperson, Lisa Lange for not having any evidence or anyone to actually say they witnessed any type of abuse at Mr. McMillan's facility. Judge Judy said "How can you come into my courtroom without any factual basis for harassing this man." You could see the embarrassment on Bea Arthur's face.

McMillan was very articulate the way he spoke, but he was entertaining as well. He was very quick to respond when PeTA was allowed to show the video to make for a more interesting show. The video showed a lion being hit on the nose by an elderly woman with her open hand. What PeTA had edited from the video was the fact the lion attempted to bite the woman's hand while she fed him. This is considered the correct method in training an animal and correcting the animal's behavior. If the situation is not corrected immediately, the animal may bite off the next person's hand when he is fed again. McMillan looked over at Bea Arthur as she started to put on a crying act and said " Steve, get her a napkin, I think she is going to cry." When he referred to Arthur's former show, "The Golden Girls," McMillan called Arthur the "golden oldie" The audience loved his sense of humor and I have to admit I laughed when McMillan made the same comment, a second time. Judge Judy chastised PeTA

114

several times, while continually asking Lange "where was the abuse?" Judge Judy asked me during the show "What did you witness when you investigated Mr. McMillan's facility?" I told her the truth about the unfounded charges of abuse. I stated " the facility was one of the best places I had ever seen animals cared for and the individuals caring for the animals were very knowledgeable" I also stated I was familiar with PeTA's tactics of harassing individuals and fundraising through fraudulent videotapes. I went on to say, " Mr. McMillan unfortunately was unaware of PeTA until after the fact." Judge Judy then questioned Lisa Lange and asked her not once, but twice " when are you people going to stop harassing Mr. McMillan and his people" Lange responded " when he gets rid of his tigers" PeTA spokesperson Lange came across as foolish and PeTA was publicly embarrassed.

Judge Judy found PeTA guilty of harassment. Then she dismissed us as she pounded the gavel.

After a good lunch, we stopped over Todd Bridges home (formerly of "Different Strokes.") We talked about the segment and how we felt good that Judge Judy ran a fair and honest show. Even though we would have loved to rip into PeTA longer, we felt we had total control of the segment. We knew the show would be edited, but we were happy with the outcome.

On October 25, 1996 the Judge Judy show aired. After the segment aired, many people thought we came across as showing PeTA for what they were "a fundraising operation set up to ruin people's lives and legitimate businesses."

One reason PeTA chose David McMillan and Tiger's Eye Production to target was they spent eight months on costs trying to put together a case. They waited for eight and a half months until they released their video. The question needs to be addressed, if someone witnessed abuse of any animal, why would they wait for so long a period of time to turn over any evidence they had obtained. Since they had already spent so much money on

this operation, they did not want it to be a total waste of funds spent. The had already paid for an individual, Mr. Cherry to be enrolled in the school, paid for his apartment and many other costs. So they tried to pick the right time to use this for their fundraising campaign. Unfortunately for PeTA, this was one case in particular, they picked the wrong target and it backfired against them.

In August 1996, Current Affair ran a slanted program against David McMillan and Tiger's Eye Productions. Until this time Ringling Bros. had not made any comments on the alleged abuse. Ringling had always been careful not to take sides for anyone in the industry.

"A Current Affair" interviewed Joan Galvin, the Director of Government Relations and an attorney for Ringling. She was highly critical of the video that Current Affair showed her of McMillan and the PeTA videotape. David McMillan called me and asked me if I knew who the attorney was for Ringling Bros. I said we had crossed paths on a number of legal issues.

McMillan was furious that Ringling would have a spokesperson come out against him and make critical comments without knowing the facts. The comments were based on the video that was shown to the attorney.

McMillan called me and said he wanted to put me on a three-way conversation so I could here Joan Galvin's response to his questions. I listened and did not say anything, as Galvin admitted no wrongdoing.

David McMillan stated he expected an apology from Ringling Bros. for their unfair comments made about him to the tabloid show "A Current Affair."

Instead of an apology, he received sugarcoated congratulations for being cleared by the USDA and Florida Game and Fresh Water Fish Commission. A copy of the letter was received with the Ringling Bros. letterhead.

## CHAPTER NINETEEN
## USDA Cuts Deal with PeTA

The year was 1966, when three young men set out to write laws that regulated animals in the United States. This included domestic animals as well as exotic animals. The set of laws and guidelines was known as the Animal Welfare Act. Dr. Dale Schwindaman, Deputy Director of the USDA was one of the founders of the Animal Welfare Act.

In 1996, Dr Schwindaman was set to retire as Deputy Director of the USDA. He was to be honored for his work on the 30th anniversary of the Animal Welfare Act. The day was to be a memorable occasion. Dr. Schwindaman was a very well respected individual. However, he was someone, who was not liked by everyone in the USDA. I gathered my information very quickly through meetings with a couple of highly respected veterinarians in the USDA, who were threatened with insubordination, if they revealed the information they knew about Dr. Schwindaman and PeTA. I will go on record as saying, Schwindaman had received word PeTA was going to protest the ceremony where Schwindaman was to be honored and receive an award for his years of service.

Schwindaman contacted PeTA to make a deal with them. He wanted to know what it would take for them not to ruin his big day in Washington, D.C. Dr. Schwindaman asked PeTA what could he do that would satisfy them and allow him to leave office with this honor under his belt. PeTA asked Schwindaman to reopen the investigation into Tiger's Eye Productions. For months now the case had been closed. There was absolutely no evidence that would convince any member of the USDA or any other government or state agency that David McMillan had done anything wrong.

Dr. Schwindaman called a meeting of USDA veterinarians in Washington, D.C. He was not about to let PeTA ruin his ceremony. He repeatly told USDA veterinarians to review the tapes that PeTA had provided the USDA. He wanted anything that appeared to be questionable on the tape to be brought to his attention. The case was now, according to the USDA, officially reopened.

Because PeTA had threatened Dr. Schwindaman, a deal was being made. How could Dr. Schwindaman allow this, we wondered. I had spoken with several veterinarians, who were told that if they stated anything about Dale Schwindaman they would be fired or possibly lose their retirement benefits. These threats were real and I had wondered what could be done.

The USDA had officially closed this case on August 6, 1996, and there was absolutely no reason given at the time for Dr. Schwindaman to reopen it. We needed to do something because the situation had become ridiculous. McMillan and I figured we would check with the lead investigator. He stated he knew nothing about the case being reopened and his report had been turned in months earlier indicating there was no cause for action against McMillan. David was being set-up by Schwindaman and PeTA. It was time to take legal action.

The fall came quickly and I was attending an annual meeting on October 11 and 12th in Nashville, Tennessee with the Animal Welfare Council. The board asked the

118

USDA to send a guest speaker to our meeting. The USDA agreed and much to my surprise, Dr. Dale Schwindaman accepted the invitation to speak on behalf of the USDA. When I found this out, I immediately got on the phone to notify David McMillan.

I arrived the night before the scheduled conference. Since I served on the Board of Directors, we would schedule a board meeting usually before the conference. We often discussed the agenda in advance and what information was most important to address. I was a bit excited about seeing Dr. Schwindaman because he had refused in the past to openly discuss the Tiger's Eye case. I figured my opportunity to set the record straight in front of a large group would help define where Dr. Schwindaman stood on the issues.

The next day the speakers included a pharmaceutical company that would be discussing Premarin, a drug used to help woman deal with certain hormonal problems. The drug is very controversial among animal activist groups, but the animals are not harmed in any way. The speaker was very knowledgeable and answered all questions, which cleared up many misconceptions among animal use groups.

The next schedule speaker was Dr. Dale Schwindaman. He was speaking about the USDA willing to work in cooperation with other groups inside the animal use industry. The message the USDA was sending was very clear, they were looking for allies. Unfortunately, many people in the room did not trust the USDA. There had been too many organizations that have been targeted by the animal activist groups and the USDA has stood by and done nothing.

The USDA was willing to listen to industry standards as suggested by various responsible animal groups. However; Dr. Schwindaman stated, "We must also answer the public's complaints." As many of us were aware, the public Schwindaman was talking about was PeTA. The rodeo was the first to express their displeasure with the USDA in regards to allegations being made by PeTA

119

about the rate of injuries to animals. The animal activist's statistics were greatly exaggerated and qualified veterinarians that attended the events documented the factual data. Many of the rodeos held were advertised well in advance and anyone attending the events were more than likely individuals, who were coming to enjoy the rodeo. Demonstrations were common by PeTA, but the USDA never spoke to the media in advance claiming the allegations of abuse were false. The USDA would never take a side. Every time PeTA would make a claim of abuse, the USDA would always have no comment and state they were investigating the circumstances or individuals involved.

At the end of his talk, there was a question and answer session. I figured this would be the perfect opportunity to put Dale Schwindaman on the spot about the deal the USDA made with PeTA. Dr. Schwindaman, turned red and quickly stated that the information was not true and moved on with the questioning. Other questions were asked, but my question was never answered.

Dr. Schwindaman was supposed to meet me for lunch after speaking. He went upstairs to his room grabbed his suitcase and quickly left the hotel. When I checked with the front desk. I was told Dr. Schwindaman had checked out and left. I could not understand why he stood me up and left the conference. It later occurred to me, maybe by putting him on the spot, I was suggesting I knew about the deal between PeTA and him.

I called David McMillan to tell him what happened about Dr. Schwindaman leaving the hotel. McMillan's attorney contacted the Justice Department and asked what was going on. An internal investigation was ordered by the government into the USDA to find out what happened. The question remained "Why was the case against McMillan and Tiger's Eye Productions reopened?"

On Monday, October 13, 1996, I called the USDA headquarters and asked for Dr. Dale Schwindaman. The secretary at the office informed me, Dr. Schwindaman

120

had left the USDA and was taking an extended vacation.
No one knew where he went and when he would be back. I
thought to myself "how convenient, he could not give me
a straight answer." I also realized that McMillan was
right about Dr. Schwindaman, but what could we do
about it. No one would speak out against Dr.
Schwindaman and our only hope was a veterinarian, who
was afraid of losing his pension. It was also discovered
when Schwindaman left so did the case file on the
McMillan case. We decided we would file a complaint with
the Justice Department and accuse the USDA and Dr.
Dale Schwindaman of government misconduct. It was the
only chance for the truth to come out. We also knew it
would probably take months and possibly nothing would
come out of it. Here is what we knew. We knew that PeTA
was going to protest at Dr. Schwindaman's award
ceremony. Why else would PeTA call off a demonstration,
when it was such a big event? Why would the USDA
reopen a closed investigation without any reason given?
These were legitimate questions and we did not have any
answers.

A couple of months passed by and in December of 1996
came the official word again from the USDA, the case had
been officially closed. McMillan had received a letter from
Dr. William DeHaven, Acting Deputy Director of the
USDA.

I received a call from a young lady, Connie Crinkle,
who stated she worked for the Justice Department and
she was an investigator. I was a bit skeptical at first,
because of all the problems that existed surrounding the
USDA. She explained she had met with David McMillan
and interviewed him regarding the situation with the
USDA. She wanted to interview me too. I decided to find
out first, if this lady was for real and if she was actually
an investigator. I called McMillan and his attorney; they
informed me that she was hired to conduct an internal
investigation into the USDA for Government misconduct.

I answered all of her questions and told everything I
knew about the case from the beginning. I also stated I

was asked to write a confidential report for the USDA about my investigation into David McMillan's facility. The report was detailed and was twenty pages in length I explained. I made a copy of my report, because I knew PeTA had moles inside of the USDA and I did not want to take a chance of having my report stolen. It turned out the entire case file was taken after the case was closed. Apparently, someone did not want the file left behind with each individual's report along with USDA conclusions.

PeTA attempted to threaten the sponsors of Tiger's Eye for a long time after this case concluded. David McMillan actually received more business after PeTA made him a target. Sponsors were quick to support his organization and endorse Tiger's Eye Productions. Sports Illustrated had a picture of Tiger Woods on the cover along with a white tiger that belonged to David McMillan. Pictures of rare baby white tigers born at his facility made international news. One of McMillan's clients agreed to build him an exhibit to allow the public to view his magnificent animals. What could have been an act of injustice turned out to show how one man with the assistance of others including myself could defeat PeTA.

Outside of Disney World, Tiger's Eye Productions continues to this day to be the attraction that people seem to talk about most when traveling to Orlando, Florida.



## CHAPTER TWENTY
## PeTA Steps up Terrorist Actions

In 1997, PeTA was having problems with their leaders, Alex Pacheco and Ingrid Newkirk. The two of them were going in different directions. It is my opinion; Pacheco was now more interested in making PeTA more into a lucrative business. Newkirk was content with how the operations were running and basically was hoping for steady growth and an expansion into other countries. Pacheco in the meantime was enjoying life on the west coast.

Through my contacts, I was able to keep close tabs on Pacheco. Pacheco was interested in starting a no-kill shelter in LA and he had some financial support from close animal activist celebrities. The no-kill shelter would be a separate business from PeTA and could develop into a big business across the country. The only problem was the interest was not there. The animal activists were not willing to put money into Pacheco's group. Pacheco and Newkirk decided it was time to go different directions. Pacheco would still be associated with PeTA, but the time came for him to follow his own goals.

It had been a long battle for the two of them. They had participated in different raids and covered for one another throughout the years. The two of them had avoided federal authorities for years and had successfully managed to avoid indictments by federal grand juries. Even though to this day, no one other than Rodney Cornado has served time for the break-ins at the universities, Pacheco and Newkirk have walked away unscathed.

Just as the year began I started seeing more militant animal activist groups appear on the west coast. A group known as the Straight Edges became a front-runner. I was very familiar with their tactics and agenda. Straight Edges was represented by a symbol sXe and the group had a small, but militant following. The group looked for trouble and hoped to draw teenagers into their organization. Straight Edges defined their individuals as being non-violent, vegans, against sex, drugs, and anti – establishment. Vegans are described as people who do not believe in eating meat, any animal by-products, which include cheese, milk, and other products. They believe that plants and trees have feelings too, so they wait for the fruits and vegetables to fall from the trees and plants. They do not believe in eating anything with a face, which would include a head of lettuce. Straight Edges, which they like to refer to themselves as, are comprised of staunch animal activists and environmental wackos as described by other animal activist groups. Many of the Straight Edges have tattoos and the Straight Edge symbol or name attached to their backs or other body parts. They commonly protest the circus, fur stores, McDonald's, Burger King, Wendy's, and other eating establishments that serve meat. In my experience dealing with Straight Edges, I have witnessed their acts of civil disobedience, and participation in vandalism. They believe in anarchy and support groups that are favorable to the destruction of businesses associated with animals. The group was founded on the principles of nonviolence, but that has

124

changed. Many of the members do drink, use drugs and live alternative lifestyles.

The individuals I came across during the spring and summer of 1997 were belligerent and rebellious. Authorities in different locations were confused by their antics and acts of civil disobedience. Straight Edges are taught to not respect authority, but to lash out and criticize others. Though they are comparably small in numbers to other extremist groups, they are radical and militant. Straight Edges have splintered into another group called Jihad, which means " holy war." Jihad is run out of Orange County, California and they participate in criminal acts as members of ALF. The Animal Liberation Front headquarters is based in Vancouver, British Columbia. David Barbarish, whom his closest friends and contacts know as the leader of ALF, orchestrates the group.

For years the Animal Liberation Front has eluded authorities. The FBI had five federal grand jury investigations and they have allowed the main individuals involved in the break-ins and destruction to walk away free. They made the foolish mistake of granting immunity from prosecution to Ben White also known as "Bear" for his role in the break–ins. Ben White was the B&E (breaking and entering) man for Animal Liberation Front. The FBI refused to look into all of the evidence before granting immunity to Ben White and he pleaded the Fifth, the right to self-incrimination. I guess what disgusts me the most about how this situation was handled was the lack of cooperation among FBI agents and others. Instead of going after the five main people, they chose to go after Rodney Cornado, who actually became a martyr to animal activists. He was sentenced to 57 months in a federal prison in Tucson, Arizona for stealing archives. They ignored the fact that Ben White had planned on selling his home in Middleton, Virginia and then leave the country.

The main people involved were Ingrid Newkirk also known as Valerie and Alex Pacheco were the key

members of the ALF. This was the direct link to PeTA, however; the FBI and Justice Department were only interested in prosecuting Rodney Cornado. Even though the individuals made a pact, that if they got ever got caught, not to speak or give one another up, they were there. The FBI simply mishandled the evidence.

Another individual Kim Stallwood, left PeTA to go back to England and then surfaced later in the United States to run a Vegetarian group with ties to PeTA. He was smart taking a backseat and looking for another organization where he could be his own boss. Vegetarian Times a magazine that his group produces has support of such groups as PeTA and PCRM, Physicians For the Responsible Use of Medicine. Dr. Neal Barnard, who has direct ties to Ingrid Newkirk, runs the latter group. The PCRM claims to have 5000 supporters, but is not supported in anyway by the American Medical Association. Stallwood, originally from England has a base there of support. A former group, Lynx disbanded years ago from there and was considered a hard line ALF group.

Looking back at the cases, I see the real problem were individuals selling information and it became hearsay as opposed to evidence. As I gave information to one investigator in particular, whom I thought I could trust, she sold it to the FBI and it only created problems for me. I had my phone number changed three times during the investigation, because of the harassment. Wherever, I went I made sure to stay away from my contacts in public. The FBI actually had an individual watching my home and my office. An agent sat outside of my house, which was not too bright of an idea, since anybody sitting in a vehicle where I lived would be noticed. Neighbors commonly look out their windows and I could see the man from my office. I found out he worked for the government, when I saw him sitting in his vehicle in front of my home for over an hour and I ran his tag. I called the FBI and told them I knew about the man being there. I often checked my phone for taps, just as a precaution. I knew in

126



dealing with extremist groups to be careful about what I asked my contacts over the phone. Even though my lines were private, lines are not always secure. I used codes at times too and e-mails which were encrypted so my contacts would not be revealed. I kept my information secured.

I received a subpoena to appear before a federal grand jury in Michigan to produce documents, tapes, films etc. for a case against ALF. I was able to let the Attorney General's office know I was not going to be real helpful, since I did not have first hand knowledge of the incidents. I had time to prepare answers and not give away my contacts. I was not going to go to Michigan and ruin my career. As I was told once, by my boss, if you burn your contacts, you lose your trust among people and therefore you lose clients. The government doesn't care about the little people. They just want to make the case at any cost. The trust factor then comes into play and the bottom line is I never received any pay for my information. You work so hard building a base and taking years to develop contacts and then you screw them for what? Unwanted publicity.

I received a call back from John Morrison of the FBI and I was told I did not have to go to Michigan, but I did have to answer their questions from Assistant United States Attorney Timothy Verhey. I was told I could do this over the phone. I thought about every question that could be possibly asked and I prepared answers. I used my speakerphone so I could look over any notes I had in front of myself. The interview lasted for what seemed like hours, but it was only about fifty minutes. I was very careful how I answered and gave short answers, but told the truth. The only question I was able to skirt around was "Did I work for a private investigative agency out of Virginia? " I said no since I was a sub-contractor and technically I worked for myself. This was the only question I really had to think hard about before answering. After this interview I did not hear anything more from the FBI until years later.

Looking back at the destruction of laboratory research I could not believe animal activists would destroy records of data as well. Information already obtained that could benefit mankind and help cure leading diseases. Many animal activists admit to alternative lifestyles and being homosexual. Since AIDS is still one of the leading causes of death among homosexuals, why would the activists prevent a cure from being found through research already completed? But then again terrorists don't think of the consequences of their actions. I often think about this question over and over. There are no sensible answers other than it draws more attention to their cause. When you look at the celebrities who currently support and those that have supported PeTA, Mary Tyler Moore, who grew up with Juvenile Diabetes, Rue McClanahan, who had breast cancer, Richard Pryor, who had Multiple Sclerosis, and Linda McCartney, who died from cancer. You have to wonder about their true feelings and how they would feel if cures could be found through medical research using animals. While the debate will go on, it does make you think.



## CHAPTER TWENTY-ONE
## Montel Attacks the Circus Industry

"The Montel Show" had contacted me before I left Pittsburgh to go to Fort Worth, Texas for meetings with the Animal Welfare Council. As a Board member I was responsible for being at the meetings and I was not about to just cancel for a TV talk show.

A producer on the "The Montel Show" told me; they had invited a representative from Ringling Bros., King Royal Circus, Brain Franzen and myself to appear on their show. The show was to focus on dealing with animal activists and their affect on the circus industry. I said I would need some time to think over a decision before appearing on the show.

After landing at Dallas Fort Worth Airport, my cell phone was already letting me know I had received five calls while I was in-flight from Pittsburgh to Dallas. Ah, the modern conveniences of technology. Four of the calls were from "The Montel Show" for me to call as soon as I received the messages. It was clear to me, they must be anxious to do a story. One of the shows producers, who obviously were very much involved in the topic, said they would make any arrangement necessary to get me to New

York, but they needed to film the segment on Monday. I thought great " Here I am in Dallas and I am supposed to go back to Pittsburgh before going back out to the west coast." The producer said they would make all necessary flight arrangements to make sure I could return to Pittsburgh after flying to New York. I thought to myself, I guess they really want to do a fair story by hearing both sides of the long time debate of animals in entertainment.

Before I agreed to do the show I wanted some background on Montel Williams so I could see from what angle he would be covering the subject. I wanted equal time to any animal activist or animal activist group that would also appear on the show. I made it very clear I would be unable to discuss or make any comments about any cases currently in litigation. I mentioned the King Royal case in Albuquerque, New Mexico and Brian Franzen's case in California involving the Humane Society. I specifically stated these cases because I was working on them. I had already testified in the King Royal case and the attorneys representing both clients asked me to refrain from making any statements or comments about the cases.

Over the course of the next twenty- four hours I was told, "The Montel Show" would be willing to accept the conditions I wanted. Otherwise they basically would not have a show. I understood Pat Derby would be appearing on the show to reveal new video footage of Ringling Bros. in Mexico taken by her partner Ed Stewart. Kim Basinger would be on the show talking about her upcoming feature film, "Out of Africa." I did not know the other guests. I was told Ringling had a spokesperson scheduled to appear on the show. King Royal officials declined to appear on advice from legal counsel. Brian Franzen would be appearing via satellite from the west coast. I felt comfortable knowing I was going to be at least given a fair chance to send a message to the viewing public.

The information I had received on Montel was he was a former Navy Seal, a fair individual and basically fought for the values of the little guy. So I thought after hearing

130

this I thought here is a guy that is a talk show host that examines the facts and would see right through Pat Derby, Ed Stewart and their lies.

The meetings in Fort Worth were interesting, but my mind now appeared more focused on the show. I had contacted my boss and he told me not to discuss anything with the Ringling representative at the meeting. The young lady who attended I had met once before but knew very little about her. I also knew people within Feld's Corporation stepped on each other's toes to get higher up the ladder. I also realized anything I might end up saying at the meeting would go straight back to the Governmental Affairs Department of Ringling.

I flew out of Dallas/Ft Worth early Monday morning and arrived in New York around 10:00 am after rush hour. The chauffeur holding a placard with my name on it immediately greeted me at the baggage claim. I am glad it did not say "The Montel Show." The gentleman asked me how many bags I had and he insisted on taking them for me. I was not used to such nice service before, but then again it was part of the TV show's role in making the guests happy.

When I entered the limousine, there were soft drinks available which made it nice. I was never really into drinking and I was smart enough never to have alcohol before an interview. A Diet Pepsi was just what I needed to kick-start the morning. I felt relaxed, but somehow I felt a little alone. As I sat in the back of a limousine by myself with nothing really to prepare I was able to enjoy the beautiful view of New York City. It was a pleasure not having to drive through traffic in New York. In the past, I would always dread driving through New York and Los Angeles the most, because the high volume of traffic at any given time.

When I arrived at the studio, the driver came around to let me out, and there were people looking around to see, who was coming out of this beautiful, huge, white limousine. I have to admit I felt like a celebrity wearing my suit and sunglasses and all of the attention seemed to

focus on me. I offered him a tip which I thought was appropriate and he was appreciative of the gesture. After a minute, the small crowd turned their attention to the black limousine that pulled up behind us. I thought to myself, who could this be and sure enough it was Kim Basinger. She stuck her head in the air as if she was too good to say hello to anyone. I knew her well from other shows I had done and I could not stand her attitude. She acknowledged the crowd and proceeded inside ahead of me. The first thing I heard her say to the receptionist was " why was her limousine smaller than mine." I could not believe what I was hearing, I thought what a big deal, I could have cared less about the size of the limo. But, I guess when you get to be that big of a celebrity; it often goes to your head. The receptionist told me to take an hour to myself and go out for a walk or get a bite to eat. I thought good I don't have to listen to any more complaints from Kim Basinger or whoever else may arrive. I took a nice long walk and grabbed a potato knish from a vendor in a park.

When I arrived back I was quickly shuffled back to the make-up artist. I thought, "Here comes the powder-puff treatment." Actually, it was very relaxing getting ready for the show. I felt as if they were transforming me into a different person. Forty-five minutes later and I was off to the hair stylist. I thought I could get use to this pampering. I also wondered how I was going to look on TV. Would people recognize me? I thought to myself "very funny" a few improvements and I was the next talk show host. The hair stylist was a native Pittsburgher so we had something in common. She spent about thirty minutes fixing my hair. Since my hair was curly, it took less time. I was listening to the ladies talk about how snobbish Kim Basinger was while they made her up. The one lady said she needed an attitude adjustment. The other lady continued on about how nice it was of her husband, Alec to send her flowers.

Next stop was the guestrooms we were assigned. They had little bottles of water and pop and candies to enjoy

132

before going on the set. I felt I was prepared for the show other than knowing the questions Montel was going to ask. I was basically in seclusion knowing that Pat Derby was in another room with her partner, Ed Stewart. Kim Basinger had her own private suite. I passed by Montel's dressing room. As I waited for the taping of the show to begin, a young lady appeared with a huge folder of release forms I could see. I was told to read through the paperwork and sign each page at the bottom and date it. I thought, "Great everything at once and there was hardly anytime to even read this. Why was I not sent these papers in advance?" The associate said this was formality in case anyone decided to sue the producers, guests, or Montel.

When the show began to tape, I was able to hear what each of the guests was saying from my dressing room. There were television monitors in each room. The show began with Montel giving a false impression of what type of abusive life the animals in the circus were forced to endure. I knew from the beginning that Montel was out to do a slam-dunk job on the circus industry. He made Pat Derby and Ed Stewart look like such wonderful people saving animals. When Montel interviewed Kim Basinger, in my opinion, he looked like a sick puppy almost sitting in her lap. Montel even went as far as promoting Basinger's film, "LA Confidential." The film itself turned out to be a success and Basinger did receive an award for her role in the film. However, I made it a point to boycott any film that Kim Basinger and Alec Baldwin starred in.

The segment continued to portray the circus industry as being abusive and cruel to animals. I was called out for the last ten minutes of the show. Upon entering the stage area I was introduced and the audience basically was silent. Montel put me on the spot from the moment I sat down. I immediately made an open invitation to Montel to come behind the scenes with me, to actually witness the care of the animals in the circus. He said perhaps he would see for himself one day. He obviously didn't care one bit about a balanced segment. He proceeded to ask me

he show
going to
at Derby
art. Kim
Montel's
show to
f release
ugh the
date it. I
s hardly
nt these
ormality
uests, or

ar what
ng room.
he show
hat type
rced to
was out
ade Pat
l people
asinger,
t sitting
omoting
turned
ward for
boycott
red in.
ndustry
l out for
he stage
lly was
nt I sat
ontel to
ess the
aps he
n't care
ask me

questions about three on-going cases, which I stated in advance I could not discuss them since they were in litigation. I informed the assignment director in advance I would not in any way discuss cases that were pending in court. Montel did not care once again and he went as far as trashing Ringling Bros. Circus while the audience witnessed everything. I was not even given a fair chance to speak against the animal activist movement. Montel was not interested in showing both sides of the issue. He was strictly looking for controversy showing one point of view. I answered the questions to the best of my ability and left the studio with an autograph picture and a stupid clip magnet advertising Montel. I thought to myself what a jerk Montel was and I was misled to believe he was an honest and fair talk show host. It was my mistake appearing on his show. Montel was not interested in finding out the facts of how animals are cared for in the circus and entertainment industry.

Ringling immediately responded with a letter that was read before the segment aired. They had legal counsel sitting in the studio audience. They also wrote a letter supporting my comments. When the show aired, I was cut down to about two minutes of time and Montel said we would get back to our guest (referring to me) after these commercials. He never did come back to me. The segment ended on a negative note. The last part of the show was all about Kim Basinger and her movie. Circus fans from around the country wrote letters in after the segment aired but the letters were meaningless. The damage had already been done and Montel was not about to apologize for his biased segment.

## CHAPTER TWENTY- TWO
### Key Incidents from Past

Thinking back on one of my first assignments dealing with PeTA and other animal activist groups. I remember attending the PeTA rally in 1990, March for the Animals in Washington, D.C. On that day there were a number of guest speakers, Grace Slick of the Starship (Jefferson Airplane), Christopher Reeves also known for his role as Superman. Reeves was a guest speaker invited by PeTA to speak at the March for Animals. I will never forget his views on animal research. He said he was against any unnecessary animal testing, but if a cure for AIDS could be found through testing on laboratory rats, he would be for it. Reeves was loudly booed by people in the audience and he quickly exited the stage after he spoke. He left the stage without a single applause. I wanted to cheer him on after he spoke so eloquently, but I knew I couldn't and I was filming the event at the time. As much as I disapproved with him speaking at a PeTA function, I was happy he spoke his mind. No one knew at that time, that a tragic fall while horse jumping years later would leave him paralyzed. Now Reeves is confined to a wheelchair for the remainder of his natural life. Every time I get on a

horse now, I think about what happened to Christopher Reeves.

Ringling Bros. has had problems with animal activists in many of the cities they have performed. In 1991, New York activists attempted to disrupt an elephant brunch at 4:00 a.m. in front of Times Square. I remember running through the tunnel to catch up with the elephants as animal activists were stationed in different locations throughout the walk. I thought only in New York, would people be crazy enough to be up all night. But then again New York has always been referred to as "the city that never sleeps." The reception for the elephants was great, but it also caused animal activists to get upset and police had to set up barricades and use yellow police tape to keep the activists away from the area.

In Washington, D.C., April 1993, PeTA had their people follow Ringling Bros. Circus, as they arrived from the railroad tracks to the D.C. Armory. The activists screamed and hollered at the animals and animal handlers the entire parade route. At the time, there were sparse crowds and most of the people just thought it was part of a comedy act. The activists were dressed in black and white striped prison outfits with a ball in chain attached to their feet. They wore elephant masks and looked ridiculous. I took pictures of them and when they arrived at the D.C. Armory they were stopped by the D.C. Metro Police and arrested. There was no media coverage of this incident. The animal activists were arrested right before they entered the area where the animals were housed. They did not get the publicity they anticipated. The Washington Humane Society, another PeTA group had a girl walking with a badge as if she was someone, who was a law enforcement officer. I was quick to point this out to the circus personnel and the police. She carried a notepad along with her camera. I was familiar with the Washington Humane Society, they were involved in stealing animals from a school and the animals were killed. PeTA was very quick to support this action years earlier. The Washington Times did a detailed story on

136

this years ago referring to PeTA as "People for the Unethical Treatment of Animals.

Fortunately, through my experience in dealing with animal activist groups, I am familiar with many of their tactics. In the past, people in the circus have respected individuals with badges and certain people have been able to gain access to certain sites. This was PeTA's objective in this case. Anytime the opportunity existed for PeTA to get a picture or video of animals, they would add their own commentary and infer there was cruelty or abuse. PeTA has been successful over the years in getting their own people into humane societies and then targeting circuses and entertainment acts inspected by certain humane societies, who were given authority in different cities.

When I went to the police station to find out the two girls names that were arrested I did not receive much cooperation. I did find out their names and I found out PeTA paid their bail. I was also told that more than likely it would only be a fifty-dollar fine and the charges were only for trespassing and failing to have a parade permit. I learned that PeTA was not as dumb as I thought. It only costs them a few bucks to get their message across. This time they did not get the media's attention they were counting on. Usually when they get arrested they get press coverage. The goals of PeTA are simple when it comes to the news. The more news you are able to get, the more you get your name our there and the more donations you get for your cause. This is sad, but quite true.

In Pittsburgh, Oct 1993, animal activists from the group Animal Advocates, stuck a video camera in the face of a zebra and a couple of the zebras and horses ran during the animal walk up a hillside toward the railroad tracks. I took pictures of the incident and of the individuals, who were well known PeTA members. It helped knowing that the women involved were well known by some circus supporters in Pittsburgh. The animals were caught without any injuries to the animals or spectators, but the picture on the front page of the

Pittsburgh Post showed the animals getting loose and the caption read " Animals Run Wild in the Streets" which was misleading to the public. It should have read "Animal Activists Disrupt Animal Walk" along with a picture of the two women provoking the incident.

Ringling was not immune from terrorist actions. Things were always covered up and kept from the press. For instance in Austin, Texas in 1994, Animal Rights Kinship and Campus Animal Rights Activists members followed the animals from the railroad tracks to the Frank Irwin Center hoping to disrupt the walk. They ran back and forth in front of the elephants trying to startle the animals. Anyone that has worked around animals before know that animals do not like to be provoked and will get upset. I followed the activists with a video camera in case there was an incident. Several times I thought about tackling the activists as they crossed in front of the animals, but I knew I could not expose myself in that manner. The animals made it safely that day in extremely hot weather and nothing happened.

Later that night, a suspicious package was left in the elephant tent. A bomb threat had been called in and the bomb squad was called to remove the package. The animals were taken out of the tent at two o'clock in the morning. The package was removed and when it was determined the box did not contain a bomb it was opened in a safe location. A letter inside said the next bomb would be real. The media was not alerted because then again if the public knew about such threats it may hurt ticket sales.

A similar incident occurred at a Ted Nugent concert in San Antonio earlier that year. A package was left in a bathroom stall with the words on the outside "This is a Bomb." News spread quickly and security had to be beefed up for the remainder of the tour. Threats had been made to Ted Nugent because of his outspoken comments against the animal extremists. Ted is a highly respected outdoorsman and bow hunter. He is a great guitarist and entertainer. Nugent is also a family man, at the same

138

time a role model for other bow hunters. The problem  PeTA has with Nugent is he knows what he is talking about and it scares them. Nugent has meetings in every town he plays and is a great motivational speaker, who also puts on one heck of a shooting display.

In New York the following year, animal activists spray painted the Ringling trains. The graffiti littered several train cars and they had to be repainted in New York before the circus left town.

In late 1994, after Tyke died in Honolulu, Hawaii. Animal activists threatened Honolulu City Council members at a city council hearing and held a vigil outside of City Hall.

A list of incidents are often published and taken credit for by ALF. Their website usually lists the date of action and short excerpt about the criminal act. Members of groups affiliated with PeTA often create these incidents. I could write a book alone on worldwide acts of terrorism against the use of animals in the entertainment industry. Many of the websites list specific acts of violence, which the activist groups proudly display in their news releases.

oblem
alking
every
, who

spray
veral
York

awaii.
uncil
tside

redit
ction
rs of
ts. I
rism
stry.
hich
ses.

## CHAPTER TWENTY-THREE
## Who is Running the USDA?

In January of 1997, I had just finished speaking at the Circus Producers meeting in Sarasota, Florida. Once again I was trying to retain their services.

I was very upset about the Circus Producers Association failing to abide by an agreement with me the year before. They failed to follow through on a contract and I never received payment for my services. The CPA was an organization that was composed of 28 circuses. They meet once a year for a fancy luncheon at the Sarasota Hyatt to talk over problems and insurance policies. From what I had seen, most of the circus producers and owners were big talkers, but were not people of action. They had agreed with me in 1996 to set up the Animal Care Association to represent them regarding legal problems, certification, lobbying on animal issues that affected their businesses, and dealing with the animal activist propaganda.

Somehow I was not surprised that Ringling Bros. did not want to associate with this group. As much as I felt sorry for CPA regarding specific problems, the majority of them were cheapskates. I had put together a set of

140

guidelines in 1996 called the Animal Care Manifesto, which was well developed and actually received the support of the USDA. I was pleased with the outcome and it was a start in the right direction. It was the first step in a long process that would ensure that members of the organization and industry would be able to say, there were specific guidelines and regulations. I covered all the bases regarding animal care. I had met two times in 1996 with the Acting Deputy Administrator of the USDA, W. Ron DeHaven to discuss circuses playing an active role in setting up regulations in cooperation with the USDA. George Hamid, who was then President of the CPA assured me of financial support from the organization. After receiving an initial check for $5000 the CPA reneged on the agreement. I was stuck once again with paying my own costs.

There were a few circuses from the organization that retained my services on an individual basis and were faithful to me. I figured one day, when the others woke up it would be too late and no one would be there to save them. I had sent letter after letter to each circus informing them of my work and the future problems they would encounter. I had an excellent track record defeating proposed bans against exotic animals performing in the United States and Canada. I had won at this point 64 battles and only lost, Langley, BC, Yarmouth, Nova Scotia, and Quincy, MA. The challenge of the by-law in Hollywood, Florida went as far as the Fourth District Court of Appeals before the case was denied. There was no written opinion, by the Judge, so there could be no further appeals. No one else across the country could boast about such a successful record. The animal activists had hated me with a passion. The circus industry, which I thought would embrace me, looked for handouts. It did leave me bitter, but I continued to work on Ringling's Bros. behalf. The sad thing about the situation was Ringling let everyone take a ride on their back for so long, the other circuses got use to it.

There were always problems and everyone would be left to fight them on their own. I had done so much work in the past for the CPA and many of the circuses just did not care.

Well I figured it was time to look for clients elsewhere. Before I left the CPA meeting disgusted. I asked if anyone had any problems. No one said anything as I looked around the room. I was told the CPA would discuss what I proposed to them and give me an answer about retaining my services.

As I left the meeting, John Walker of Walker Bros. Circus approached me in the hallway of the Hyatt. John Walker said he did not want to discuss his personal business in front of the other owners and producers. Walker stated he was facing charges by the USDA for violations of the Animal Welfare Act. He wanted to know if I could help him with the problems. He said they were minor, but he was in danger of having his license suspended and if his sponsors found out, it would ruin his season.

I met Walker the next day at his home. He showed me certified copies of complaints by the USDA and his failure to answer the complaints. Walker said he had been out on the road and just tossed them in the drawer when the papers arrived. I thought this is just great, I did not feel like bailing any circus out at this time after their poor attitude. Walker asked me in a nice enough way and I had always thought of John Walker as being a good guy, who was just trying to make a living. I had heard many crazy stories about him, when he worked for Ringling Bros. I knew Walker was very good around the elephants and I respected that about him.

I agreed to help John Walker answer the complaints against him. The first thing I told Walker was I was not an attorney and he needed to take my written work to an attorney to make sure I answered the allegations properly and all of the legal language was appropriate.

I sat around with John Walker and I asked for the documentation the USDA requested for in their

142

complaint. Walker dug through drawers and slowly provided me with all the documentation. I asked him, "Why did you let this complaint go unanswered for so long when you had everything requested in your possession?" He said he did not know where everything was kept and he did not have the time to mess with it. I found everything I needed from the exhibitor's license, records, veterinary care reports and records for all the animals. The offenses were serious enough to warrant a suspension of Walker's license to exhibit exotic animals.

After we gathered up the information that was needed to type a response. I thought it would also be wise to write a letter and attach it to the Production of Documents. The typewriter Walker had was broken. So off we went to Kinko's. I must have been familiar with every Kinko's store across the nation. I ended up typing the entire answer to the complaint. I was worried that he may still have his license suspended since he had missed deadlines on providing the proper documents to the USDA.

I wrote the response and was quite pleased with it. I explained to John Walker, to get my information to an attorney so he could retype the letter in its proper format and protect Walker's USDA license. I told John it was pretty much a given, he was going to pay a fine. The government will usually compromise with you, if you are willing to settle right away. They basically just want your money.

After I finished three hours later, I instructed Walker to take the answer to the complaint along with copies of the Production of Documents to his attorney. I also stated to have the response notarized to show it was a true and correct copy.

Walker took the response and I called him a couple days later and he told me he mailed the response. I asked him what did his attorney think of the response. Walker said he did not have the time to have his written response reviewed by an attorney. John just had the document notarized and he put it in the mail. I could not believe he sent in my written response into the USDA without

having an attorney review it. I said to Walker, "Don't be surprised if it is returned or marked refused." I knew the last letter he received indicated his license would be suspended in March for 90 days. Now he was sending in my typed up legal response without even consulting with an attorney. The busiest time of the year for circuses was April, May and June. Walker knew this too. He would be out of business if he lost his sponsors. No sponsor was going to support a circus after having its license suspended.

I had originally told Walker, he would probably get a letter back after his attorney sent everything in. I told Walker, the least he could expect was a fine of $ 2500 - $5000 for any type of settlement. The USDA called Walker after he faxed a copy of the response to the main office in addition to mailing the response. A young lady asked Walker if that information he sent was his response. Walker contacted me by phone and asked me "Is that my Response?" I said, "Yes" and he did not hear anything back from the USDA. Walker called me about a month later saying he was getting set to go out on the road for the season and he said, "Thanks" for my help.

The funny thing about the response was the USDA accepted it and did not levy a suspension or a fine on the Walker Bros. Circus. "These charges were very serious," said Ron DeHaven. Then next time I heard from John Walker was when he called to tell me his season was over and it was a good year. When I think back on this case, I realize the USDA handles every situation differently.

## CHAPTER TWENTY-FOUR
## Circus Vargas – PeTA's Next Target

In 1997, PeTA and their sub groups, Education and Action for Animals, Orange County People for Animals, Jihad, and ALF were protesting Circus Vargas. Circus Vargas primarily played in California throughout the season. Circus Vargas became a major target after the death of two elephants, Joyce and Hattie. The elephants died from tuberculosis and gathered much unwanted attention through the press and media. The animal activists went on a fundraising campaign based upon these unfortunate deaths. The members of the various animal activist groups protested the circus clear across Southern California A few individuals went from one community to the next, creating havoc for the circus. The activists used profanities and lied to patrons of the circus about the conditions of the animals. The animal activists made allegations of abuse and serious threats about harming members of the circus. This included the circus personnel and the animals.

The first incident involved arson. There were a few key individuals who were also involved in attempting to burn down the circus. Shane Irvin and his friend Colin, (who

145

spoke with a strong English accent) were associated with ALF. They were accused of setting fires at St Mary's school, but never charged by the ATF for the arson. The elephant trailer was set on fire and four other explosive devices were found, but never ignited. Someone attempted to light the wicks, but they did not go off. I took pictures of the burnt trailer, which was parked right next to a family with an infant and toddler. The sad thing about animal extremists is their attitude about injuring or killing innocent people. To quote their infamous leader Alex Pacheco " Property crime, destruction of property are acceptable crimes." A witness arriving home at 5:00 a.m. from a date saw three men fleeing from the trailers as the elephant trailer began to burn. The witness was scared, but she gave descriptions of individuals involved in the incident. Again PeTA denied responsibility, but was quick to put down the circus as being cruel and inhumane. It is my belief that the PeTA leader in Southern California at the time, Jane Garrison organized the group. Garrison was hired to specifically target the circus on the west coast. She organized a local group called Orange County People for Animals and ran PeTA's operations through it. Garrison who was the coordinator is a very attractive young lady. I realized that after the first time I saw her and watched how she organized her individuals, that she was a pawn. However; that is what PeTA obviously had in mind for her. Anytime there was anything related to elephants, Garrison would add her two cents and I would see her comments in the paper. Irvin was arrested a several months later involving dumping chemicals on a roadway from a truck. His was trying to overturn a meat packing truck going to a Carl Jrs. restaurant in Orange County.

In Huntington Beach on July 28, 1997 Jane Garrison was involved in a shoving match with the owners of Circus Vargas and initial charges were filed against all three. Garrison was charged with assault and battery, but later the charges were dropped after the District Attorney's office determined there was insufficient

146

evidence. The same charges were dropped against the owners. It was obvious that Garrison was very upset over the initial arrest and was worried how it would affect her credibility among the press as a campaign coordinator and spokesperson for PeTA. After the protest I read in the one newspaper, Jane Garrison was a volunteer for Orange County People for Animals and then in another independent paper, Garrison was listed as the campaign coordinator for PeTA.

In the same location two activists attempted to lock themselves to the gate entrance in front of the circus. They sat down and blocked the outside exit to the circus. A male and female activist had krypton bicycle locks around their necks and attempted put them around the fence post and lock them to the entrance/exit of the circus. As I saw the incident unfolding I ran behind the fence and from the inside I grabbed the locks quickly and held the two activists from behind the fence. I was given permission by the circus to be on their lot and I grabbed the bicycle locks as they were screaming and still trying to close the locks around the fence. Immediately, two police officers came over and grabbed them and arrested them. I held the video camera in my hand and managed to hold them at the same time I videotaped them. One of the officers then instructed me to tell them they were under arrest. I spoke in a loud tone to the two animal activists and said, "You're under arrest!" The one activist, Jonathan Strand, started screaming "animal abuse" as he was carried off with the lock still locked around his neck. Across his back was a tattoo that said " Straight Edges." It was bold and done in fancy lettering. Strand was over eighteen, so he was taken to the adult detention center. The girl screamed, "You're hurting me!" to the police officers, as she was led out in handcuffs. This was all part of PeTA's act and the officers were not buying it. She kicked at one of the officers and screamed again, "They're beating me." She wore a black shirt that said "Got Soy Milk" and was wearing jeans. She was a minor and refused to give her name to police as she was placed in the

car. The officers listed her as "Jane Doe" on the police report. One thing that is very interesting, PeTA instructs individuals who plan on getting arrested, or could possibly get arrested while demonstrating —not to carry any ID and not to give their names. This is all part of how things are set up. Individuals in advance are picked or designated to commit acts of civil disobedience. This case is similar to others in PeTA's attempt to get publicity. Again there was no coverage in the press and I felt as if I had done a good job. There would be more protests in the ensuing weeks, but PeTA made their next target the police.

We were well prepared in Hawthorne, California for the animal activists. Jane Garrison did her press release stating there would be a hundred people demonstrating against the circus. The circus was in a section of town that was predominately Hispanic. It was a family oriented crowd, who could have cared less about the animal activists. The circus in the past had always enjoyed large crowds in Hawthorne and tonight was no exception. The mood was festive and the animal activists were there as usual, an hour before the show.

Tonight they brought a guest, Alex Pacheco. He was dressed like the other members of the group, but he was not as vocal. I knew he was living in Southern California, but this was the first time, he had made an appearance at a demonstration for Circus Vargas. He recognized me and probably wondered what I was doing there too. Jane Garrison was still the organizer of the protests, but somehow I had the feeling she was Pacheco's understudy. There were fifty animal activists in attendance and they were loud and obnoxious. Many of them were the same individuals that attended protests in Huntington Beach.

Shane Irvin came to the protest with a specific purpose in mind. He grew impatient with circus patrons passing him by without acknowledging his presence. Irvin came onto the circus property a couple of times and was instructed to get off. He singled out one police officer built like a football player. Officer Michael Shimkus had

148

previously warned Irvin three times to stay on the sidewalk and off the private property and Irvin got right up in Officer Shimkus's face and taunted him. Irvin said, "What are you going to do about it, Pig?" Officer Shimkus said to Irvin that he was going to "throw his fat ass back on the sidewalk and he would be embarrassed with all his friends seeing this happen." Irvin continued challenging the officer's authority. The next thing I knew as I continued videotaping the protest and I stood next to the officer, Irvin made another comment to the officer. Irvin picked on the wrong guy that evening. Shimkus physically threw Irvin off the property and immediately Irvin and his cohorts accused the officer of assault and battery. They left after a couple minutes and said they were going "to file charges" against the officer. A few minutes later another patrol car arrived and the officers discussed the situation.

My film was taken and given to Sergeant Larry Boe of the Hawthorn Police Department. I was upset because I had only one copy and now they were going to keep my tape as evidence. I was not even thinking at the time of selling the video to a TV show. I figured someday if I ever had to testify before Congress or the Senate, I would truthfully be able to say I witnessed animal activists targeting the police as well as the circuses.

I gave a written statement to the Police Department and explained how Irvin had pulled this stunt before and should have been arrested. It was unfortunate that Officer Shimkus did not just arrest Irvin after he disobeyed a police officer not only once, but three times. The officer had the authority to arrest Irvin, but set himself up for a possible civil action lawsuit. Knowing how the animal activists work, this is exactly what they wanted. I explained to the officers that problems existed in the previous town with the same people. I told the officers what happened in Huntington Beach.

In Huntington Beach, one activist tried charging me with pushing his camera out of the way and he went as far as to press charges against me. I was upset because he

lied and decided I would press counter charges against the same person for hitting me with his sign. As the officer filled out the citation, I said I was pressing charges against the other guy. The young activist cried about it and as the tears began to flow, he asked the officer if there was anything he could do. He said he was a high school student and his parents would be furious with him for getting arrested. The officer said he would have to talk to me about dropping the charges. I knew the teenager was worried and he approached me looking teary-eyed and upset and he asked, "Would I be willing to drop the charges." He said he would drop the charges against me also. I decided I was going to make him wait a little while and said, "I would think about it." I waited until the end of the evening and he came back over and I said to the officer to drop the charges. The charges were also dropped against me. The police in Huntington Beach had enough paperwork to fill out regarding all of the problems that occurred there.

The police in Hawthorn California said they would be going after Shane Irvin for falsifying a police report after the matter was resolved. Irvin and his partner, Craig Archer were members of the Anaheim based animal activist group, Jihad.

After this incident, the animal activists actually grew smaller in numbers and many of the people I saw at other protests were different. The activists were happy to get the press they wanted, but now they were still upset because local politicians did not like them. The animal activists fought at City Council to prevent the Circus from obtaining a permit to perform with exotic animals. However, the circus prevailed at the public city council meeting.

## CHAPTER TWENTY- FIVE
## The King Royal Circus Story

The first time I met the Davenports, I looked at them as a family that grew up in the circus industry, just trying to keep a show on the road. In the circus business, it takes a lot of family to keep the circus going strong. The traditional tented circus usually needed to hire many individuals, some of whom were not always dependable.

I learned that the circus industry is very competitive from the start of the season. Many of the smaller circuses would cross paths during the spring and summer months. Sometimes they would play as close as fifteen miles apart from one another. This made things even more difficult to draw a straw house, which was circus lingo for a full house.

In 1994, King Royal Circus was like any other circus with the exception they were traveling with a baby elephant, Mickey. As far as attendance goes, baby elephants are definitely a drawing point. The elephant handler, Bela Tabek, had come to this country from Hungary and was brought over by the Ringling Bros. Circus. He was an experienced animal handler, who was considered a respectable man.

The circus played in Lebanon, Oregon, Unfortunately, King Royal Circus was not prepared for what happened next. The elephant was young and probably should not have performed in front of the audience. The elephant was eager to please, but Bela in front of the crowd kept using his ankus in a way that was questionable. Young elephants, if you have ever been around them do emit high pitch sounds and a squeal is not uncommon. However, in this case, the elephant was upset and Bela appeared to have problems working with him this day. I cannot honestly say what the problem was in Lebanon, but the people were upset the way the elephants appeared to squeal. The elephant was definitely irritated and wanted to leave the ring. Bela used what force he felt was necessary to keep the elephant from running out of the tent.

Shortly after the show ended, the police showed up with the local humane society. Bela was arrested and charged with cruelty toward animals. He was given a court date and the video shot by a circus patron was shown across the country. I happened to be in Portland, Oregon at the time doing work for Ringling Bros. and organizing a counter demonstration. It was a six-hour drive to Lebanon, Oregon, but I was instructed to leave early in the morning and find out what happened. Word spread quickly among the circus industry and soon everyone knew PAWS and Pat Derby were inferring that this was a common problem among circuses. Ringling had Romeo and Juliet, two juvenile elephants on their show. Gunther Gebel Williams was in charge and no one told him how to handle elephants.

I arrived in Lebanon, Oregon after a very long drive. The first person I saw was Bobby Gibbs, a well-known circus personality. Gibbs always had stories to tell and was never at a loss for words. I found him to be humorous, but sometimes his jokes went a little too far. The media has a way at times of taking statements that are said in jest and turning them into stories.

152

The Crusaders, a tabloid television show had been following King Royal Circus for quite awhile along with their guide, Pat Derby. On one such episode, the television crew and their interviewers knocked on Bobby Gibb's trailer door. When he answered, they asked him "how much does an elephant cost" and would he be willing to sell them the elephant. He said he would sell it for $75,000 jokingly, but the show actually took him seriously. The elephant was not his and it was not for sale. While people in the circus industry realize the value of an elephant and the fact they are very expensive to maintain, the general public was misled by the interview. But then again that was the intention of the show. The Crusaders show was a take off from Current Affair and Inside Edition, but it was rather poorly done. The show was very biased and told stories which were greatly sensationalized. I was quite pleased when the show went off the air due to poor ratings.

The USDA was contacted and after they received a complaint, there was an investigation. The investigation focused on the baby elephant and whether or not it was handled properly. The final determination was made to revoke Bela Tabek's USDA exhibitor's license for the next five years. What was unfair about this case was the fact Tabek's English was not very good and he said the wrong things to the press. The media does have a major influence on the USDA. In this case, the USDA did find Tabek guilty of the alleged charges.

When I returned to the Ringling show in Portland, Oregon later that evening, I promised not to discuss anything I witnessed with any members of Ringling. If I said anything about the situation the story would be different when it reached the other shows. I did take pictures of the elephant and I wrote an ethics report for the Elephant Manager's Association.

The Crusaders camera crew was still trying to get in to see the elephant when I left Lebanon, Oregon. The people involved with that show were pathetic and reluctant to leave the area. Security actually had to guard the

153

elephant area from the reporters working for the Crusaders TV show.

## CHAPTER TWENTY- SIX
## Animal Extremists Target the Circus

After the Tyke case, things heated up in 1995 and 1996. Cities and municipalities around the country were being pressured by animal activists to ban the circus.

Threats were made to sponsors, Shriners, businesses, city counselors, and communities by animal extremists.

While working in Highwood, Illinois, a suburb of Chicago, reinforcements were called in to handle some of the problems for King Royal Circus. David Portella, a licensed private investigator was hired to assist me with the animal activists in Highwood, Ill. Mr. Portella is an imposing figure, easy going, but tough. He knew what was necessary to assist officers in the arrest of two animal extremists, who attempted to create a mob scene. The two were arrested for trespassing and mob action. We knew there would be problems in advance. Illinois is a hotbed for animal activists. Chicago was a tough city and activists were not afraid to make threats to circus personnel, sponsors or circus patrons. I spent many hours on the phone with the sponsors prior to the circus performing there. Big Dave as he is referred to was instrumental in preventing further incidents from

occurring there as well as other venues 1997, two days
videotaped the activists and the fear of g have to cover
doing something illegal obviously scared them." was afraid

In Naperville, Illinois, similar problems occurricials as
the Kelly Miller Circus. The same activists led by Ltivist
Leahy of the Illinois Action for Animals, another PeT.
subgroup. The group targeted the Jaycees and said they
would boycott businesses owned by the circus committee.
Other threats were made as well. Leahy later became
PeTA's next spokeswoman dealing with animals in
entertainment.

The same group also targeted several animal handlers,
who gave elephant rides in Illinois. A police officer went to
ride the elephant with her family and ended up arresting
and charging animal activists with harassment. Malicious
lies were printed in pamphlets handed out by the animal
activists. Animal activists went as far to say people riding
elephants were exposing themselves to the risk of getting
tuberculosis. Several reports made by animal activist
groups were full of misinformation about tuberculosis.
Mike Dunn, Assistant Secretary of Agriculture made a
foolish statement to Current Affair, that people could get
tuberculosis from an elephant. After I asked the USDA
spokesperson, Jamie Rodgers (in front of a group of over a
hundred people) why Mr. Dunn would make such a
inaccurate statement and not give a retraction. Rodgers
answer was surprisingly, not in denial. He said, "Well,
you know how the tabloids are, no one pays much
attention to them." I quickly responded by saying the
statement did much more harm than good, because now
the animal activists are printing the statement in their
brochures as being factual and Assistant Secretary of
Agriculture Mike Dunn's name is attached.

## CHAPTER TWENTY- SEVEN
## City Of Albuquerque vs. King Royal Circus
## Part I - The Untold Story



This a factual account of how King Royal Circus and its employees have become the victims in a case involving the unfortunate death of a member of their family, Heather an African elephant. She died on August 6, 1997.

When I first took on this case, I knew there would be controversy surrounding this case because of the publicity involving elephants. There are always two sides to every story. There is the truth and what people actually believe as the truth. This case posed two major problems from the beginning. The first problem was the circumstances surrounding the death of the elephant. Could it have been avoided? The other involved my credibility as an expert witness. I had worked within the circus industry and around elephants for seven years and was knowledgeable about elephant care. In 1993, I had the opportunity to do an extensive study on elephants with Circus Knie and Circus Krone in Europe. I had learned that in Europe, their elephant care was much more advanced than in the United States.

I arrived in Albuquerque August 8, 1997, two days after the incident occurred. I knew I would have to cover all of the bases within a short period of time. I was afraid of the evidence being tampered with by city officials as well as anyone within the circus industry or any activist group with their own motives.

Benjamin Davenport, 23 years old, who is the son of John Davenport, (owner of the Circus) was transporting three elephants and eight llamas en-route to Texas from Dillon, Colorado. Benjamin was advised by both Dr. Glenn Tate and his father, John Davenport to transport all of the animals back to Texas. This was suggested after Heather, an African elephant had experienced some diarrhea and a lack of appetite. The other female elephants, Donna, (African elephant) and Irene, (Asian Elephant) showed no signs of illness. Heather's symptoms improved when Benjamin Davenport had changed her diet after conversations with his veterinarian, Dr. Tate and his father. However, it was in the best interests of the animals to bring them back to Texas to have them examined by Dr. Tate.

John Davenport made arrangements with John Bolin, a circus employee and cousin of Benjamin to fly to Albuquerque, New Mexico to help drive the trailer back to Texas. The first concern of the Davenport family was to make sure the animals were given the best possible care. The quicker the elephant was transported back to Texas, where Dr. Tate, a specialist in exotic animal care could physically check the elephant and other animals.

Just outside of Albuquerque, N.M., Benjamin Davenport and his groom, John Davis, (who traveled with the animals) stopped to water the animals. It was there at a rest stop where Benjamin had noticed Heather was laying down motionless. He realized she had died. Benjamin knew then there was nothing he could physically do about the situation. Davenport proceeded to the airport to pick up his relief driver, John Bolin as instructed. The only proper thing to do at this point was to return to Texas and let Dr. Glenn Tate do a necropsy

158

on the elephant to determine the cause of death and give the elephant a proper burial. Unfortunately because of the size of the trailer, Benjamin could not drive through the airport to pick up John Bolin, so he parked adjacent to the airport across in the Wyndham Hotel parking lot. John Davis remained with the trailer.

Shortly, after Benjamin left the trailer, police officers on bicycles approached John Davis and started questioning him about the contents of the trailer. The officers wanted to know why he was parked there. John Davis, 19, was cautious at the time because he did not feel comfortable with the police officers line of questioning. John Davis said his boss, Ben Davenport would be back in a few minutes and he could talk to them. The officers continued to ask John Davis what was inside the trailer? Davis was told to open the doors, which he refused. Within fifteen minutes, Benjamin Davenport came back to the trailer with John Bolin. Davenport was questioned and asked to open up the trailer. Benjamin explained that he felt it would be unwise to let the animals out into a public parking lot. The officers were persistent and one of the officers jumped onto the hitch of the trailer to look through the vent, near the front of the trailer. He claimed he saw a horse looking at him, but he could not see anything else (as testified in court). The officers demanded the trailer be opened. What the officer viewed was a llama. There was no probable cause to demand the trailer to be opened after being told animals were in there.

The three police officers, in my opinion violated Benjamin Davenport, John Davis, John Bolins, and King Royal Circus's fourth amendment rights (search and seizure). No criminal act was committed and no laws were broken.

Circus employees Benjamin Davenport, and John Davis were placed under arrest and the animals were confiscated by the City of Albuquerque. At this point other members of the city became involved. Robert Hillman, a representative from animal control, Ray

Darnell, the zoo director, and assistant zoo director, Kent Newton were present. The animals and the circus employees were placed in the Biological Park owned by the City of Albuquerque.

The keys to their truck were taken, and a makeshift fence was put up to keep the three of them from leaving. Security was placed outside of the fence and in a building outside of the bio-park. The security monitored people coming and going. The three individuals were told to report to the security guard when they wanted to leave to obtain food.

The employees of the circus were not provided shelter, food, or a decent bathroom. The three employees of King Royal Circus were given a hose by the zoo to shower with. A port-a-john was provided down a dirt road in the bio-park. Benjamin, John B., and John D. slept in sleeping bags next to the elephants and llamas. Sometimes, they had to sleep in the rain. The City of Albuquerque violated all three individuals' civil rights.

Judge Susan Conway declared the temporary restraining order invalid at the preliminary hearing. The judge granted temporary custody of the animals to the city. When questioned on the witness stand by the defense attorney Ron Koch, Gregg Wheeler (Assistant City Attorney) indicated that the reason he did not fill out the temporary restraining order properly was because, " he was in a hurry." This was totally unacceptable for a city employee. After listening to Wheeler make this statement, I saw Mr. Koch look at the judge and no further comments were made.

Dr. Denise Sofranko, USDA inspector testified about the conditions of the elephants as well as violations of the animal welfare act. Dr. Sofranko had very little knowledge about the care the elephants received and her background indicated she knew nothing about the skin of an African or Asian elephant. It was an embarrassment for the USDA to have staff under oath make up information about the condition of the animals. Furthermore, Dr. Sofranko stated, "Circuses routinely oil

160

their elephants to hide scars and scratches before a performance." This is not true and what made it even more embarrassing was no retraction was ever given from the USDA about the testimony.

While we viewed the elephants at the bio-park, Dr. Sofranko made several comments to Judge Conway as they viewed the elephants. These comments in my opinion were unprofessional and definitely helped influence the Judge in her decision to award temporary custody of the animals to the City of Albuquerque.

When we returned to the courthouse, Benjamin Davenport was served with a subpoena in the court indicating he was being charged with eleven counts of abuse-one count of abuse for each animal. He was facing a maximum penalty of eleven years in jail.

Dr. Tilstad, a New Mexico State veterinarian, did the necropsy on Heather. Dr. Brett Snyder, DVM of the Albuquerque Biological Parks and Zoo, assisted Dr. Tilstad. The necropsy revealed the official cause of death was salmonella colitis. The results were conclusive; it was determined that the elephant was in good nutritional health according to Dr. Tilstad's postmortem comments. Salmonella is a bacteria that the elephants could have picked up in any location.

At the conclusion of the preliminary hearing, Judge Conway made inappropriate comments to the media by comparing the abuse of children by adults to the abuse of elephants by its caretakers. These comments were printed in the paper. The Judge should have based her opinion on points of law, not unwarranted commentary.

On Thursday, August 14, Judge Conway extended temporary custody to the City of Albuquerque for ten more days.

The case has raised a number of questions regarding how the city officials handled the situation and how the media portrayed the circus and it's employees as guilty in the unfortunate death of an African elephant. Heather was also a valued member of the Davenport family.

There were still many issues to resolve if and when this case would go to court. From a legal standpoint, a substantial judgment should be levied against the city for false arrest, false imprisonment, malicious prosecution, libel, slander, loss of potential income, defamation of character, and violations of the circuses' and it's employee's civil rights

Unfortunately, politics played a key role in granting temporary custody to the City of Albuquerque, where the animals remained for the time being.

Eventually, the remaining animals were moved from the bio-park to the Rio Grande Zoo, where they were to undergo health inspections. Donna, the other female African elephant had tests which indicated salmonella. In cooperation with the circus veterinarian, Dr Tate and Dr. Snyder, the zoo veterinarian, the elephant was undergoing treatment and seemed to be responding well. The Asian female, thirty-year old, Irene has been tested and appears to be a carrier of salmonella, but was not showing any symptoms at the time.

The next step was to meet with the arbitrator assigned to listen to both sides to try and reach a fair settlement in the case. At the same time the USDA scheduled an Administrative Hearing based upon pressure from animal activist groups and city officials.



## CHAPTER TWENTY- EIGHT
## Part II - The Preliminary Hearing

This unusual case took another interesting turn. The government decided to schedule an immediate hearing to revoke King Royal Circus's license to own or perform with exotic animals. The circuses' USDA exhibitor's license had already been suspended after the incident.

At the preliminary hearing, there were many lies told to cover up the city's mistakes.

Since the case was very emotional it was sure to attract national attention. The first witness, Officer John Guilmette testified he had been assigned with two other officers to patrol the area on their bicycles. The three officers had noticed a trailer in the parking lot of the Wyndham Hotel. It appeared to be rocking back and forth. The officers approached the trailer and one of them said, " that nothing with a heartbeat could be in there" as he referred to the trailer.

The officer stated protocol was followed. The officers arrived on the scene at 6:45 p.m. and Ben Davenport arrived 15 – 20 minutes later. No warrant was obtained. One officer claimed he had to physically jump up on the vehicle.

1

Case 1:07-cv-01532-EGS   Document 184-10   Filed 12/02/13   Page 167 of 242

163

The officer also claimed he knew nothing about transportation laws or transportation of animals. The officer was not familiar with USDA requirements. The officers made observations. One officer claimed heat was emanating from the trailer. Officer Guilmette claimed he was concerned about the heat. He was not sure if it was safe to open up the trailer doors.

The third officer at the scene, Officer John Corvino climbed up onto the truck and said he thought there were ponies in the trailer when he looked into the vent as he looked from on top of the truck. He did not know they were llamas.

As the officers stood around with the other city officials the animals were kept in the trailer for 3-4 hours at the Wyndham Hotel. The temperature was never taken.

When Attorney Koch questioned about the expectation of privacy, Officer Guilmette said he did not feel he needed a warrant. The officer claimed there was extreme heat coming from the trailer and the officer acted on the advice of the people handling animals.

Ironically, the zoological society was holding it's meeting at the Wyndham Hotel. The Director of the zoo was there along with other city officials.

The second witness, Jack Silva, an animal control officer, was called to the scene by police officers. Silva has worked for the city as animal control officer for fifteen years. He looked at conditions inside the trailer and said the temperature inside was at least 94 degrees. Silva stated he examined the animals inside the trailer. A citation was then issued by Silva to Ben Davenport for Cruelty to Animals.

Assistant City Attorney admitted the citation as Exhibit # 2. This was basically the reason given for detaining the animals and King Royal employees, John Davis and Ben Davenport.

The third witness was Ray Darnell, Director of the Albuquerque Biological Park. He gave his job description

164

and his resume. He oversees the Rio Grande Zoo conservation and recreation.

Darnell explained he was at the Wyndham Hotel for an annual zoological meeting. He thought it was a joke when an officer came in and said there were elephants in the parking lot. He had thought one elephant was sick when he came out of the hotel to the trailer. It was 8:00 p.m. and it was fairly dark, he needed a flashlight to see the animals. He did not see the llamas.

Ray Darnell said he was concerned about the ventilation and his estimation on the size of the truck was 40 feet in length and 8 feet wide. He also said he did not feel the type of trailer being used was proper to haul exotic animals.

The focus then turned to where were they going to take the animals. The zoo was ruled out and the state fairgrounds was discussed because they were able to house livestock. The New Mexico State fairgrounds were ruled out because of a 4H show and other domestic livestock were already there. The next area suggested was San Gabriel Park and the vehicle was towed there.

At 11:30 p.m. the temperature was between 65-68 degrees and very windy according to Ray Darnell. Dr. Snyder said they should provide feed for the handlers. Security was then instructed to take the keys from Ben Davenport. The animals were unloaded later that night. A decision had to be made when to perform the necropsy. This would be worked out with environmental health. Dr. Snyder would access the medical condition of the other animals the next day.

## CHAPTER TWENTY-NINE
### Part III - Embarrassing Situation

Ron Koch was known as the "Perry Mason of Albuquerque." He was very intelligent, well prepared and knew what questions to ask. As a private investigator, I always dreamed of meeting and working with an attorney who was made for television, someone who was not afraid of putting people on the spot. Koch was very methodical in the way he presented a case.

Attorney Koch stated the complaint was filed Monday, August 18, 1997. He also stated the individual Ben Davenport was treated inhumanely by the city and the police. Davenport received inhumane care and treatment and Koch said he would be asking for an injunction of relief. Koch stated, "The search and seizure of the animals was illegal." It was a violation of the Fourth Amendment. The order was illegally and improperly entered. Procedural rules were not followed. The order was not served on the respondents. It was an ex-parte – default basis.

This was a jurisdictional issue – due process of law without service. The court has no jurisdictional power. In rem jurisdiction was over the animals and the court had

166

no authority to do that. The search was illegal. There was no request to the preliminary injunction and under the fourth amendment the court cannot proceed. The evidence was illegally seized.

City's Response: In rem – animals were treated cruelly.

Judge Conway's finding – In rem – the city has the authority. The city has jurisdiction over the animals in the city. The temporary restraining order provisions are vacated. Conway went on to state "it is the procedural problems Mr. Koch has raised" it is the court's objection and the city was in compliance under Rule 66.

Koch came over to our seat at this point and said the Judge had just ruled the city did have the authority to take the animals and it was her decision.

Attorney Koch quickly turned to the Judge and asked Mr. Greg Wheeler to take the stand. This turned out to be a smart move by Koch and one the city was not prepared for today. Mr. Koch's reasoning for putting Mr. Wheeler on the stand was to impeach his credibility. Next Greg Wheeler was sworn in and Ron Koch was ready to attack.

**Here are some key excerpts from the trial:**

Koch: Where did you hear about the case?

Wheeler: In the newspaper

Koch then questioned Wheeler about trying to serve Ben Davenport. It was obvious the city knew where he was staying.  He was in the bio-park with the animals. Wheeler lied on the stand. There were no efforts to serve Ben Davenport.  The order was not filed until August 15, 1997.

Koch: Law established by the Supreme Court. Order shall define injury. There was no language. Why is injury irreparable?

Wheeler turned very red at this point and it was obvious he did not feel very comfortable testifying about his mistakes. He agreed that the language was not in order for the temporary restraining order. The last statement Wheeler said "I was in a hurry."

There was no disagreement by Wheeler with the temporary restraining order. The order did not contain the language.

Koch: As an officer of the court (referring to Wheeler) he made the assumption the court would understand the unusual circumstances regarding this case.

Koch: "He was in a hurry. Factually and legally deficient!"

I wanted to applaud at this point. The media should have recognized the errors at this point. Koch was excellent in putting Wheeler and the city on the spot. The city officials were wrong and tried to squeal out of it. The media never even covered this major issue in the paper.

Wheeler: (humbly responded) "It was prepared in a proper fashion."(After a brief pause) Wheeler: 9-2-3-14 City ordinance allows the city to confiscate the animals if an animal is abused or suffers from illness at the Mayor's request.

Wheeler stated on August 8, he faxed a copy to Ron Koch

Judge Conway at this point did not need to hear anymore. Rule 66 failed to state what the injury entailed. The city failed to give handlers and Mr. Davenport notice. The temporary restraining order is now granted for 15 days. Rule 66 – grant to have notice.

Court will continue tomorrow and 15 days are up tomorrow. The court decides why or why not if the city issues bond.

168

Judge Conway claims to the court she has not been exposed to the media.

Judge Conway asks people in court not to show expressions of pleasure or discomfort. Judge Conway states she wants to concentrate as hard as she can. There were a number of animal activists in the courtroom and they had made several noises while the court was in session.

There was a short ten-minute recess. Wheeler then finished his testimony.

Wheeler: Trailer was parked in the sun in the Wyndham Hotel parking lot. The trailer measured 40 ft. by 8 ft. The trailer was traveling from Las Vegas, Nevada to Dillon Colorado. A glove touched the vent. The temperature in the trailer was estimated by police officers to be 110-130 degrees. The elephant died because of poor nutrition, heat and environmental factors.

At this point Wheeler was way off base. The temperature was never taken and later on, it was determined the temperature was in the 80's by the national weather bureau. So again Wheeler perjured himself.

Ron Koch: Evidence will show the USDA has examined the animals. USDA also inspects the physical structures and care of the animals. Animals were inspected in Las Vegas, Nevada before the trip to Dillon, Colorado on July 24.1997. Two weeks prior to the death of Heather.

The vehicle did pass through a USDA inspection. This was true, but because USDA made the mistakes, they would look to pin the blame on one of their own in the Administrative hearing.

169

Others testified during the hearing, but everyone just repeated the same statements over and the Judge ordered Benjamin Davenport, John Davis and King Royal Circus to stand trial.



## CHAPTER THIRTY
## Part IV  - USDA vs. King Royal Circus
## The Administrative Hearing

This hearing took place in Albuquerque, New Mexico and was going to determine the future of the King Royal Circus family and their animals.

The government was prepared to revoke King Royal Circuses' license and the entire Davenport family's licenses over this case. Since there had been problems in the past, there was not going to be any leniency in this hearing.

All of the top officials were in Albuquerque now, Dr. Ron DeHaven, Attorney Frank Martin, several USDA inspectors and the USDA Administrative Hearing Judge. I had never personally met Attorney Martin, but I knew of him and respected him. Dr. DeHaven was still Acting Deputy Administrator for the USDA. I had the opportunity to see Dr. Denise Sofranko again along with Mr. Warren Strickland and Mr. Neal. The USDA even brought a public relations spokesperson, Jim Rodgers.

Unfortunately, Pat Derby of PAWS was there with her friends. Richard Farinato of HSUS and his friends were present.

The circus was about to begin and I knew testifying as an expert witness the government was going to try and attack my credibility. I had written a draft of standards for exhibiting exotic animals in the United States. This was submitted only for Dr. DeHaven to examine and was not a public document. However, I found out anything goes in a court of law. Since this was an Administrative Hearing and not a Court Hearing, anything could be used in Court.

Judge Palmer was an older man with much experience, but had a difficult time focusing on all of the witnesses. Since he was one of the USDA's own judges, it was obvious from the beginning he was going to give as much leeway as possible to the USDA officials.

It was amazing to listen to testimony so well rehearsed. The officers, who testified at the preliminary hearing, obviously had time to get their stories straightened out at this hearing. Dr. Denise Sofranko, who did not know the difference between an African and Asian elephant at the first hearing had obviously done her homework. (I would later find out, the USDA had her travel to different facilities to learn about elephants.) Many of my personal friends in the elephant industry kept me informed about her visiting them.

The USDA was not about to be embarrassed again. The USDA made Greg Wallen, the fall guy. He was to take full responsibility for the mistakes made in this case. Mr. Wallen was a very intelligent and well-versed man. The way he rattled off his resume, he was obviously a very thorough inspector. I was much more impressed with him as an individual than other inspectors. It is unfortunate though; he was picked to bare the burden of the government errors. The way the regulations were written did not cover conveyances very thoroughly and Mr. Wallen was enforcing the Animal Welfare Act. Wallen testified about the conveyance and said he overlooked certain problems and it was his mistake. There is no doubt in my mind Greg Wallen was a very good inspector

172

and followed guidelines established by the USDA. But then again, someone was going to take the blame.

When it came time for me to testify as an expert, I was well prepared. I had the opportunity to see how attorneys for the USDA operated. They were intelligent men and their line of questioning was pointing the Judge in the right direction as far as I could tell.

The first question posed to me as after I was sworn in was about my experience. I was very thorough in covering my job. I talked about my history of dealing with individuals, circuses, and the USDA. I did several studies on Asian and African elephants. Although I did not work with elephants on a daily basis I was very knowledgeable and knew many of the elephants across the nation.

I was upset with the question that came next, but I answered it. Mr. Martin asked me how much I was being paid to represent King Royal Circus. I stated, "That was confidential." I was ready to fire back and ask Attorney Martin, (How much was the government paying you to prosecute the case?) It was a good thought, but I did not want to antagonize him. The truth was I had not received any money to represent King Royal Circus and when everything was said and done, I never received a penny. I ended up having to pay for one of the trips myself and after all the work I did, I walked away with nothing since the circus went bankrupt.

The next question posed to me, dealt with past cases I handled. I was asked if I had ever worked any other cases involving the USDA. I responded, "I had wrote a confidential report regarding the McMillan case for a USDA investigator." After hearing that, Frank Martin turned to his co-counsel and Dr. DeHaven and he did not want to hear about any other case. I am sure the Walker case would have created a stir at the time, too. They had accepted Walker Bros. response that I had written and I was not an attorney. He never did receive any suspension or fine for his case. The one thing I can proudly say is I never did misrepresent myself in anyway.

173

Mr. Martin then turned his attention to the conveyance used to transport the animals. I was shown a picture of the trailer and I was not able to determine the actual size of the vehicle from the picture. I was asked about the ventilation. I told the truth as much as it hurt the Davenports in this case. The trailer was not well ventilated and it was not acceptable for transporting exotic animals for a long distance. I had never lied on a stand before and I had to be honest now, especially as an expert witness. My credibility was put on the line. Ron Koch knew this too and he said, " Steve, Tell the truth." Part of my testimony and comments appeared in the local newspaper the Albuquerque Journal.

The problems that did exist with the trailer though were partially the USDA's fault. The regulations were too broad and not well defined. The inspectors followed guidelines that the government wrote. The definitions in some parts of the Animal Welfare Act are not specific, but vague. It was left up to the interpretation of the inspector. I felt bad for the USDA inspector, Greg Wallen and the King Royal Circus because of this error.

I was also questioned on a 32- page document I wrote and gave to Dr. DeHaven with the trust that it was not to be released as public information. I was very upset when the document was presented in court. I was questioned about regulations I wrote. Again I stated these were not the government's regulations. My standards were proposed guidelines and much stricter. The government's standards were those already accepted into the USDA guidelines under the Animal Welfare Act.

I would have been proud to state the government recognized the standards that I wrote as acceptable industry standards, but the truth is I am an individual who drafted those regulations. There had never been any formal acceptance of those guidelines across the circus, animal industry or USDA for that matter.

The outcome of the case was King Royal Circus and the Davenports permanently had their USDA license revoked. I was more upset about the fact an elephant died

174

from salmonella. Everyone stood by and pointed fingers in this case. The USDA made numerous mistakes in this case, but they are the government and they don't have to answer to anyone, except maybe to the President of the United States. But that would be another story.

ngers in
in this
have to
of the

## CHAPTER THIRTY-ONE
## Cutting a Deal with Nova Scotia

Deals are made everyday in our country. Laws are
passed and bills are signed into law. Regulations are
approved and the cycle goes on and on. Many people get
upset whether it deals with abortion issues, animal
rights, environmental issues, and the list goes on. Not
everyone is going to be happy and people learn that many
views and beliefs exist.

Since the Provincial governments in Canada did not
have funds available for many studies, the Animal
Welfare Guidelines have not gone forward until now in
some provinces.

In 1997, I met with members of the Department of
Natural Resources and made a deal stating there would
be no more bans passed in city councils in Nova Scotia
pertaining to exhibiting exotic animals within the
province. I am still awaiting the provincial government to
enforce this on their behalf. I wrote and submitted
Standards for Exhibiting Animals in North America. With
the exception of a few changes, the standards became law
in March of 2000. Many people would probably wonder
how an American could work and write laws for another

176

country. The truth of the matter is there is no reason why anyone in any country should not be able to assist other governments in making laws that benefit everyone. In this case, I had the experience in dealing with laws pertaining to exotic animals in the United States, New South Wales (Australia) and other Provinces in Canada. I learned that writing and passing laws are a long process, but eventually they do go through.

Even though the standards I wrote were used against me, to put me on the spot, in the King Royal Circus case, I was pleased to have had the experience of having the government look at them seriously. Hopefully, someday in the near future the regulations will be well defined and properly followed.

n why
other
ne. In
laws
New
ada. I
ocess,

ainst
ase, I
the
ay in
and

## CHAPTER THIRTY-TWO
## How our Operation was Successful

One thing, which to me was the most important thing to remember, was not to let the animal activists intimidate the people I worked with as well as myself.

The key to our success was to keep the focus of the animal activists off their main targets in this case it was the circus. My job was two-fold: first to draw the attention of the protestors and at the same time gather as much information as possible.

The key to our success relied on others and myself organizing counter demonstrators. It was important to have our people representing the circus on opening night and other dates we knew that the animal activists would be protesting. Ringling wanted numbers and my goal was to get as many supporters of the circus as possible. I was also instructed to make sure I was able to get as much positive media for the circus. Ringling Bros. worst fear was to have negative publicity generated by the animal activist movement. If the activists were the lead story in the news or newspaper, I heard about it the next day. Sometimes, I could not control the media. But as the years progressed the media began to pay more attention

178

to our group and our views. The animal activist groups like PeTA became old news. Remembering what I first learned, the media wants newsworthy issues to cover. I had to be creative and come up with new ideas. Ideas that would send a message and draw the press to our side.

One such message took place in my home city of Pittsburgh, PA. The public loved our idea. The majority of people attending the circus in 1992, laughed at animal activists protesting. We had a garbage can with a huge sign on it saying, "ANIMAL RIGHTS GARBAGE." Many of the children were crumbling up the animal activists literature and shooting them into the baskets while their parents made critical comments to the animal activists.

The fact that Pittsburgh is a Steel City and big union town, the animal activists were not made to feel welcome here.

In Sacramento, CA. I wore a suit and I stood with a sign that read, "I am Standing Here with A Bunch of Idiots." People laughed and the media loved it.

groups
I first
over. I
as that
e.
city of
rity of
animal
huge
Many
tivists
their
ts.
union
lcome

ith a
ch of

## CHAPTER THIRTY-THREE
## Violence Escalates at the Circus

In 1998, ALF took credit for the firebombing on the Big Apple Circus. In a communiqué sent to me ALF told exactly how the incendiary devices were built. I received the letter by e-mail and I informed the FBI. As of this date the individuals were never apprehended. The email I received gave specifics as to how the bombs were made. I turned the information over to the federal authorities. Unfortunately, it is still sitting in someone's file.

Again the information was provided to the ATF and FBI and no one was charged with these cowardly acts even thought the Animal Liberation Front took credit for this act of violence. What possesses people to set off bombs, which pose a threat to innocent children and their families?

What is very upsetting about how information and evidence is gathered is that it will take a death of an innocent person before the government reacts properly to the circumstances. It is my belief that someday, a researcher, circus employee, individual, or organization that works with animals will actually have some animal or environmental extremist commit a murder before

180

anyone is properly prosecuted. So far the animal extremists have successfully gotten away with terrorism in the United States, Canada, and Europe. The incidents are well documented and added to a growing list of criminal actions. What is really disturbing is reading the organizations take credit for these criminal actions and dupe federal law enforcement officials. Graffiti is often left behind indicating who was responsible along with communiqués releasing details of direct actions of the cells responsible. ALF also known as ELF is probably the most challenging of the groups and they have still continued to play games with law enforcement.

animal
errorism
ncidents
list of
ing the
ons and
is often
g with
of the
bly the
e still

## CHAPTER THIRTY- FOUR
## Ringling Sells Out to Animal Activists

In March of 1997, Charles Smith was let go from his position as Chief Financial Officer for Feld Entertainment. When he left, so did his files pertaining to confidential work done on all animal activist groups. To the best of my knowledge, all records given to the corporate officers of Feld Entertainment were to remain in-house and reports were to be shredded to prevent any leaks of information obtained.

This was not the case, however. Charles Smith left Ringling on very bad terms and with serious personal financial problems. He was going to use the information obtained to blackmail and ruin Kenneth Feld. The most aggravating part about this plan by Smith was he was out to ruin anyone that stood in his way. Smith felt Feld should pay him a large enough settlement to take care of his debts and leave him financially secure. Smith worked for Feld for over 35 years and he was very upset over his dismissal.

Smith lived the life of a high society corporate officer, keeping a wife and numerous girlfriends on the side. He was able to purchase vehicles, homes and many material

182

items for his girlfriends. Money was not a problem for Smith. However, Smith's luck ran out when the corporation did an internal audit.

Chuck Smith was paranoid ever since I knew him. He had his girlfriends followed along with his wife for years. He was more concerned about them cheating on him. Although I never met the man face to face personally, I was given assignments in earlier years of following his wife and girlfriends. The reports were made about every place they went. Whether it was to a gym to workout, or a restaurant, or simply picking up the children. Smith was someone in a position where he abused his power. His antics would backfire after years of failed relationships and poor financial investments. He declared bankruptcy in federal court after defaulting on loans for millions of dollars.

Feld, in the meantime, was worried about the damage Smith could do to him. He refused to settle with Smith initially and it cost Feld in the long run too. Smith took information he had and put it in the hands of PAWS and Pat Derby. The information that was obtained over the years were donation records, pictures of the PAWS compound, many documents and videos that were instrumental in attempting to put PAWS out of business. Instead, PAWS was able to file suit against Kenneth Feld and Feld Entertainment for millions.

One thing I learned about Kenneth Feld and his organization-- they give in to pressure. They paid off Pat Derby, Ed Stewart and PAWS. Feld wanted them silenced so others would not be able to sue him. PeTA filed a suit next and that remains in the court at this time.

What disturbs me the most about Feld settling with Pat Derby and her organization is the total lack of regard for the people, who were so dedicated to fighting the animal activist organizations on his behalf. It is my opinion Feld only cared about protecting himself and was never concerned about who he walked on. Considering Feld Entertainment never has to answer to any other

183

circus, he only distanced himself and Ringling more from the rest of the circus industry.

All of the years of work I did to expose PeTA and PAWS somehow seems tarnished because of Feld's poor judgment. He may be a corporate giant in the world, but he will only be known as someone who has sold people out to protect his own self-interests. I consider myself fortunate to have had the ability to win the true battles for the circus industry, but I often ask myself at what cost.

Animal activist groups across the nation were exposed by our operation. We were able to place individuals in key positions where federal authorities could not. For years I knew the CIA had some involvement in Feld Entertainment, but to what extent I never found out. Over the years I wrote thousands of reports on the animal activist and environmental movement. I guess I should be pleased my reports were read so high-up the ladder. The frustrating thing about much of my information was not properly used. I looked at the big picture and saw that animal activist extremism continues to escalate.

Former Central Intelligence Agency official Clair E. George, whose name came up in a deposition taken out in California by PAWS, revealed he had worked for Feld Entertainment. Former President George Bush Sr. pardoned Clair George for his role in the Iran-Contra Affair. I am sure Clair George saw the escalation of violence too, but information passed on was not acted on. Clair George certainly had the contacts considering he was formerly third in command at the CIA under former President George Bush Sr. The CIA obviously was not interested in shutting down the main pipeline to the Animal Liberation Front, which is PeTA. What I knew from my work was how Ingrid Newkirk had a ghostwriter write one of her books. I also knew this ghostwriter was a CIA agent. I still do not understand why the CIA never cooperated with the FBI to shut down PeTA knowing this information. Newkirk known as Valerie in the book told of her role in break-ins for ALF. There was and still is

enough evidence to convict her under federal guidelines. Feld Entertainment was more concerned about their shows. I knew where Clair George was coming from when he worked for Feld Entertainment. He was still keeping his avenues open for opportunities. Once you are in the CIA, you do not just "retire." You are always someone who can be utilized in a position. For as many television shows as there are today, portraying different government agencies, the public never sees the real people who take the risks.

I knew how important my role was to the operation. As the individual who was responsible for organizing industries to help the Ringling circus, I knew that the fight could not go on without me. When my contract ended with my employer in Washington, D.C. and my professional dealings with the Feld Corporation, I walked away. However, you can never really just walk away. My work has continued since then and has taken on another avenue. Anytime you are dealing with terrorists, you are not satisfied until you have completed your job. There are still people out there responsible for acts of violence against the entertainment industry and animal use industry.

Feld Entertainment will go on and continue to succeed through clever marketing techniques, but the circus will never quite be the same for me.

elines.
their
when
eeping
in the
e who
shows
ment
take

on. As
nizing
t the
ended
my
lked
My
other
are
are
ence
use

eed
will

## CHAPTER THIRTY-FIVE
## No Easy Way Out

As I wrote this book, I was put in an awkward position. I knew by coming forward I would expose my identity, but then again no one bothered to protect my confidential records provided to the Feld Corporation. In an earlier deposition Clair George under oath told about overseeing operations for the Feld Corporation since being hired in 1990. George admitted in part to reading reports and advising Kenneth Feld and his corporation how to handle the information that was gathered. Several FBI agents that worked undercover were exposed and corporate officers were sued for their roles. However, everything we uncovered was valuable to law enforcement agencies and I know deep down inside I handled myself in a professional manner throughout my working relationship with the Feld Corporation.

I feel we exposed the animal activist movement and exposed acts of terrorism throughout the United States, Canada, and other parts of the world. The public now is just waking up to a new day and age where we must expose the animal activist movement and their true agenda. While a large number of animal activists are

186

simply trying to stand up for a cause, there are still a substantial number of animal activists that believe violence is the only answer.

The Animal Liberation Front and Earth Liberation Front remain on the FBI's top ten terrorist group's list. Each time individual's commit an act of violence the group is quick to take credit for the damage. It is only a matter of time before human beings are killed and the public will ask why?

187

still a
believe

eration
's list.
e the
only a
nd the

## Some Final Words

While working as an investigator, lobbyist, educator, and expert dealing with animal activists, I had to deal with incidents of terrorism, accidents involving exotic animals and the death of humans and animals. I worked on defeating and passing Federal and State (Senate and Assembly) bills. I worked on defeating local city ordinances that banned or prohibited the public display of exotic and domestic animals for entertainment purposes. I learned who I could and couldn't trust in the circus industry, law enforcement, politicians and clients.

My job as I viewed it was to tell the truth about what I witnessed, make assessments, corrections, and improvements when necessary. I saw myself as someone who had a unique job where I would make lots of friends, contacts and also enemies. Many people said they envied the fact that I was able to travel all over the world. I have worked on many major cases, local, state, federal, and international. The work has been stressful at times and there have been many sleepless nights. Although I always protected myself from dealing with problems that could arise in the future I never expected one client in particular, Feld Entertainment d/b/a Ringling Bros. Barnum and Bailey Circus would fail to protect my work and provide confidential and privileged documents to animal activist groups.

I wrote this book to expose the animal activist movement and shed some light on the operations of PeTA, ALF/ELF and other terrorist organizations. During my investigations of animal activists as well as environmental groups I exposed myself to threats,

188

physical and verbal abuse as well as acts of violence against me. I cooperated with federal agencies in an effort to protect clients, their interests, and believing in the criminal justice system.

After completing this book, I may have made myself more of a target for animal extremists, but the truth about their goals and agenda is clear, they are abolitionists. If you differ from their views and beliefs, you pose a threat to their movement.

iolence
effort
in the

myself
truth
are
eliefs,



Ringling Bros. Circus train vandalized in New York City.



Members of PeTA arrested at D.C. Armory after animal walk.



Animal Activist spray painting a fur coat at Fur Free
Friday demonstration in New York.



Circus Vargas elephant trailer set on fire by
animal activists in Southern California.



Threats made by Shane Irvin at Circus Vargas protest in
Huntington Beach, California



Philoxia – "Animal Haven for Animals" supported by Zoocheck, Canada

Animal Rights Garbage -- Pittsburgh, PA

# Appendix A

# Communications

P.1



**CBS NEWS**
A Division of CBS Inc.
524 West 57 Street
New York, New York 10019

April 19, 1993

To whom it may concern:

This letter will confirm that Mr. Nicholas Rosen is working on a project with us for CBS News.

Mr. Rosen and his firm, Satellite International, are helping us research a story on animal rights organizations over the next several weeks.

Sincerely,

Trent Gillies
Associate Producer
CBS News

# The True Animalist Agenda in Canada

*by Steve Kendall*

TORONTO (CANADA) — Over the past year, the animal extremists in Canada have gone behind closed doors in an attempt to push their views and allega-



tions upon unsuspecting city councillors. These activists want to eliminate the use of animals in entertainment and captivity — even if this means the extinction of the species.

The views of these activists amount to nothing more than "animal apartheid," guided by a philosophy that animals are better off dead than kept in captivity. This propaganda is being circulated to city clerks and councillors across the "Golden Horseshoe" area of Canada.

Since their sneak attack on the unaware councillors of Toronto (which was recently reversed in court), the activists have been unsuccessful in obtaining additional bans in other municipalities. In some cases, governments absolutely refused to even consider their requests.

Putting People First, along with representatives of the various municipalities, has exposed the animal extremist's abusive propaganda being used to attack the circus industry as being totally unfounded.

PPF has observed that both Rob Laidlaw and sidekick Holly Penfound of Zoocheck-Canada are visiting various municipalities in the Horseshoe. Penfound, incidentally, is an assistant to Toronto Councillor Peter Tabuns, the sponsor of the city's ban on exotic animals.

There is speculation among Penfound's critics that she may be using city funds to further her cause, as well as visiting municipalities outside of Toronto on city time.

Penfound was able to remove herself from her duties with the Council in order to attend the "Animals in Entertainment" conference sponsored by the Performing Animal Welfare Society in Galt, California in May, 1992.

At the time, she was quoted as saying she received a confidential report delivered to the Toronto City Council. Through some mysterious means, she was able to review this report for her own personal agenda as well as that of Zoocheck-Canada. This review took place even before the report reached the

councillors!

"This is very interesting," said one critic. "Is this an example of open government, or one that is controlled by a handful of animal extremists who have a sympathetic ear at bedtime?"

Laidlaw, a self-proclaimed expert on animal welfare, has no experience whatsoever in dealing with animals in captivity to the best of anyone's knowledge. He has had the audacity to challenge this reporter's credibility after experiencing a bone-crushing defeat in Guelph, Canada.

In Guelph, the councillors voted against a proposed exotic animal ban, with the deciding vote coming from a councillor who initially had seconded the motion to consider the ban. After hearing testimony disputing the claims of the evidence provided by the "animal rights" extremists, the councillor reversed his original position to vote against the ban.

Where are Laidlaw's credentials? When asked, he becomes vague —referring to himself as an expert of zoos and circuses based on his involvement with Zoocheck-Canada.

In Waterloo, Putting People First and local supporters were present to provide activists with a 13-1 defeat of a proposed exotics ban there. This defeat was aided by the local Humane Society, which was represented by its own veterinarian (Dr. Hess) and Director Jim Cosgrove. They both stated that over the past 25 years, they had inspected over a hundred different circuses in the Toronto area and had never found a single incident of abuse.

This proves yet again the fact that, when inspected by credible, outside sources, no evidence of abuse is found to exist within the circus industry.

PPF has met with all the municipalities in the Horseshoe area, and have found an overwhelming majority of people in support of our position — the responsible treatment of animals.

We will continue to fight to expose the activists for what they are, a minority of self-serving individuals who don't have the first idea what responsible treatment of animals involves. Nor do they have any genuine compassion for animal welfare beyond furthering their own agenda of eliminating all animals in captivity.

*Steve Kendall is a member of Putting People First.*

# 200 years of Circus in America

Circus educational program enters the school system.

Children of all ages are being provided with the opportunity to learn about the actual love and care the animals receive in the circus.

A 20 minute educational program provides the children with a brief history of the circus. A chance to actually learn about what the circuses are doing for animals and an opportunity for the children to see the animals at the traditional animal walk.

In some locations - children as well as teachers are provided with the opportunity to observe the animals behind the scenes while speaking with the animal handlers.



Presented by Members of Putting People First
a non-profit organization along with the Animal Husbandry Society



# BULLETIN

ANIMAL HUSBANDRY SOCIETY_____NUMBER__01__

The anti-animal-use groups are preparing legislation to limit and restrict the use of elephants in California during 1995. Having succeeded in 1994 to pass laws outlawing the tripping of horses for entertainment they are convinced stopping the use of elephants for commercial purposes will be the next animal use practice to end.

The recent tragedy in Hawaii involving a circus elephant and the subsequent "Hard Copy" publicity has given them new hope that the commercial use of elephants will be an easy target.

If the employers of workers handling elephants do not develop and adopt safe standards for the use of the elephants they own, the anti-animal-use groups will do it for you.

The **Animal Husbandry Society** has sponsored and successfully passed legislation and the adoption of regulations promoting animal and worker safety standards in horse racing, fairs, transportation and research facilities. The adoption and use of these standards has resulted in: reducing the risks of accidents to animals and workers; reduction in rates for workers compensation and liability insurance; increased public support for ownership and use of animals; and denied the anti-animal-use groups the ability to criticize the use of animals as unsafe for the animals and handlers.

Therefore, the Animal Husbandry Society will sponsor legislation in California for 1995 that will be known as the "California Elephant Safety Standards Act." This legislation will require CALOSHA to develop and adopt standards for the safe handling of elephants.  The bill will also require the Department of Food and Agriculture to adopt safety standards for the commercial use of elephants for the protection of the animal and the general public.  But more important the bill will require that these standards be developed by the handlers and owners of elephants.

For more information concerning this program contact: **Steve Kendall, Director of National Programs, Animal Husbandry Society**

## Animal Extremists Vandalize Witness's Car During Hearing

Steven Kendall had the windshield of his rental car shot out by a pellet gun and a tire slashed while he was testifying Jan. 31 against a proposed circus and exotic animal ban at Langley, British Columbia.

Police called Kendall recently to tell him that a man and wife, members of the Vancouver Humane Society, had been charged in the case. Vancouver is about 25 miles north of Langley.

CFAer Kendall, who lives in Pittsburgh and is a leading spokesman for circuses and animal breeders, said he and others at the city council hearing remembered the couple particularly because they refused to give their names and they railed against not only circuses but against pet stores and even the private ownership of pets.

Kendall said he went to Langley, which is just north of Seattle, at the mayor's request. He put up a display of photos showing circus animal training and care, handed out leaflets and showed a film before testifying.

The mayor, Kendell said, apologized repeatedly for the incident and, while the police were finishing their preliminary investigation, treated him to breakfast.

Winter 1995                                                              Vol 1-5

# Putting People First - Florida

## Photo opportunity



If any of you happen to see animal rights radicals picketing an event, pull your camera out! We need pictures. As animal rights proponents become increasingly unpopular and law now dictates that they are accountable for their actions. This means they become more dangerous.

Putting People First is beginning a photo data base of all the animal rights activists in Florida. If you have a favorite snap-shot or two, please send them in. We will **not** be able to return them to you.

What we can promise, is if, and when, the F.B.I needs them, we will be prepared. To give you an example of what we are talking about just listen to this... **Bob Van Fleet** and **Steve Kendall** were called to do a radio program on WFTL in Fort Lauderdale with **Steve Kane** as the host. The occasion was to unmask the philosophy of animal rights and an animal rights terrorist.

A week earlier, **Kathleen Marquardt** had been on WFTL with **Nancy Alexander**, founder of the Animal Rights Foundation of Florida [AARF], and a caller, supporting the animal rights position, stated he would have no problem bombing a laboratory, providing the animals were out and the researchers in.

During the radio show with Van Fleet and Kendall, Mr. "X", then in the studio, stated he would have no problem bombing Mr. Van Fleet's horse stable providing, "Van Fleet was there and the horses gone." Mr. "X", although anonymous on radio, did drive a car with a license number....

Vol 1-5



*(side column, partially cut off)*

...g an event,
...proponents
...at they are
...ome more

...the animal
...wo, please

...we will be
...d just listen
...FL in Fort
...imal rights

...ter of the
...on, stated
...searchers

...ould have
...es gone."

# THE MONKEY TRIAL

## Monkeys livelihood threatened

On March 27, 1995, a trial between City of Hollywood, Florida vs. Lenny Schendowich took place. Judge Mowry, a retired judge called back to duty, found in favor of the city of Hollywood despite the overwhelming evidence which should have declared the Hollywood animal display ban as unconstitutional under Florida law. Lenny will appeal.

As many of you know, the City of Hollywood passed an ordinance, promoted by animal rights extremists, which makes the display of animals for amusement or entertainment illegal [contrary to the Florida Constitution which vests all jurisdiction in The Game and Fresh Water Fish Commission]. The ordinance bans circuses, dog and cat shows, petting zoos, fish tanks and other animal fairs from city property.

Mr. Schendowich, an old-time organ grinder, was issued a summons because his monkey was entertaining people on Young's Circle in Hollywood, FL. As expected, the case was lost at the initial level.

We are helping with the costly appeal process and hope you will too....

*To help the monkeys*

---

# HELP THE MONKEYS

YES! I WANT TO HELP UNCLE LENNY AND HIS WONDERFUL MONKEYS. KIDS SHOULD BE ABLE TO HEAR THE SWEET SOUNDS OF THE ORGAN GRINDER AND EXPERIENCE THE THRILL OF MONKEYS. I WILL HELP.

Your name: _____
Address: _____
_____

Phone: _____ Fax: _____

☐ $10.00  Monkey Around
☐ $20.00  Monkey Shines
☐ $50.00  Monkey See
☐ $100.00 Monkey Do
☐ Other - The Big Gorilla $200 +

PPF- Monkey Defense Fund



# Animal rights groups can mislead donors

It is unfortunate how animal rights groups can misguide the public as to the care of animals in the circus industry. The King Royal Circus was exonerated of all charges against it involving the alleged abuse of Mickey the elephant.

"The Crusaders" television show, which has since gone off the air because of its animal rights agenda, erroneously reported the elephant at the show had been abused and beaten with a bullhook. The videotape shot by an animal rights activist was shaded in the area where the elephant was supposedly gushing blood. In truth, the United States Department of Agriculture inspected the elephant, as did several experts who deal with elephants, and all of their reports revealed there was no cut in the elephant's skin.

"The Crusaders," as well as the animal rights group PAWS, Performing Animal Welfare Society, is being sued by the circus, and charges of conspiracy also might be sought against both organizations.

PAWS has used this false reporting as a fund raiser. The money that is donated to these groups does not benefit animals. The money is pocketed by individuals and used for more fund raising.

Before you donate your hard-earned cash, try checking out the animal rights tax records first. You will find all your evidence of abuse there — abuse of the public's funds.

Remember to enjoy the circus — the last true form of family entertainment.

*Steven Kendall,*
*Pittsburgh*

The News Record, June 6, 1995

# **A**nimal **R**ights **F**oundation of **F**lorida, Inc.

P.O. Box 841154 • Pembroke Pines, Florida 33084 • 305-968-7622 • Fax 305-891-9009

**Board of Directors**

Nanci Alexander
*President*

Caren Lesser
*Vice President*

Nan Vollbracht
*Secretary/Treasurer*

**Board of Advisors**

U.S. Congressman
Peter Deutsch, 20th District

Cathleen Anderson
*City Commissioner-Hollywood*
*President, Animal Birth Control*

Sladdman "Ted" Carr, D.V.M.

Doris Day
*Actress, President,*
*Doris Day Animal League*

Priscilla Feral
*President,, Friends of Animals*

Jay Ferber, D.V.M.

Scott Fuerst, Esq.
*Partner Ruden,*
*Barnett, McClosky, Smith,*
*Schuster & Russel, PA*

Alex Hershaft, Ph.D.
*President, Farm Animal*
*Reform Movement*

D. Paul Mack, D.V.M

Cleveland Amory
*National Director*
*The Fund for Animals*

Alex Pacheco
*President, PETA*

Barry Silver, Esq.

Tom Regan
*Author, President of Culture*
*& Animal Foundation*

Peter Petracco, Chief of Police
Boca Police Department
100 Northwest Second Avenue
Boca Raton, Florida 33432

July 13, 1995

Dear Chief Petracco:

Our organization recently contacted the Boca Raton police concerning a raccoon act at Malone's Magic Bar in the Boca Raton Resort and Club [501 East Camino Real]. Despite our concerns that this animal is being abusively treated, the police have refused to respond to our complaint.

As part of the show's entertainment, the raccoon computes math problems by banging his head on the bar the number of times equal to the correct answer. It takes negative reinforcement (punishment such as beatings and food restriction-- not magic) to get an animal to perform an unnatural and obviously painful stunt.

But this raccoon's suffering is not limited to his abusive training. He is also forced to live in an unhealthy and frightening environment which is filled with smoke, erratic lighting, and loud noises. Such an atmosphere is a far cry from a raccoon's natural surroundings and certainly denies him the ability to live a life even remotely resembling what nature intended.

I hope you will respond to our concerns for this raccoon's welfare and check out his living conditions at Bill Malone's club.

Sincerely,

Kathleen Mahoney
Managing Director

cc: Mayor Carol G. Hanson          Susan Whelchel, Boca Council
    Deputy Mayor Steven L. Abrams   Esther B. Dance, Boca Council
                                     Wanda E. Thayer, Boca Council

♻ PRINTED ON RECYCLED PAPER

**BOCA RATON**
**POLICE DEPARTMENT**

**SUPPLEMENTAL REPORT**

REPORT NO. 9 2000-14007    REPORT DATE: 07.14.95    INCIDENT CODE: ANI    SUPPLEMENTAL DATE: 07.19.95

(CIRCLE)
S START OF SUPPLEMENT    C CONTINUATION OF SUPPLEMENT    TIME SUPPLEMENT INFO. REPORTED 10:00    PAGE 01 OF 01

SUPPLEMENT WRITTEN BY:
OFFICER NAME: Colbert, Lisa    ID # A62
(PRINT LAST NAME, FIRST, INITIAL)

DISPOSITION
A CLEARED BY ARREST    U UNFOUNDED    W CLEARED BY WARRANT    B REF TO SCHOOL BRD    R RECOVERY    D INVESTIGATIONS
X EXCEPTIONALLY CLR**    I INACTIVE    Z INSURANCE REPORT    S SAO REFERRAL    C CIVIL MATTER

**EXCEPTIONAL CLEARANCE TYPE
1 EXTRADITION DECLINED    3 DEATH OF OFFENDER    5 PROSECUTION DECLINED
2 ARRESTED ON PRIMARY/SECONDARY    4 VICTIM/WITNESS REFUSED    6 JUVENILE/NO CUSTODY
OFFENSE WITHOUT PROSECUTION    TO COOPERATE

FOLLOW-UP BY: Colbert Lisa    ID # A62    CLASSIFICATION CHANGE TO U ANA

DATE DUE: __-__-__    STATE STATUTE CHANGE TO __-____ (____)

INCIDENT CODE CHANGE: FROM ___ TO ___    ROUTE TO _____

PERSON TYPE CHANGE: FROM __ TO __    NAME _____

AA ARRESTED ADULT    FI FIELD INTERVIEW    SB SUBJECT    VC VICTIM RELIG. BLDG.    VP VICTIM POLICE
AJ ARRESTED JUVENILE    MY MYERS ACT    SE SEALED    VG VICTIM GOVERNMENT    WI WITNESS
BA BAKER ACT    OW OWNER    VA VICTIM ADULT    VJ VICTIM JUVENILE    WF WARRANT FILED
CM COMPLAINANT    PA PARENT    VB VICTIM BUSINESS    VO VICTIM OTHER

**For missing select classification and category to form the person type**
Classification ___ M MISSING    B MISSING & RECOVERED    R RECOVERED
Category ___ R RUNAWAY    P PARENTAL    I INVOLUNTARY    D DISABLED    E ENDANGERED    X DISASTER    V VOLUNTARY ADULT    U UNKNOWN

I made contact with David Ethridge, director of security, for the Boca Raton Resort and Club in reference to an animal complaint. Complaint was about a raccoon which banged its head on the bar to answer questions. David Ethridge showed me the raccoon. It is a stuffed animal that the "magician" moves to appear as real. I took pictures of "Rocky Raccoon" the stuffed animal. Pictures turned over to the crime lab.

*City of Boca Raton* 

CITY HALL • 201 WEST PALMETTO PARK ROAD • BOCA RATON, FLORIDA 33432-3795 • ▮▮▮▮▮▮

19 June 1995



Kathleen Mahoney
Animal Rights Foundation of Florida, Inc.
▮▮▮▮▮▮▮▮

Dear Ms. Mahoney:

In response to your letter concerning the possibility of animal abuse, the department has investigated your concerns. The raccoon is not real, but is a puppet. The puppet is a prop for a magic act. The magician can move the puppet so it appears real.

I apologize for the incident not being handled properly when you first notified us. If I can be of further assistance in the future, please contact me.

Sincerely,

Peter A. Petracco
Chief of Police

PAP/tls

Enc.

CC:    Mayor
       Council Members
       City Manager

— AN EQUAL OPPORTUNITY EMPLOYER —



*Kitchener-Waterloo and North Waterloo Humane Society*

Aug 1st 1996

To the Mayor and Council

I have been made aware of the effort of the Animal Rights faction
to have Circuses banned in London. I have been called on, on
numerous occasions to treat, and inspect circus animals. My father,
who was also a veterinarian, treated circus animals which
overwintered in his homevillage in Germany. We have often commented
on the excellent care given to their animals by circus people. They
have actually domesticated their animals and made them members of
their families. This opinion, as well as the fact that no cruelty
is used in training as is attested to by Dr M. Kiley-Worthington
who made an extensive study of 16 circuses in Great Britain. should
lay to rest many of the fears of the general public.
 I have inspected many circuses and have never had occasion to be
concerned that the animals were not receiving adequate care.It
never ceases to amaze me how so many people with no real knowledge
or experience on the subject can render fair verdicts which have
such far reaching effects on the economy and the innocent pleasure
of children .

Sincerely

Dr. Gerhard Hess D V.M. V.S.
General Manager K.W. Humane Society

TEL No.                                    Aug  7.96 10:02

MEMORANDUM

TO: Alex
FROM: Jon
RE: TEP takeover with Paul and Linda

------------------------------------------------------------------

Everything for the Paul and Linda McCartney TEP takeover is going
well.  Entertainment Tonight and CNN are lined up to come in with
us, Jenny is going to do media from the office, and Dan and I will
do media at the location.  The lawyers are lined up to get everyone
out and I have 23 people with bail money to get arrested with the
McCartneys.

The week of August 11th is fine for everyone--just let me know the
exact date when you have it.   Everything seems to be going
perfectly.  I think this is going to be the biggest event PETA has
ever done.  I can't wait.




cc:
Ingrid N.
Jenny W.
Dan M.
Rob E.




PeTA Email Targeting Tiger's Eye Productions

Subj: pro circus liars
Date: Tue, Jan 28, 1997 10:50 EDT
From: MINKLIB@aol.com
Sender: owner-ar-views@envirolink.org
Reply to: MINKLIB@aol.com
To: ar-views@envirolink.org

A few days ago Barry talked about an individual that was going around Canada
trying to stop anti circus legislation. His name is Steve Kendall and he is
with some group that passes themselves off as animal welfare while fighting
against animal rights.

A friend of mine found a toll free phone number for Mr. Steve Kendall and
perhaps everyone can give him a call at 1-800-464-8878. Now I am not
recommending that people harass him, but I have no control over what
everybody else does. I do know that when you call a 1-800 number, your
number will show up on their bill. I've heard of activists going to public
phones, as 1-800 is free from most pay phones, and calling a billion times
the recipient pays for the call.

Anyway, I do think everyone should let Mr. Kendall know what they think about
his pro animal abuse propaganda.

Animal Activists Resort to Economic Terrorism
Over $1200 in Phone Calls Before Number was Disconnected

JOHN L. MICA
3d District, Florida

COMMITTEE ON GOVERNMENT REFORM
AND OVERSIGHT

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE



## Congress of the United States
### House of Representatives
### Washington, DC 20515-0907

Reply To:
Washington DC 20515
(202) 225-4035

Longwood, FL 32750
(407) 657-8080

Orlando, FL 32801
(407) 846-7400

January 29, 1997

The Honorable Bob Smith
Chairman
Committee on Agriculture
1301 Longworth Building
Washington, DC 20515

Dear Chairman Smith:

A constituent from my congressional district, Mr. David McMillan, has requested that the Congress investigate the activities of employees of the Animal and Plant Health Inspection Service and their relationship with the organization, People for the Ethical Treatment of Animals (PETA). Mr. McMillan and his company, Tiger's Eye Productions, Inc., were recently the target of numerous complaints by PETA. The ensuing case was eventually closed after it was determined that there was insufficient evidence to substantiate the allegations.

Mr. McMillan states that because of the way this investigation was conducted, he has reason to believe there is improper cooperation between APHIS officials and PETA. At Mr. McMillan's request, I am enclosing documents relevant to his case and would appreciate your review of my constituent's request.

Please feel free to contact my congressional aide, Greg Davis, at ▮▮▮▮▮▮▮ for any additional information on this matter. Mr. McMillan would also be happy to provide further details and invites your staff to contact him at ▮▮▮▮▮▮▮.

Thank you for your kind consideration.

Sincerely,



John L. Mica
Member of Congress



ONE HUNDRED FIFTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON GOVERNMENT REFORM AND OVERSIGHT
2157 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6143

March 26, 1997

Mr. David McMillan
Tiger's Eye Production, Inc.

Oviedo, FL 32765

Dear Mr. McMillan:

The correspondence you sent to Rep. John Mica alleging an improper relationship between the U.S. Department of Agriculture's (USDA) Animal and Plant Health Inspection Service and People for the Ethical Treatment of Animals has been forwarded to the Committee on Government Reform and Oversight.

As a courtesy, I have submitted this correspondence to our Subcommittee on National Economic Growth, Natural Resources, and Regulatory Affairs, chaired by Rep. David McIntosh (R-IN), for further review. This subcommittee maintains jurisdiction over the operations of the USDA.

If I can be of any further assistance to you or your constituents, please do not hesitate to contact me.

Sincerely,

Dan Burton
Chairman

**MONDAY**, MAY 12, 1997

# Circus animals treated like family members

It was with great sadness that we lost one of our own this past week in the circus industry. Wayne Franzen, 50, of Franzen Brothers Circus was tragically killed while exhibiting his tigers in the ring.

Franzen was an experienced animal handler with more than 23 years of experience. He knew the risks of working with tigers, elephants, horses and other animals. He was an honest, professional individual who was dedicated to the care and treatment of his animals.



**Trainer:** Wayne Franzen, of Franzen Brothers Circus, was mauled to death by a 400-pound Bengal tiger during a performance.

By Bob Radcliff, AP

It is unfortunate that animal-activist groups such as People for the Ethical Treatment of Animals (PETA) have seized upon this unfortunate incident to spread malicious lies about the care and treatment of animals in the circus industry. They should be ashamed of themselves and apologetic to the members of the Franzen Brothers Circus and the other circuses that dedicate their lives to the care and treatment of animals. These animals are treated as members of their families. The animals you see are all trained through positive reinforcement, which consists of food rewards and voice commands, or a simple pat on the back.

The animals in the circus are routinely inspected by the U.S. Department of Agriculture (USDA). The facilities where the animals are kept are also inspected. Circuses must provide in advance to the USDA the locations where they are to perform. The circus industry has nothing to hide. People have the opportunity when they visit the circus to see the animals for themselves, speak with the animal handlers and enjoy the amazing natural abilities of the animals. There is great educational value in the circus. The public has an opportunity to witness the bond that exists between a man or woman and an animal.

PETA and other animal activists protest and want to ban the circus industry. They make allegations of abuse without any factual basis. These groups raise funds from the public without spending anything on animals. PETA has no expertise in dealing with animals. If it were truly concerned about animals, it would contribute some of the millions of dollars it takes in each year to circuses.

For more than 200 years, children of all ages have had an opportunity to witness the magnificent animals in the circus. The circus remains one of the last true forms of family entertainment.

Steven Kendall
Animal Care Association
Pittsburgh, Pa.

### To comment . . .

If you would like to comment on editorials, columns or other topics in USA TODAY, or on any subjects important to you: Send e-mail for letters to the editor only to editor@usatoday.com. Fax 1-703-247-3108. Mail: Letters to the Editor to 1000 Wilson Blvd., Arlington, Va. 22229. Please include address and day and night phone numbers so letters may be verified. Letters and articles submitted to USA TODAY may be published or distributed in print, electronic or other forms.

**USA Today**

Date.        Wednesday, May 14. 1997 11:30:30
From:        
Subj:        Re: Response to Steve Kendall
To:          ar-news@envirolink.org

Steve Kendall has travelled to Canada on a number of occasions to speak in
favour of circuses and against local efforts to enact municipal by-laws
which would prohibit exotic animals from either being or performing in the
given jurisdiction. In the course of doing so, he has slandered Canadian
organizations like Zoocheck Canada, Animal Alliance of Canada and the
Canadian Federation of Humane Societies, as well as their individual
representatives. I'd like to keep track of what he's saying and would
really appreciate it if someone could post the letter he wrote to USA Today,
to which PAWS replied.

Thanks,

Lesli

Lesli Bisgould



07/29/97  NSDAM PATH.LAB



**Nova Scotia**
**Department of**
**Agriculture**
**and Marketing**
Animal Industry Branch
Veterinary Services Section

Our File Number:

July 28, 1997

Mr. Steve Kendall

Dear Mr. Kendall:

The Nova Scotia Veterinary Medical Association is forming a committee to look at a policy regarding circuses. There may be a vote at the annual meeting on October 3, 1997. One member has videos and literature from groups opposed to circuses.

I wonder if you have any material available quickly which would give information on the other point of view (we'd need more than a poster or information from New Zealand).

I understand the Ontario Veterinary Medical Association has recently come up with a policy which is opposed to many uses of wild and exotic animals, which would include circuses.

Thank you for your assistance.

Yours truly,

Lyn Ferns, DVM

LF/jaf



## LETTERS TO THE EDITOR

# Track animal funds to shelters and care, avoid animal activists

Each year, animal activist groups have fund-raising campaigns to target individuals and corporations, yet millions of dollars raised are not spent on any animals.

Next time you make a donation to People for the Ethical Treatment of Animals or other animal activist groups check their charitable status through the National Charities Information Bureau or ask the Internal Revenue Service for a copy of their most recent Form 990 tax records.

You will find millions of dollars are used to pay salaries and transportation for animal activists to fly around the country to protest and commit acts of civil disobedience.

Here in Pittsburgh we are not immune to acts of violence. Furriers have had their windows spray-painted and broken. Department store entrances have been blocked by animal activists while they lock themselves to doors with bicycle locks and handcuffs. This amounts to nothing more than economic sabotage.

The day after Thanksgiving animal activists protest fur stores throughout the nation. Many arrests are made and this also kicks off their fund-raising campaigns for the holiday season. Everyone is entitled to exercise his First Amendment rights, but interference with the right to conduct a lawful business is a federal crime.

Before reaching into your pocketbooks to give to PETA and other local animal activist groups, find out how much money is really being spent on animals. An animal shelter that feeds and houses animals, and places animals in suitable homes would be a better home for your contribution.

STEVEN KENDALL
Director
Animal Care Association
Scott

Pittsburgh Post Gazette, November 26, 1997

animal activists

# A Warning From The Justice Department

Communique
October 21, 1998

Our movement is currently under threat from infiltrators, informers, and violent animal abusers. In recent months public threats have been made by fur farmers. They have threatened to shoot any liberators found on their concentration camps. Former ALF activists have been suspected of feeding information into federal agents- agents of repression.

This will not be tolerated.

The rumors surrounding Joshua Ellerman's reduced prison sentence and word of his brother Colby giving information for some time have not been completely confirmed. If we find out these rumors are true and they have made statements to the detriment of other liberators, they will not rest in peace once released. We will be on the other side of the fence waiting and we will find them wherever they hide. This goes for any individuals who chose to give the authorities information leading to the capture and imprisonment of dedicated animal liberators.

Likewise, any fur farmers or animal abusers who use violence against activists will suffer full retribution. The ALF have a clear policy of adherence to non-violence. We do not.

Already activists have been shot and wounded in Sweden. In the U.S. fur farmers have armed themselves and prepared to kill liberators trying to free prisoners from their farms. Next time you fur farmers take aim at any of us you might consider your own safety. You have been warned.

Justice Department

COMMUNIQUE:

The Internet Division of the Animal Liberation Front announces that the Internet will no longer be a safe haven for animal abusers to push their bloody trades.

We will take offensive actions to damage animal abusers on the Internet in any way possible. This may include Denial of Service attacks, Virii attacks, e-mail bombing, hacking web servers. We have already cracked numerous computer systems and borrowed useful data, in the future we will also destroy data.

All animal abusers and animal abusing establishments on the Internet are valid targets.

In this day and age when most large animal abuse establishments have a presence on the Internet they use the world wide web for selling their blood products and for pushing their warped ideals to the masses. As other warriors free animals from concentration camp around the world, we will take the war to the Internet.

Our cell has already been active for one year and has under taken many actions against animal abusers. Recently other A.L.F.I.D. volunteers have formed autonomous cells.

Animal Liberation Front – Internet Division

—

North American A.L.F. Press Office

To: AHSSTEVE21

Subj:     **(US-NJ) ALF claims fire.**
Date:     3/28/99 9:03:11 PM Pacific Standard Time
From:
Reply-to:

The ADL-NJ receieved the following communique:

3/27/99 - Franklin, NJ - Six vehicles were firebombed
at the Big Apple Circus, including two cabs connected
to trailers carrying equipment which were completely
destroyed. Also severely damaged were three flatbeds
carrying equipment and one small vehicle. An
establishment which enslaves others and
causes them pain and suffering to perform degrading
acts as a sick form of entertainment will not be
tolerated. Until the Big Apple Circus decides not to
profit from the exploitation of innocent animals, these
actions will continue in each town they stop in. This
action is dedicated to the Seattle 5. NOTE: Firebombs
were made of 1 gallon bottles filled with gasoline.
Holes were drilled into the caps and candles (joke
candles that can't be blown out) were
inserted into the top of the containers. This method
proved completely
effective.
-ALF

# Appendix B
# PeTA's Master List

# PeTA'S MASTER LIST

ARK
30 Yonder Rd., Box N4024
Nassau, Bahamas,
Jane Mather & Patty Roker

AK Animal Protection League
P.O. Box 901924 UAF
Fairbanks, AK  99775
Erik J. Reker

AK Animal Rights Coal.
4000 E. 65th Ave.
Anchorage, AK  99507
Diane Drayden

APACTA
8336 Sundi Dr.
Anchorage, AK  99502
35051
Christine Marsh

Alabama Animal Rights Coalition
P.O. Box 11001
Chickasaw, AL  36671
Cathy and James Crosby

BARC
Box 110, McDow Dr.
Columbiana, AL
Anne Speakman

PEACE
P.O. Box4
Maplesville, AL  36750
Tina Austin

Arkansans for Animals
P.O. Box  2918
Little Rock, AR  72201
Joyce Hillard

Good Shepherd
Humane Society
P.O. Box 285
Eureka Springs, AR
72632

SETA
517 Arkansas Union
Fayetteville, AR  72701
Mylea Wolff

South AR Humane Shelter
P.O. Box 231
Calion, AR  71730
Sherry Lloyd

Arizona Lobby for
Animals
P.O. Box 82971
Phoenix, AZ  85071
Jamie Massey

CARRE - Verde Valley
P.O. Box 580
Cornville, AZ 86325
Joyce Pollack

Cncrnd AZ for A.R. & Ethics
P.O. Box 33093
Phoenix, AZ  85067
Stephanie Nichols-Young

Student Voices for
Animals
1510 E. Ninth Street
#127D
Tucson, AZ 85719
Brad Rothrock

Voices for Animals
P.O. Box 43026
Tucson, AZ  85733

Action for Animals
P.O. Box 20184
Oakland, CA  94620

Action for Animals'
Rights
8935 Morro Rd, Suite 2
Atascadero, CA
93422
Daphne Fahsing

Actors & Others for Animals
5510 Cahuenga Blvd.
North Hollywood, CA  91601

Advocates for Animals
2315 Fontana
Visalia, CA  93277
Lanie Wagenburg

Animal Allies
P.O. Box 417525
Sacramento, CA
95841
Teri Barnato

Animal Emancipation
P.O. Box 4114
Ventura, CA  93007
Denise Ford

Animal Legal Defense Fund
1363 Lincoln Ave.
San Rafael, CA  94901

Animals Lobby
1025 Ninth St.,
Suite 219
Sacramento, CA
95814

Anml. Rts. Netwk. of
SLO County
P.O. Box 411
Cayucos, CA  93430
Cathy Compton

Assn of Veterinarians for  A. R.
P.O.  Box 6269
Vacaville, CA 95696

CETA
P.O.  Box 13
Morongo Valley, CA
92256
Yvette Dube

222

Calif. Fedrtn. for
Anml. Legis.
9 Agoura Court
Sacramento, CA   95838
Karen Raasch

Care America
180 Campus Drive
Arcadia, CA   91007
Jessica Tseng

Citizens Agnst. the
Buck Center
P.O. Box 352
Corte Madera, CA
94976
Paula Bremier

Coal to Protect Anim. in
Film
P.O. Box 2448
Riverside, CA   92516
Nancy Burnett

Community Concern for Cats
P.O. Box 23904
Pleasant Hill, CA   94523
Jean Bonadio

Community of
Compassn for Anmls
Star Route, Box 20H
Orland, CA   95963
Dr. Lois Flynne

Concerned Animal Lovers
Assn.
2500 Fender, Suite I
Fullerton, CA  92631

DIIAAR
1636 Channing W
Berkeley, CA   94703

Earth Isl. Inst./Dolphin
Project
300 Broadway Suite 28
San Francisco, CA
94133
Brenda Killian,
Mark Berman

Earthsave Foundation
706 Frederick Street
Santa Cruz, CA  95062-2205

Elephant Alliance
6265 Cardeno Drive
La Jolla, CA   92037
Florence Lambert

Feminists for Animal
Rights
P.O. Box 10017
Berkeley, CA   94709
Marti Kheel

Fund for Animals
Ft Mason Ctr
San Francisco, CA  94123
Virginia Handley

Good Shepherd Foundation
P.O. Box 1950
Nevada City, CA   95959

H.E.A.T. in the Central
Valley
P.O. Box 3806
Pinedale, CA   93650-
3806
Katrina Berg

Humane Education Network
3027 Barney Ave.
Menlo Park, CA  94025
Melita Mostyn

Humane Farming Association
1550 California St., #6
San Francisco, CA   94109
Brad Miller

Humane Legislative
Network
10120 Crescent Dr.
Cupertino, CA  95014
Bob & Jean Bayard

In Defense of Animals
816 West Francisco Blvd.
San Rafael, CA  94901
Elliot Katz

Last Chance for Animals
18653 Ventura Blvd., #356
Tarzana, CA  91356
Jack Carone

Mariam Humane
Society
171 Bels Marin Keys
Blvd
Nevato, CA  94949

Orange Cnty. People for
Animals
P.O. Box 28918
Santa Ana, CA  92799

PAWS
P.O. Box 842
Galt, CA  95632
Pat Derby

Peninsula Humane
Society
12 Airport Blvd
San Mateo, CA  94401

SPCA of Monterey
P.O. Box 3058
Monterey, CA  93940
Jim Bennett

SUPRESS
P.O. Box 1062
Pasadena, CA  91102

Sacramento Telephone
Tree
964 Fremont Way
Sacramento, CA 95818
D. Spiegel/L. Bishop/
V. Tibbet

223

San Diego Animal
Advocates
P.O. Box 813
Vista, CA 92085
Sally Mackler

Santa Cruz SPCA
2200 7th Ave.
Santa Cruz, CA 95062
Executive Director

South Bay In Defense
of Animals
P.O. Box 41443
San Jose, CA 95160
Joy Meininger

Students Concerned for
Animal Rts
1600 Holloway Street
San Francisco, CA 94132
Deborah Williams

Sunset Greens
8033 Sunset Blvd., Suite 946
Los Angeles, CA 90046
Mindy Molinary

The Crash Network
519 Castro Street, #7
San Francisco, CA
94114
Miles Poindexter

Vegetarian Life
P.O. Box 3425
Shell Beach, CA 93448
Avenue,
Lola Moffitt

Vegetarian Society of L.A.
P.O. Box 34427
Los Angeles, CA 90034
Vic Forsythe

Animal Alliance of
Canada
221 Broadview Ave,
Suite 101
Toronto, Ont.,
CAN M4M 2G3
Tita Zierer

Animal Defense & Anti-Viv.
Soc.
P.O. Box 391, Station A
Vancouver,
BC, CAN V6C 2N2

Animal Defense League of
Canada
P.O. Box 3880, Station C
Ottawa, Ont.,
CAN K7Y 4M5

Ark II
P.O. Box 687, Station Q
Toronto, Ont.,
CAN M4T 2N5

C-VAR
P.O. Box 1079
Pt. Perry, Ont.,
CAN L9L 1A9

Canada EarthSave
34277, Station "D"
Vancouver, B.C.,
CAN V6J 4N8
Lisa Hannus

Canadian Feder. of
Humane Soc.
102-30 Concourse
Gate
Nepean, Ont.,
CAN K2E 7V7
Executive Director

Council for Lab Animals
P.O. Box 1721, Station A
Vancouver, BC,
CAN V6C 2P7

Friends of the Dolphin, Inc.
P.O. Box 337
Thornhill, Ont.,
CAN L3T 4A2
Cara Sands

Internat'l Wildlife
Coalition
#461-Port Credit Post
Stat
Mississauga, Ont.,
CAN L5G 4M1

Lifeforce
P.O. Box 3117,
Main P.O.
Vancouver, BC,
CAN V6B 3X6

Manitoba Animal Rights
Coalit.
P.O. Box 3193
Winnipeg, Manit.,
CAN R3C OK2

Students for Other
Species
c/o John Abbott Coll.,
Box 2000
S.A.B., Q.C.,
CAN H9X 2A4
Veronica Novi

Toronto Humane Society
11 River St.
Toronto, Ont.,
CAN M5A 4C2

W.W.A.A.
P.O. Box 1133, Station C
Kitchener, Ont.,
CAN N2G 4C1
Jim & Tilly Prudom

WOLF
300 John St.,
P.O. Box 87577
Thornhill, Ont.,
CAN L3T 7R3
Susan Hargreaves



224

| | | |
|---|---|---|
| Amnesty For Animals<br>P.O. Box 3475<br>Lyons, CO 80540<br>Lisa & Sam Booker | Animal Rights Mobilization<br>P.O. Box 6989<br>Denver, CO 80206 | CU Anml Rghts Group<br>CU Environmental Cntr<br>Boulder, CO 80309<br>Linda Lee |
| Society for Aiding Animals<br>P.O. Box 9072<br>Englewood, CO 80111<br>Katy Reagan | Speak Out for Animals, Inc.<br>P.O. Box 3174<br>Boulder, CO 80307<br>Erin Russell | ARIES<br>P.O. Box 332<br>Rowayton, CT 06853<br>J. Peter Hermance |
| Aid to Helpless Animals<br>P.O. Box 434<br>Bloomfield, CT 06002<br>Gregory M. Simpson | Animal Rights Alliance<br>P.O. Box 1708<br>Darien, CT 06820-1708<br>Lynn Gorfinkle | Animal Rights Front<br>3307 Yale Station<br>New Haven, CT 06520<br>Bill Mannetti |
| Animals' Agenda<br>456 Monroe Tpke<br>Monroe, CT 06468<br>Kim Bartlett | CT Animal Rights Lobby<br>P.O. Box 463<br>Bloomfield, CT 06002<br>Pat Mumper | EARTHROOTS<br>98 Belleview Ave.<br>Torrington, CT 06790<br>Roberta or<br>David Georgis |
| Focus On Animals<br>P.O. Box 150<br>Trunbull, CT 06611<br>Esther Mechler | Friends of Animals<br>P.O. Box 1244<br>Norwalk, CT 06856 | Ntnl Assn for Hum &<br>Envr Educ<br>67 Salem Rd<br>East Haddam, CT<br>06423<br>Willow Ann Soltow |
| Student Animal Rights<br>Coalition<br>Box 5836-Yale Station<br>New Haven, CT 06520<br>Jason Barbeau | Voice of Nature Network<br>P.O. Box 68<br>Westport, CT 06881<br>Patrice Greanville | Friends of Animals<br>1623 Connecticut<br>Avenue, NW<br>Washington D.C.<br>20009<br>Betsy Swart/<br>Cam MacQueen |
| Washington Humane Society<br>7319 Georgia Ave., NW<br>Washington, D.C. 20012<br>Debbie Duel | American University Anml.<br>Rts.<br>1740 18th St., #205<br>Washington, DC 20009<br>William Turner | Compassion for<br>Animals Foundtn.<br>P.O. Box 75116<br>Washington, DC 20013 |
| Doris Day Animal League<br>900 2nd St., NE, #303<br>Washington, DC 20002 | Farm Animal Reform Movement<br>P.O. Box 70123<br>Washington, DC 20088 | Georgetown Stdts. for<br>A.R. Aware<br>P.O. Box 6363<br>Georgetown U.,<br>Washington, DC 20057<br>Ryan Heath Carmichael |
| HSUS<br>2100 L St., NW<br>Washington, DC 20037<br>Marty Stephens | PCRM<br>P.O. Box 6322<br>Washington, DC 20015 | Student Action Corps<br>for Anmls<br>P.O. Box 15588<br>Washington, DC 20003 |
| Vegetarian Society of DC<br>P.O. Box 4921<br>Washington, DC 20008 | DE Action for Animals<br>P.O. Box 5885<br>Newark, DE 19714<br>Jill Church | The Animal Rights<br>Organization<br>c/o Perkins Stud. Cnter,<br>Rm. 30 David Berryman |

225

National Anti-Vivisection
Soc.
51 Harley St.
London, Eng W1N 1DD
Jan Creamer

Animal Activists of
Central FL
P.O. Box 26
Winter Park, FL 32790

Animal Rights
Foundation of FL
P.O. Box 841154
Pembroke Pines, FL
33084

Animal Shelter
P.O. Box 770707
Winter Garden, FL 34777
Lorrie Nassofer

Animal Voice, Inc.
P.O. Box 3831
Vero Beach, FL 32963
Jackie Jackelow

Anml Rsc League of
Mrtn Cnty
2675 SE Dixie Hwy
Stuart, FL 34996
Karen L. Medicus

Bear
#1 Pine Lane
Mary Ester, FL 32569
Fran Barrett

Extended Cir Anim Prot
Alliance
P.O. Box 37279
Tallahassee, FL 32308
Shirlene Stuckey

FL Action for Animals
125 NW 45th Ave
Deerfield Beach, FL
33442

Florida Voices for Animals
P.O. Box 17523
Tampa, FL 33682
Myriam Parham

Friends of Animals
724 NE 130 St.
N. Miami Beach, FL
33161-7527
Edward Cohen

Humane Society of
Hernando
P.O. Box 481
Brooksville, FL 34602
Diane Stockton

Humane Society of Sarasota
2331 15th St.
Sarasota, FL 34237

Jeanne Craig Foundation
9905-B Cassia Tree Way
Boynton Beach, FL
33436
Lucille R. Provencher

Lower Keys Friends of
Animals
Box 1043
Key West, FL 33040
Mike Burlew

South FL Animal Activists
P.O. Box 637
Ft. Lauderdale, FL 33302
Cara Campbell

Voices for Animals of Brevard
P.O. Box 362362
Melbourne, FL 32936-2362
Barbara Bingnear

Athens Alliance for
Animals
P.O. Box 2667
Athens, GA 30612
Laura Echols

Friends of Animals
P.O. Box 29291
Atlanta, GA 30359
Don & Jean Barnes

Georgia Earth & Animal
Alliance
P.O. Box 1025
Riverdale, GA 30274
Gloria Wilkins

Humane Services, Inc.
P.O. Box 6560
Macon, GA 31208
Edwina R. Barnes

NO-HARME
251 Hwy. 330
Athens, GA 30937
Barbara McDonald

The EARTH Club
5900 Heards Dr.
Atlanta, GA 30328
Nancy Southworth

The Fund for Animals
1307 Wynnes Ridge
Circle
Marietta, GA 30067
Cheryl McAuliffe

Animal Rights Hawaii
Box 61836
Honolulu, HI 96839
Cathy Goeggel

Animal Lifeline of Iowa
P.O. Box 12
Carlisle, IA 50047
Ava Botha

Iowans for Animal
Rights
903 Fifth Ave.
Iowa City, IA 52240
Janet Ashman

Idaho Voice for Animals
P.O. Box 7563
Boise, ID 83707
Kimber Henderson

Animal Rights Mobilization
P.O. Box 805859
Chicago, IL 60680
Barbara Chadwick

Assisi Animal
Foundation
P.O. Box 43
Crystal Lake, IL 60012
Lee Linklater



226

Aware of Wildlife &
Anml Rights
P.O. Box 1954
Des Plaines, IL 60017
Linda J. Geant

C.C.E.R.
P.O. Box 1334
Evanston, IL 60204-1334
Diana Ball

Citizens for Animal
Rights
P.O. Box 5131
Peorie, IL 61601
Lauri Buchna

Cncrnd Ctzns for Ethcl
Rsrch
Evanston, IL 60204
Diana Ball

ELSA
P.O. Box 675
Elmhurst, IL 60126

Fox Path
P.O. Box 57
Carpentersville, IL
Billita Jacobsen

IL Ctzns for Humane
Legislation
3021 N. Clark St.
Chicago, IL 60657
Bill Bennet

Ntnl Anti-Vivisection Society
53 West Jackson Blvd., #1550
Chicago, IL 60604

Peaceable Kingdom
P.O. Box 557699
Chicago, IL 60655
Joan Slither

Prevent a Litter Coalition
P.O. Box 382
Wasco, IL 60183
Kathleen McNulty

Ryerson Deer Foundation
P.O. Box 747
Lincolnshire, IL 60069
Davida L. Terry

Student Group for
Animal Rights
P.O. Box 1861
Augustana Coll.
Rock Island, IL 61201
Danielle Shelton

Animal & Environ. Defense
Assn.
P.O. Box 822
New Albany, IN 47150
Tanya Tuell

B.O.L.A.
611 E. 2nd Street
Bloomington, IN 47401
Robert Landrock

CHEETA
P.O. Box 741
Indianapolis, IN 46206
Mike Scheeringa

CHEETA-South Bend
P.O. Box 2322
South Bend, IN 46660
Lia Klinkhamer

CHEETA-W. Lafayette
213 Harrison St.
W. Lafayette, IN 47906
Michelle Jordan

FETA
RR 22, Box 33
Terre Haute, IN 47802
Dr. Judy Barad

IN Fund for Animals &
the Envir
P.O. Box 25026
Fort Wayne, IN 46825
Shelby Stockton-Lamm

People for Animal Rights
P.O. Box 2928
Olathe, KS 66062
Norma McMillen

Prairie Soc. People for
Animals
P.O. Box 4108
Wichita, KS 67204
Brenda Thome

Anml Rghts of Louisville
P.O. Box 19558
Louisville, KY 40219
David Genton

The Fund for Animals
233 W. Broadway
Louisville, KY 40202
Andrea and Eric Reed

ALPHA
P.O. Box 80275
Baton Rouge, LA
70898
Cathy Breaux

Animal Peace
P.O. Box 4430
New Orleans, LA 70178
Nick Silvey

Animals Count Too (A.C.T.)
USL P.O. Box 43450
Lafayette, LA 70504
Dave Hoch

LA in Support of
Animals
3413 Jackson Blvd.
Chalmette, LA 70043
Cynthia Langlois

Legislation in Support
of Anmls
P.O. Box 740321
New Orleans, LA 70174

Students in Defense of Animals
UC 246 UNO Lakefront
New Orleans, LA 70148
George Frierson

Action for Animal
Rights
22 Balder Road
Worcester, MA 01605
Lisa Pineiro

227

Alliance for Animals
P.O. Box 909
Boston, MA 02103
Ellen R. Zocco

Boston Vegetarian Society
P.O. Box 10171
Cambridge, MA 02238
Maynard S. Clark

CARE
8 Rockville Avenue
E. Falmouth, MA
02536
Jean Hegner

CEASE
P.O. Box 44-456
Sommerville, MA 02144
Dee Dennis

Cape Cod Vegetarians
P.O. Box 243
Sagamore Beach, MA 02562

Cmbrdg Cmmtte for
Rspnsbl Research
P.O. Box 1626
Cambridge, MA 02238

Concerned Citizens for
Animals
43 Harmon Ave.
Springfield, MA 01118
Debra LaBruzzo

GAIA Institute
P.O. Box 852
South Lynnfield, MA 01940
Mary De La Vaiette

H.A.R.M.
Box 2507, Mt. Holyoke
College
South Hadley, MA
01075
Lisa Kovalovich

Jews For Animals Rights
255 Humphrey St
Marble Head, MA 01945
Roberta Kalechofsky

PAWS
P.O. Box 1842
Wakefield, MA 01880
Joyce Oldham

S. Shore Humane
Society
P.O. Box 187
Braintree, MA 02184
Althea Griffin

UFETA
P.O. Box 817
Provincetown, MA 02657
Jack Longo

Vegetarian Education Group
P.O. Box 895
Groton, MA 01450
Barbara A. Bissonette

Voice for Animals
P.O. Box 8
Spencer, MA 01562
Anne Mantha

Action Against Vivisection
P.O. Box 525
Baltimore, MD 21203
David Brainerd

Fund for Animals
850 Sligo Ave., Suite LL2
Silver Spring, MD 20910
Heidi Prescott/Wayne Pacelle

Int'l Ntwrk for Religion
& Animals
2913 Woodstock Ave.
Silver Spring, MD
20910

MD Forum For Animals
P.O. Box 21166
Baltimore, MD 21228
Tony Promutico

PSYeta
P.O. Box 1297
Washington Grove, MD
20880-1297
Kenneth J. Shapiro, Ph.D.

People for Humane
Living
7587F Weatherworn
Way
Columbia, MD 21046
Christine Chisholm

SWAN-Slghtrhs Wrk Alt
Ntwrk
14-X Ridge Rd.
Greenbelt, MD 20770
Hopi Auerbach

The Humane Crusade
P.O. Box 31
Maryland Line, MD 21105

Univ. Of MD Animal
Rights Club
2617 Holman Ave.
Silver Spring, MD
20910
Mark Parascandola

Vegetarian Education
Network
PO Box 896
Bel Air, MD 21014
Sally Clinton

Vegetarian Resource Group
P.O. Box 1463
Baltimore, MD 21203
Charles Stahler

CAP
32 Coombs St., #4
Bangor, ME 04401
Sandy Imondi

Maine Animal Coalition
P.O. Box 6683
Portland, ME 04101
Tony Avtges

Mid-Coast Animal Alliance
P.O. Box 441
Rockport, ME 04856

Voice for Animals
P.O. Box 513
York, ME 03909
Caryl L. McIntire



228

Concern for Anmls
And Envmmt
P.O. Box 1953
Saginaw, MI 48605
Susan Somerville-Franz

Concern for Critters
P.O. Box 990
Battle Creek, MI 49016
Sharleen Garrison

Defenders of Animal
Rights
P.O. Box 241109
Detroit, MI 48224
Margaret Shivener

F.E.T.A.
444 Brecado Court
Holland, MI 49423
Kristin Jurries

Fighting for A.R. Everywhere
P.O. Box 202
Howell, MI 48844
Keith Varady

For Animals
P.O. Box 4555
Traverse City, MI
49685
Chris Anderlik

Humanitarians for
A. R. Educ.
P.O. Box 862
Troy, MI 48099
Brian J. Harris

KALL
P.O. Box 3295
Kalamazoo, MI 49003
Gary Vella

Kent County Humane
Society
1890 Bristol, N.W.
Grand Rapids, MI
49504
L. Lamancusa/
Sandra Carlton

Mich. Feder. of Animl
Advocates
P.O. Box 614
Albion, MI 49224
Aaron Winters

Mid-MI Soc. for Animal
Protect.
P.O. Box 14264
Lansing, MI 48901
Charles Ogar/Celia Lash

North Suburbs Anim.
Welf. Lgue.
P.O. Box 377
Roseville, MI 48066
Pat Gilbert

People for Animal Liberation
P.O. Box 603
Battle Creek, MI 49016
Michele Mitchell

Students Active for AR Issues
Grand Valley State University
Allendale, MI 49401
Michelle Johnson

The Fund for Animals
2841 Colony Rd.
Ann Arbor, MI 48104
Doris Dixon

Washtenaw Citizens for
Anml Rts
P.O. Box 2614
Ann Arbor, MI 48106
Cody Winchester

West Michigan for Animals
139 Langdon, N.E.
Grand Rapids, MI 49503
Herb Seamons

Animal Rights Coalition
P.O. Box 20315
Bloomington, MN
55420
Mary Britton-Clouse

SAFE
P.O. Box 3181
Mankato, MN 56002
Deb Carstens

Alliance for Anim. Legis. of
MO
P.O. Box 270024
St. Louis, MO 63126

Animal Abuse Council
P.O. Box 10935
Springfield, Mo 65808
Su Estes

Ozark Animal Defense
League
P.O. Box 10682
Springfield, MO 65808
Donna Schultz

S.W. MO Humane Society
3161 W. Norton
Springfield, MO 65803

St. Louis Animal Rights
Team
P.O. Box 28501
St. Louis, MO 63146
Tonni Loutzenhiser

Animal Protect & Ed Assoc
P.O. Box 86
Pascagoula, MS 39568
Jan Danos

Ctzns for Marine Mammal
Protect
P.O. Box 61
Ocean Springs, MS 39564
Ronald W. Salters

Animal Welfare League
910 Sixth Ave.
Laurel, MT 59044
Vicki Brester

FOA
3008 7th Ave. N.
Great Falls, MT 59401-2121
Karen Mitchell

Montana Animal Rights
Coalition
UC105 University of Montana
Missoula, MT 59812
Michelle Rhodes/Bobbi Seger

Culture & Animals
Foundation
3509 Eden Croft
Raleigh, NC 27612
Tom Regan

Dissection Line for HS
Students
Route 1 Box 541
Waynesville, NC  28786
Pat Graham

NC Network for Animals
P.O. Box 3551
Gastonia, NC  28053
Rick Williams

NC Network for
Animals-Wake Ct
5252 Vann St.
Raleigh, NC  27606
Valerie Moyer

NC Ntwrk for Animals-
Society Asheville
P.O. Box 5010, Dept 150
Asheville, NC  28813
Michael and Kayla Rosko

NC Ntwrk for Animals-Charlotte
7316 Idlewild Rd.
Charlotte, NC  28212
Joey Hill

Capital Humane
2320 Park Blvd
Lincoln, NE  68502
Robert A. Downey

GNAWS
P.O.  Box 4611
Lincoln, NE  68504
Dianne Ferguson

Mickle-Bush Spay/Neut. Fndtn
P.O.  Box 5707
Lincoln, NE  68505
Dorothy Bush

NH Animal Rights
League
Bean Hill Rd, Rt. 1,
Box 367
Northfield, NH  03276
Elinor Ware

The Peaceable Kingdom
P.O.  Box 84
Concord, NH  03302
Joyce Meridew

CARE
P.O.  Box 159
Oceanville, NJ  08231
Thelma Haas

Mammal Rescue
425 Hollywood Rd.
Cape May Beach, NJ
08251
John J. Queenan

Mobilization for Animal
Rights
P.O.  Box 322
Bogota, NJ  07603

NJ Animal Rights Alliance-
NJARA
P.O.  Box 174
Englishtown, NJ  07726

S. Jersey Vegetarian
Society
P.O.  Box 272
Marlton, NJ  08053

SETA
Monmouth College
West Long Branch, NJ
07764

Unexpected Wildlife Refuge
P.O.  Box 765
Newfield, NJ  08344
Hope Buyukmihci

Protecting Animal
Rights
810 Rio Vista Cr. SW
Albuquerque, NM
87105
Martha A. Protomastro

Carson/Eagle Valley
Humane Soc.
P.O.  Box 3043
Carson City, NV  89701
Pete Bachstadt

Defenders of the Envir. and
AR
P.O.  Box 12051
E. Las Vegas, NV  89112
Marilyn Raines

Independent Anml Rts
Activists
4012 S. Rainbow
#K-444
Las Vegas, NV  89103
Linda Faso

Worldwide Animal Rights
2849 Merrimac Way
Carson City, NV  89706
Dixie Horsman

AFAAR
175 West 12th Street, #16G
New York, NY  10011
Ethel Thurston

ARIS
(Public T.V. Program)
Box 20672 Columbus
Cir. Stat.
New York, NY  10023
Alian Bullington

Activists for Animals
P.O.  Box 1012
Murray Hill Sta.
New York, NY  10156

An. Rts. Advocates of Wesrn NY
P.O.  Box 475
Amherst, NY  14226
Valerie Will & Ann Parelli

An. Rts. Advocates of
Upstate New York
P.O.  Box 18415
Rochester, NY  14618
Margie Stephenson



230

Animal Rights Action
League
P.O. Box 1323
Saratoga Springs, NY
12866
Reisa and Charles Donath

Animal Welfare Alliance
P.O. Box 673
Harrison, NY 10528
Janine Stanely-Dunham

Anml Rts Advocs of
Hudson Vlly
P.O. Box 728
Beacon, NY 12508
Ed Ashton

C.P.A.P.R.
P.O. Box 26
Swain, NY 14884
Bina Robinson

Christns Helping Anmls &
People
P.O. Box 272
Selden, NY 11784
Frances Arnetta

Cornell SETA
Box 39 Willard Straight
Hall
Ithaca, NY 14853
Issac Skelton / Cornell
Univ.

Farm Sanctuary
P.O. Box 150
Watkins Glen, NY 14891

Feminists for Animal Rights
P.O. Box 694, Cathedral
Station
New York, NY 10025
Batya Bauman

Friends of Animals
1841 Broadway,
Room 212
New York, NY 10023

Justice For the Animals
P.O. Box 4044
Flushing, NY 11360
Hayley Greenberg

L. Island Coalition For Animals
P.O. Box 505
Plainview, NY 11803
Gayle Singer

Legal Action for
Animals
205 E.42rd St.
Suite 19
NY, NY 10017
Esther Dukes

Liverpool Anml
Protection Soc.
P.O. Box 352
Liverpool, NY 13088
Mary Phillips

Med Rsrch. Mdrnztion
Committee
P.O. Box 6036
NY, NY 10163

North American
Vegetarian Soc.
P.O. Box 72
Dolgeville, NY 13329

People Agnst. Cruelty
to Animals
548 Jefferson St.
Watertown, NY 13601
Anne George/Patty Edwards

People for Animal Rights
148 W. Beard Ave.
Syracuse, NY 13205
Kathy Moziak

Rochester Area
Vegetarian Soc.
62 Sturbridge Lane
Pittsford, NY 14534
Stanley M. Sapon

S.A.A.V.E.
Rosetown Road
Tomkins Cove, NY 10986
Gina Ingaglio

S.U.F.A.R.
126 Schine Center,
303 Univ. Pl
Syracuse, NY 13210
Christopher Moses

SACA
Ward Melville High Old
Town Rd
Setauket, NY 11733
Joanne Rotondi

SETA / State Univ of NY
5 Oxford Rd.
Albany, NY 12203
Adam O'Toole

Terra
6 Miller Hill
Lagrangeville, NY 12540
Lynn Levash

The Compassionate
Consumer
P.O. Box 27
Jericho, NY 11753
Richard Selby

The Hard & The Soft
325 East 41st St. #203
New York, NY 10017
Beryl Bender Birch

UUETA
P.O. Box 2860 Church St.
Station
New York, NY 10008
Barbara Munves/Sheila Dines

Vassar Animal Rights
Coalition
Box 3099 / Vassar Coll.
Poughkeepsie, NY
12601
Sydney Weaver

231

Rts Advocs of
m Vlly
Box 728
NY 12508
ton

SETA
Willard Straight

NY 14853
ton / Cornell

d Animals
dway,
NY 10023

m for

St.

an
Soc.

NY 13329

Lane
4534
on

gh Old

1733

te

3

b
Coll.

Volunteers for Animal
Welfare
P.O. Box 509
Northport, NY 11768
Elisabeth Colville

Animal Rights Commmunity
P.O. Box 31455
Cincinnati, OH 45231
Michael Jordan

Oberlin Animal Rights
Wilder Box 68
Oberlin, OH 44074
Gwendolyn Ellman

Youngstown Animal
Protectionsts
P.O. Box 11102
Youngstown, OH 44511

Oklahoma Citizens
For Animals
P.O. Box 780091
Oklahoma City, OK 73178
Marjorie Reynolds

Second Chance of Norman
P.O. Box 1266
Norman, OK 73070

Citizens for Anml. Rts./
Eugene
P.O. Box 1924
Eugene, OR 97440

A.R. Friends of Swarthmore
Coll
Swarthmore College
Swarthmore, PA 19081
Deborah Gelfand

Animal Advocates
P.O. Box 6887
Pittsburgh, PA 15212
Sandra Etzel

In Defense of Animal Rights
P.O. Box 1124
Reading, PA 19603
Cindy Haraschak

Volunteers for Animals
P.O. Box 6201
Long Island City, NY 11106
Severa Aguero

In Defense of Animals
200 Technicenter Dr.,
Suite 112
Milford, OH 45150
Michael A. Budkie

POET
P.O. Box 10156
Columbus, OH 43201
Robin Russell

NOAH
P.O. Box 55055
Tulsa, OK 74155
Martha J. Brown

Petfinders
121 West Main, Suite 102
Moore, OK 73160
Ann Halbrook

Volunteers for Animal Welfare
P.O. Box 20061
Oklahoma City, OK 73156
Shirley Coble

People for Animal Rights
P.O. Box 3582
Portland, OR 97208
Jacque M. West

ANIPAC (legislation)
P.O. Box 6024
Pittsburg, PA 15211

Delaware Valley for Anml.
Rghts
P.O. Box 29332
Philadelphia, PA 19125
Tina Sowicz

Int'l Ntwrk for Religion &
Anml
P.O. Box 1335
North Wales, PA 19454
Rev. Marc Wessels

Woodstock Anml Rts
Mvmnt (WARM)
P.O. Box 746
Woodstock, NY 12498
Andy Glick

Network for Ohio
Animal Action
P.O. Box 21004
Cleveland, OH 44121
Sherry Hamilton

People and Animals
Network
P.O. Box 70
Dayton, OH 45402
Royse Reynolds

OKETA
P.O. Box 162
Norman, OK 73070
Pam Roberts

Save Our Critters
Rt. 1, Box 146-B
Blair, OK 73526
Debbie & Mike Sargent

Action for Animals
P.O. Box 5566
Bend, OR 97708
Jan Volz

SETA
E.M.U. U of OR, #1
Eugene, OR 97403

American Anti-
Vivisection Soc.
801 Old York Rd., #204
Jenkintown, PA 19046
Bernie Unti

Educat. for the Rghts
of Animals
P.O. Box 24691
Philadelphia, PA 19111

Int'l. Society for Anml.
Rights
421 S. State St.
Clarks Summit, PA 18411
Helen Jones

232



Lehigh Valley An Rts
Coalition
P.O. Box 3224
Allentown, PA  18106
Ginger Wolfe

Lehigh Valley Vegetarians
1035 Flexer Ave
Allentown, PA  18103
Gloria Peries

Mobilization for
Animals
P.O. Box 99762
Pittsburgh, PA  15233

Mobilization for Animals, Inc.
P.O. Box 10692
Erie, PA  16514

PA Society for Animal Rights
U of Penn, #172 NYA, 37th
Philadelphia, PA  19104
Elizabeth I. Whitney

PAWS
P.O. Box 52262
Philadelphia, PA  19115
Phil Becker

PETS
P.O. Box 3
Shamokin, PA  17872
Bonnie Noll

PLAN (legislation)
P.O. Box 2432
Harrisburg, PA  17105

SETA (of SVC)
P.O. Box 1017
St. Vincent Coll.
Latrobe, PA  15650
Jennifer Egolf

SPARE
321 Mallwyd Rd.
Merion, PA  19066
David Berman

Students Agnst Anml Expioitatn.
Haverford College
Haverford, PA  19041
Alex Brozan

Students for Animal
Rights
Dickinson College
Carlisle, PA  17013
Leslie Thilse

Vegetarians of Philadelphia
P.O. Box 24353
Philadelphia, PA  19120
Eileen Clarridge

Voice of the Animals
P.O. Box 5713
Harrisburg, PA  17110
Silvie Pomicter

Road Anml RtsCoalition
P.O. Box 28514
Providence, RI  02908
Mary Pireziso

SETA - Univ. of Rhode
Island
328 Browning Hall Box 98
UofRI
Kingston, RI  02881
Jodi Shprintzen

Concerned Students for Animals
701 E. Butler Ave.
Mauldin, SC  29662
Erin Harman

Peaceable Kingdon
P.O. Box 8756
Greenville, SC  29604
Sue Lunson Farinato

SC Vegetarian Society
P.O. Box 1093
Lexington, SC  29072
Carol Cassetti

Animal Rights Advocates of SD
P.O. Box 90237
Sioux Falls, SD  57103
Sharyn Baumgard

Animal Protection
Association
5810 Stage Road
Suite 2A
Barlett, TN  38134
Sissy Morris

Animals Count Too!
P.O. Box 10870A
Johnson City, TN  37614
Hugh LaFollette

ETVS
P.O. Box 1974
Knoxville, TN  37901
Bob Grimac/Jonathan Balcombe

HCAP
P.O. Box 5424
Kingsport, TN  37663
Anita Weigel-Manis

TN Vegetarian Society
P.O. Box 854
Knoxville, TN  37901
Lige Weill

Tennessee Humane Association
2120 Crestmoor Rd., Box 319
Nashville, TN  37215
June McMahon

Tennessee Network
for Animals
P.O. Box 158452
Nashville, TN  37215
Connie Kaylor

Animal Connection of Texas
P.O. Box 679008-141
Dallas, TX  75367
Cile Holloway

Animal Liberation League
1803 Old Mill Dr.  #2402
Arlington, TX  76011
Linda Yarbrough

Animal Rights Kinship
P.O. 200789
Austin, TX  78720
Ann Koros

Black Beauty Ranch
P.O. Box 367
Murchinson, TX 75778

Campus Animal Rights Activists
P.O. Box 7338
Austin, TX 78713
John Scallo

Compassion for
Animals
P.O. Box 2324
Corpus Christi, TX
78403
Cherly Bost

Consumers for Anml. Rts.
Educn.
P.O. Box 18331
Austin, TX 78760

Denton Alliance for Anml. Rts.
PO Box 23651 TWU Sta.
Denton, TX 76204
Wendy Murphy

Fund for Animals
P.O. Box 77024
Houston, TX 77215
Dana Forbes

Guardian Animal Rescue
P.O. Box 65147
San Antonio, TX 78265
Lori Correu

Houston Animal Rights Team
P.O. Box 440304
Houston, TX 77244
Sean M. Hawkins

Primarily Primates
P.O. Box 15306
San Antonio, TX 78212

Society for TX Animal Rights
5533 Martel
Dallas, TX 75206
Rhonda Holley

Stud. for Anim. Welf. - U of TX
c/o Student Activities
San Antonio, TX 78285
Cheryl Isaac

TX Humane Info. Net.
603 W. 13th St.,
Ste 1A-287
Austin, TX 78701
Cecily Ailmon

Texans for Humane Animal
Trtmt.
P.O. Box 42
Howe, TX 75059
Chris Adams

UTA Alliance for Animals
UTA Station Box 19348-150
Arlington, TX 76019

Voice for Animals
P.O. Box 120095
San Antonio, TX 78212
John Hollrah

Waco Animal Rights Network
906 Elizabeth St.
Robinson, TX 76706
Heidi Marcum

APAWS
14990 South 180
Bluffdale, UT 84065
Dawn Sullivan

United Students for
Animals
P.O. Box 691
Riverton, UT 84065

Wasatch Humane
P.O. Box 59
Farmington, UT 84025
Sheri Martinez

APAC
P.O. Box 359
Richmond, VA 23202
Betty Lou LaJoy

Action 81-Pet Theft
Rt. 3, Box 6000
Berryville, VA 22611

Alliance for Animals
P.O. Box 68065
Virgina Beach, VA 23455
Doreen Dykes

Animal Allies
P.O. Box 353
Fairfax Station, VA 22039
Helga Adams

James Madison Univ.
Anml. Rts.
P.O. Box L31,
James Madison U.
Harrisonburg, VA
22807
Marci Spenser

Lend a Paw Organization
P.O. Box 4864
Falls Church, VA
22044
Mrs. Zainab Aljibouri

V.I.V.A.
P.O. Box 8893
Richmond, VA 23225
Susan Quick

Voices For Animals
P.O. Box 1324
Charlottesville, VA
22902
Susan Wiedman

CARE
Parkman Wood Rd.-RR#2,
Box 1332
Putney, VT 05346
Jonathan Schottland

Green Mtn. Animal Defenders
61 Industrial Ave.
Williston, VT 05495
Kathee Ludwig

Harbor Assn Vols. for
Animals
P.O. Box 1513
Westport, WA 98595
Shirley A. Brown



234

Northwest Animal Rights
Allnce.
Seatlle, WA  98112
Jeri Esterly

PAWS
P.O.  Box 1037
Lynnwood, WA  98046
Mitchell Fox/Lisa Wathne

Spokane Animal
Advocates
P.O.  Box 4262
Spokane, WA  99202
Susan Hughes

Spokane Animal Rts.
Committee
P.O.  Box 10137
Spokane, WA  99209
Joel  M. Novin

Squak Mt. Activist Phone Tree
P.O.  Box 603
Issaquah, WA  98027
Bonnie Jean Steward

ACT
P.O.  Box 322
Bristol, WI  53104
Linda Steinfath

Alliance for Animals
111 King St., #26
Madison, WI  53703
John Barnes

Citizens United for Animals
P.O.  Box 07176
Milwaukee, WI  53207
Dave Kleindorf

Humane Soc. of
Jefferson Count
W6510 Kiesling Road
Jefferson, WI  53549
Education Director

Vegan Action
P.O.  Box 2701
Madison, WI  53701
Brian Cousins/
Stirling Johnson

WI Animal Educational Network
P.O.  Box 1503
Appleton, WI  54913

WI Animal Rights
Network (WARN)
315 N. Freemont
River Falls, WI  54022
Debra Sikora

Stand Up for Animal Rights
P.O. Box 4666
Parkersburg, WV  26101
Sonya Seese

Wyoming Advocates for
Animals
316 E. Pershang
Cheyenne, WY  82001
Jeannine Stallings

## ACKNOWLEDGMENTS

Joan and Bobby Berosini
Philip Rubenstein, Esquire
Judi McLeod - Canadafreepress.com and Toronto
Free Press - founding Editor
Kathleen Marquardt and her late husband Bill
Wewer
Broward County Library
Mount Lebanon Library and their dedicated staff

To the many individuals, who helped in the preparation of this book, which chose to remain anonymous at their own request. To all of the organizations, who have continued to battle against animal activist and environmental terrorism.



## ABOUT THE AUTHOR

Steven Kendall, a native Pittsburgher, graduated from Mt. Lebanon Sr. High School. He attended the University of Pittsburgh and graduated with a BA in Administration of Justice and Legal Studies.

Kendall has worked with law enforcement agencies across the United States, Canada and other countries dealing with animal activist and environmental terrorism.

During the 2000 Democratic and Republican Conventions in Los Angeles and Philadelphia, respectively, Kendall was responsible for the arrests of over 200 people involved in demonstrations.

Steven Kendall spent two and a half years writing this book. Many organizations such as Ringling Bros. and PeTA were upset about this book being published and exposing the truth.



ISBN 141203385-3

TRAFFORD